# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No.** _____

_____ vs. _____

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

_____

Indicate the party's role IN THIS COURT (check **only** one):

____ Petitioner(s)  ____ Appellant(s)  ____ Intervenor(s)

____ Respondent(s)  ____ Appellee(s)  ____ Amicus Curiae

(Type or Print) Counsel's Name _____

____ Mr.  ____ Ms.  ____ Mrs.  ____ Miss  ____ Mx.

Firm _____

Address _____

City, State, Zip Code _____

Phone _____  Fax _____

**Primary E-Mail Address (required)** _____
**Additional E-Mail Address (1)** _____
**Additional E-Mail Address (2)** _____
**Additional E-Mail Address (3)** _____

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

## SIGNATURE OF COUNSEL: _____

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 10/20/2020

**LIST OF PARTIES REPRESENTED:**

Bedford County Board of Elections
Carbon County Board of Elections
Centre County Board of Elections
Columbia County Board of Elections
Dauphin County Board of Elections
Huntingdon County Board of Elections
Indiana County Board of Elections
Jefferson County Board of Elections
Lawrence County Board of Elections
Lebanon County Board of Elections
Monroe County Board of Elections
Montour County Board of Elections
Northumberland County Board of Elections
Snyder County Board of Elections
Venango County Board of Elections
York County Board of Elections