No. 23-3166

# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*,
*Plaintiffs-Appellees*,

v.

SECRETARY OF THE COMMONWEALTH, *et al.*,
*Defendants-Appellees,*

REPUBLICAN NATIONAL COMMITTEE, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE, THE REPUBLICAN PARTY OF PENNSYLVANIA,
*Intervenors-Appellants.*

**RESPONSE OF DEFENDANT-APPELLEE CHESTER COUNTY BOARD OF ELECTIONS TO APPELLANTS' AND PROPOSED INTERVENOR'S EMERGENCY MOTION FOR A STAY**

On November 21, 2023, the District Court issued an Opinion concluding that no Plaintiff established standing against the Chester County Board of Elections and an Order dismissing the Chester County Board of Elections from the action. Dist. Ct. Dkt. Nos. 347 at 33, 348 at 3. Accordingly, the District Court's Order does not order relief by or against the Chester County Board of Elections. Thus, the Chester County

Board of Elections takes no position on Appellants' and Proposed Intervenor's Emergency Motion for a Stay of the District Court's Order.

Dated: December 12, 2023

Respectfully submitted,

By: /s/ *Timothy J. Ford*
Timothy J. Ford (Pa. Id. No. 325290)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
(215) 575-7017
tford@dilworthlaw.com

Colleen Frens
Faith Mattox-Baldini
THE COUNTY OF CHESTER
SOLICITOR'S OFFICE
313 W. Market Street, Suite 6702
West Chester, PA 19382
(610) 344-6195
cfrens@chesco.org
fmattoxbaldini@chesco.org

*Counsel for Defendant-Appellee Chester County Board of Elections*

## COMBINED CERTIFICATIONS

1. Pursuant to Third Circuit L.A.R. 28.3(d), at least one of the attorneys whose names appear on this response, including the undersigned, is a member in good standing of the bar of this Court.

2. This response complies with the word limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 89 words.

3. This response complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced 14-point serif font (Century Schoolbook), using Microsoft Word.

4. Pursuant to Third Circuit L.A.R. 31.1(c), a virus detection program has been run on this file with Webroot and Malwarebytes, and no virus was detected.

Dated:   December 12, 2023        /s/ *Timothy J. Ford*
                                  *Counsel for Defendant-Appellee*
                                  *Chester County Board of Elections*

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2023, this response was electronically filed with the Clerk of Court suing the appellate CM/ECF system. Service on counsel for all parties in the district court has been accomplished via notice filed through the district court's CM/ECF system attaching a copy of this filing.

Dated:    December 12, 2023          /s/ *Timothy J. Ford*
                                     *Counsel for Defendant-Appellee*
                                     *Chester County Board of*
                                     *Elections*