No. 23-3166

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*,
*Plaintiffs-Appellees*,

v.

SECRETARY OF THE COMMONWEALTH, *et al.*,
*Defendants-Appellees*,

REPUBLICAN NATIONAL COMMITTEE, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE, THE REPUBLICAN PARTY OF PENNSYLVANIA,
*Intervenors-Appellants*.

On appeal from the United States District Court for the Western District of Pennsylvania, Case No. 1:22-cv-00339 (Hon. Susan Paradise Baxter)

# APPELLEE BUCKS COUNTY BOARD OF ELECTIONS' JOINDER TO APPELLEES ALLEGHENY AND PHILADELPHIA COUNTY BOARDS OF ELECTIONS' RESPONSE IN OPPOSITION TO APPELLANTS' PROPOSED INTERVENORS EMERGENCY MOTION FOR STAY

Tyler B. Burns
Bucks County Law Department
55 E. Court Street, 5th Floor
Doylestown, PA 18901
Tel: (215) 348-6464
E-mail: Tbburns@buckscounty.org

*Counsel for Bucks County Board of Elections*

Appellee Bucks County Board of Elections ("Bucks County") hereby joins Appellees Philadelphia and Allegheny County Boards of Elections' *Response in Opposition to Appellants' and Proposed Intervenor's Emergency Motion to Stay* (Dkt. No. 34) (the "Response). Consistent with the District Court's opinion, and in recognition of the supremacy of federal law, on November 27, 2023, Bucks County voted to count undated and misdated ballots in the November election. *See* Ex. A (Bucks County Press Release, Nov. 27, 2023). The extraordinary remedy sought here is inappropriate particularly so when elections, including Bucks County's, have been certified. *Id.* For the reasons articulated in the Response, the Emergency Motion for Stay (Dkt. No. 9) should be denied.

Respectfully submitted,

Dated: December 12, 2023

/s/ *Tyler B. Burns*
Tyler B. Burns (PA 325660)
Bucks County Law Department
55 E. Court Street, 5th Floor
Doylestown, PA 18901
Tel: (215) 348-6464
E-mail: Tbburns@buckscounty.org

*Counsel for Bucks County Board of Elections*

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

No. 23-3166

PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*,
*Plaintiffs-Appellees*,

v.

SECRETARY OF THE COMMONWEALTH, *et al.*,
*Defendants-Appellees*,

REPUBLICAN NATIONAL COMMITTEE, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE, THE REPUBLICAN PARTY OF PENNSYLVANIA
*Intervenors-Appellants*.

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2023, I caused a true and correct copy of the foregoing Joinder to be served, together with all documents in support thereof, via the Court's electronic filing system.

/s/ *Tyler B. Burns*
Tyler B. Burns

*Counsel for Bucks County Board of Elections*

# Bucks County

Government | Courts | Living | Working | Visiting

**EXHIBIT A**

Home › News Flash

## County News & Press Releases

Posted on: November 27, 2023

### Board of Elections Votes to Accept Undated, Misdated Ballots

The Bucks County Board of Elections voted today during a public meeting to reverse a previous decision and accept undated and incorrectly dated mail-in and absentee ballots cast in the Nov. 7 election.

Following the vote, Board of Elections staff opened and scanned more than 250 previously rejected ballots, and added their results to the election's unofficial tallies.

The Board's unanimous decision in favor of counting the ballots followed a Nov. 21 federal court ruling out of the Western District of Pennsylvania which held that rejecting timely received ballots based on undated or misdated envelopes is a violation of the Civil Rights Act.

"This is a great day for democracy," said county Chief Clerk/Deputy COO Gail Humphrey, who oversees the Board of Elections Office. "We know when we create and then mail the ballots out to voters for each election, and are required by the state to record when the voted ballots are returned to us. That their timeliness was ever in doubt is nonsensical."

Ballots added to vote totals as a result of Monday's update include:

- 141 ballots with no date
- 119 with an incorrect date
- 1 military/overseas ballot with no date

Earlier this month, the Board of Elections had voted not to count the undated and misdated ballots after hearing recommendations based on a state Supreme Court decision that upheld state law invalidating such votes. But the Board on Monday revisited its previous decision in the wake of last week's federal ruling.

Whether undated and misdated ballots should count has been a live issue in Pennsylvania elections since the General Assembly's expansion of mail-in voting access took effect during the 2020 elections.

The Bucks County Board of Elections' record of accepting these votes in some elections, as it did after the 2022 primary, and reluctantly rejecting them in others reflects the evolving state of jurisprudence around the Commonwealth's election laws.

To view unofficial results of the Nov. 7 election, or certified results of previous elections, click here or visit BucksCounty.gov/Elections.

Media Contact: James O'Malley, 215-348-6414, jtomalley@buckscounty.org

**Search**

**Tools**
- RSS
- Notify Me®
- View Archived

**Categories**
- All Categories
- Parks & Recreation Spotlights
- District Attorney News
- County News & Press Releases
- Sheriff
- Emergency Health Services
- Health Department
- HUB - Spotlights
- Fraud Alerts
- Neshaminy Manor
- Neshaminy Manor Activities
- Emergency Health Services - ImageTrend

⇐ Previous
Law Department Receives Certification for Inclusive Hiring Practices

Next ⇒
Bucks County Releases Preliminary 2024 Operating Budget

### Other News in County News & Press Releases

**Bucks Lights 'Blue Light' Holiday Wreath to Honor Fallen Officers**
Posted on: December 6, 2023