# Thomas R. Shaffer

Potter County Solicitor
410 Ross Street
Coudersport, PA 16915

Email: tom@410ross.com                     Cell Phone: 814-203-1678

December 27, 2023

Via ECF:

Patricia S. Dodszuweit, Clerk
United States Court of Appeals for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA  19106-1790

>   **RE:   Pennsylvania State Conference of the NAACP et al. v. Northampton County Board of Elections, et al.**
>   **Docket No. 23-3166**

Dear Ms. Dodszuweit:

In accordance with the Court's opening case information, dated December 7, 2023, please be advised that Appellee Potter County Board of Elections will not be participating in this appeal.

Very truly yours,

/s/ Thomas R. Shaffer
Thomas R. Shaffer, Esquire

cc: Counsel of record