No. 23-3166

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

————————————

PENNSYLVANIA CONFERENCE OF THE NAACP, *et al.,*

v.

SECRETARY COMMONWEALTH OF PENNSYLVANIA, *et al.*

RICHARD MARINO; REPUBLICAN NATIONAL COMMITTEE;
NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE;
THE REPUBLICAN PARTY OF PENNSYLVANIA,

*Appellants.*

————————————

## On Appeal from the United States District Court for the
## Western District of Pennsylvania, Case No. 1:22-cv-00339

————————————

## ADDENDUM TO APPELLANTS' APPENDIX (App.198-282)

————————————

Kathleen A. Gallagher
THE GALLAGHER FIRM, LLC
436 Seventh Ave., 31st Floor
Pittsburgh, PA 15219
(412) 717-1900
kag@gallagherlawllc.com

Thomas W. King, III
Thomas E. Breth
DILLON, McCANDLESS, KING,
COULTER & GRAHAM, LLP
128 W. Cunningham St.
Butler, PA 16001
(724) 283-2200
tking@dmkcg.com
tbreth@gmkcg.com

John M. Gore
(D.C. Bar No. 502057)
 *Counsel of Record*
E. Stewart Crosland
Louis J. Capozzi, III
Ryan M. Proctor
JONES DAY
51 Louisiana Ave. NW
Washington, DC  20001
(202) 879-3939
jmgore@jonesday.com
scrosland@jonesday.com
lcapozzi@jonesday.com
rproctor@jonesday.com

*Counsel for Appellants*

# TABLE OF CONTENTS

**Page**

__Volume 1__

Dkt. 362: Notice of Appeal (Dec. 6, 2023) ..............................................App.1

Dkt. 348: Order (Nov. 21, 2023) ...........................................................App.3

Dkt. 350: Judgment (Nov. 29, 2023) ....................................................App.8

Dkt. 347: Opinion (Nov. 21, 2023)........................................................App.13

__Volume 2__

Dkt. 271: Intervenor-Defendants' Motion for Summary Judgment (Excerpted)
(Apr. 21, 2023)......................................................................App.90

Dkt. 272: Intervenor-Defendants' Statement of Facts (Excerpted)
(Apr. 21, 2023)......................................................................App.108

Dkt. 275: Plaintiffs' Motion for Summary Judgment (Excerpted)
(Apr. 21, 2023)......................................................................App.111

Dkt. 304: Intervenor-Defendants' Summary Judgment Opposition
(Excerpted) (May 5, 2023)......................................................App.118

Dkt. 313: Plaintiffs' Summary Judgment Opposition (Excerpted)
(May 5, 2023)........................................................................App.130

Dkt. 357: Intervenor-Defendants' Stay Pending Appeal Brief (Excerpted)
(Dec. 1, 2023)........................................................................App.134

Dkt. 357-1: Declaration of Richard Marino (Dec. 1, 2023)..............................App.143

Dkt. 357-2: Declaration of Angela Alleman (Dec. 1, 2023) ............................App.145

Petition, *In Re*: *Contest of Nov. 7, 2023 Election of Towamencin Township
Supervisor*, No. 2023-26306 (Ct. Comm. Pls. of Mont. Cty.)
(Dec. 4, 2023) ........................................................................App.151

Order, *In Re*: *Contest of Nov. 7, 2023 Election of Towamencin Township
Supervisor*, No. 2023-26306 (Ct. Comm. Pls. of Mont. Cty.)
(Dec. 7, 2023) ........................................................................App.197

## **<u>Addendum</u>**

District Court Docket Sheet (Jan. 3, 2024)......................................................App.198

APPEAL,CLOSED

# U.S. District Court
## Western District of Pennsylvania (Erie)
### CIVIL DOCKET FOR CASE #: 1:22-cv-00339-SPB

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP et al v. SCHMIDT et al<br>Assigned to: Judge Susan Paradise Baxter<br>related Case: 1:22-cv-00340-SPB<br>Case in other court: Third Circuit, 23-03166<br>Cause: no cause specified | Date Filed: 11/04/2022<br>Date Terminated: 11/21/2023<br>Jury Demand: None<br>Nature of Suit: 441 Civil Rights: Voting<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **PENNSYLVANIA STATE CONFERENCE OF THE NAACP** | represented by | **Sophia Lin Lakin**<br>American Civil Liberties Union Foundation<br>125 Broad Street<br>Ste 18th Floor<br>New York, NY 10004<br>212-519-7836<br>Email: slakin@aclu.org<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Stephen A. Loney**<br>ACLU of Pennsylvania<br>P.O. Box 60173<br>Philadelphia, PA 19102<br>215-592-1513<br>Fax: 267-573-3054<br>Email: sloney@aclupa.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Witold J. Walczak**<br>ACLF of PA<br>313 Atwood Street<br>Pittsburgh, PA 15213<br>(412) 681-7864<br>Email: vwalczak@aclupa.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Adriel I. Cepeda Derieux**<br>American Civil Liberties Union Foundation<br>125 Broad Street<br>18th Floor<br>11233 |

App.198

New York, NY 10004
212-284-7334
Fax: 212-549-2654
Email: acepedaderieux@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ari J. Savitzky**
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
401-529-3982
Email: ari.savitzky@gmail.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brittany C. Armour**
Hogan Lovells US LLP
1735 Market Street
Floor 23
Philadelphia, PA 19103
267-938-7123
Email: brittany.armour@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**David Newmann**
Hogan Lovells US LLP
1735 Market Street
23rd Floor
Philadelphia, PA 19103
267-675-4610
Fax: 237-675-4601
Email: david.newmann@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Elizabeth D Femia**
Hogan Lovells LLP
390 Madison Avenue
New York, NY 10017
202-285-1103
Email: lfemia@eff.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate Steiker-Ginzberg**
ACLUF of Pennsylvania
P.O. Box 60173
Philadelphia, PA 19102
917-444-6803
Email: ksteiker-ginzberg@aclupa.org
*ATTORNEY TO BE NOTICED*

**Luis Manuel Rico Roman**
125 Broad Street, 18th Floor

New York City, NY 10004
787-636-9555
Email: lroman@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marian K Schneider**
ACLU of Pennsylvania
P.O. Bos 60173
Philadelphia, PA 19102
610-420-0632
Email: mschneider@aclupa.org
*ATTORNEY TO BE NOTICED*

**Megan Christine Keenan**
American Civil Liberties Union
Voting Rights Project
125 Broad St.
Ste 18th Floor
New York, NY 10004
740-632-0671
Email: mkeenan@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Ting**
ACLUF of Pennsylvania
P.O. Box 23058
Pittsburgh, PA 15222
412-634-1151
Email: rting@aclupa.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA**          represented by   **Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen A. Loney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Witold J. Walczak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriel I. Cepeda Derieux**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**App.200**

**Ari J. Savitzky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brittany C. Armour**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth D Femia**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate Steiker-Ginzberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luis Manuel Rico Roman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marian K Schneider**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Christine Keenan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Ting**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD**     represented by     **Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen A. Loney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Witold J. Walczak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriel I. Cepeda Derieux**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ari J. Savitzky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brittany C. Armour**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth D Femia**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate Steiker-Ginzberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luis Manuel Rico Roman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marian K Schneider**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Christine Keenan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Ting**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**COMMON CAUSE PENNSYLVANIA**          represented by **Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen A. Loney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Witold J. Walczak**

**App.202**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriel I. Cepeda Derieux**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ari J. Savitzky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brittany C. Armour**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth D Femia**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate Steiker-Ginzberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luis Manuel Rico Roman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marian K Schneider**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Christine Keenan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Ting**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**BLACK POLITICAL**                 represented by   **Sophia Lin Lakin**
**EMPOWERMENT PROJECT**                              (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Stephen A. Loney**
                                                     (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Witold J. Walczak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriel I. Cepeda Derieux**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ari J. Savitzky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brittany C. Armour**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth D Femia**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate Steiker-Ginzberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luis Manuel Rico Roman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marian K Schneider**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Christine Keenan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Ting**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MAKE THE ROAD PENNSYLVANIA**    represented by **Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

**App.204**

*ATTORNEY TO BE NOTICED*

**Stephen A. Loney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Witold J. Walczak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriel I. Cepeda Derieux**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ari J. Savitzky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brittany C. Armour**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth D Femia**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate Steiker-Ginzberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luis Manuel Rico Roman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marian K Schneider**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Christine Keenan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Ting**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**App.205**

**MARLENE G. GUTIERREZ**                        represented by **Ari J. Savitzky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth D Femia**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate Steiker-Ginzberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marian K Schneider**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Christine Keenan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen A. Loney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Witold J. Walczak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DEBORAH DIEHL**                               represented by **Elizabeth D Femia**
*TERMINATED: 04/11/2023*                        (See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marian K Schneider**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Christine Keenan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen A. Loney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Witold J. Walczak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JEAN TERRIZZI**                               represented by **Elizabeth D Femia**
*TERMINATED: 04/11/2023*                        (See above for address)

<span style="color:red">**App.206**</span>

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marian K Schneider**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Christine Keenan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen A. Loney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Witold J. Walczak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BARRY M. SEASTEAD**          represented by   **Ari J. Savitzky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth D Femia**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate Steiker-Ginzberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marian K Schneider**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Christine Keenan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen A. Loney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Witold J. Walczak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JEAN TERRIZZI**          represented by   **Marian K Schneider**
*TERMINATED: 04/11/2023*                   (See above for address)
*ATTORNEY TO BE NOTICED*

**App.207**

**Stephen A. Loney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Witold J. Walczak**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**JOEL BENCAN**　　　　　　　　　　　represented by　**Ari J. Savitzky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth D Femia**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate Steiker-Ginzberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marian K Schneider**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Christine Keenan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen A. Loney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Witold J. Walczak**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**MARJORIE BOYLE**　　　　　　　　represented by　**Elizabeth D Femia**
*TERMINATED: 04/11/2023*　　　　　　　　　　　　　　(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marian K Schneider**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Christine Keenan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen A. Loney**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Witold J. Walczak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AYNNE MARGARET PLEBAN POLINSKI**

represented by **Ari J. Savitzky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth D Femia**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate Steiker-Ginzberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marian K Schneider**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Christine Keenan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen A. Loney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Witold J. Walczak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LAURENCE M. SMITH**

represented by **Ari J. Savitzky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth D Femia**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kate Steiker-Ginzberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marian K Schneider**
(See above for address)
*ATTORNEY TO BE NOTICED*

**App.209**

**Megan Christine Keenan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen A. Loney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Witold J. Walczak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOEL BENCAN**                    represented by    **Ari J. Savitzky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kate Steiker-Ginzberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen A. Loney**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AL SCHMIDT**                     represented by    **Michael Fischer**
*In his official capacity as Acting Secretary*                PA Office of General Counsel
*of the Commonwealth*                                          333 Market St.
Ste 17th Floor
Harrisburg, PA 17101
717-831-2847
Email: mjfischer@pa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Wiygul**
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square
Ste 27th Floor
Philadelphia, PA 19103
215-496-7042
Fax: 215-568-0300
Email: rwiygul@hangley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Lester-Abdalla**
Pennsylvania Office of Attorney General
1600 Arch Street

**App.210**

Suite 300
Philadelphia, PA 19103
215-970-0933
Email: elester-abdalla@attorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Jacob Boyer**
Office of General Counsel
333 Market Street
17th Floor
Harrisburg, PA 17101
717-460-6786
Email: jacobboyer@pa.gov
*ATTORNEY TO BE NOTICED*

**John B. Hill**
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square
Ste 27th Floor
Philadelphia, PA 19103
215-568-6200
Fax: 215-568-0300
Email: john@statesuniteddemocracy.org
*TERMINATED: 11/21/2023*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathleen A. Mullen**
Pennsylvania Office of Chief Counsel
Department of State
306 North Office Building
Harrisburg, PA 17120
717-783-0736
Email: kamullen@pa.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**ADAMS COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Molly R Mudd**
County of Adams
117 Baltimore Street
Gettysburg, PA 17325
717-337-5911
Fax: 717-334-9542
Email: mmudd@adamscounty.us
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ALLEGHENY COUNTY BOARD OF ELECTIONS**

represented by **Virginia Spencer Scott**
Allegheny County Law Department
445 Fort Pitt Blvd
Suite 300
Pittsburgh, PA 15219

**App.211**

412-350-1173
Email: virginia.scott@alleghenycounty.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allan J. Opsitnick**
Allan J. Opsitnick, Esquire
564 Forbes Avenue
Suite 1301
Pittsburgh, PA 15219
412-391-3299
Email: aopsitnick@opsitnickslaw.com
*ATTORNEY TO BE NOTICED*

**Frances M. Liebenguth**
Allegheny County
445 Fort Pitt Blvd
Suite 300
Pittsburgh, PA 15219
412-350-1108
Email:
frances.liebenguth@alleghenycounty.us
*ATTORNEY TO BE NOTICED*

**George M. Janocsko**
Allegheny County Law Department
300 Fort Pitt Commons
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
(412) 350-1120
Fax: (412) 350-1174
Email:
george.janocsko@alleghenycounty.us
*TERMINATED: 12/08/2023*
*ATTORNEY TO BE NOTICED*

**Lisa G. Michel**
Allegheny County Law Department
Solicitor
300 Fort Pitt Commons Building
445 Fort PItt Boulevard
Pittsburgh, PA 15219
412-350-1167
Email: Lisa.Michel@alleghenycounty.us
*ATTORNEY TO BE NOTICED*

**Rosalyn Guy-McCorkle**
Allegheny County
Law Department
445 Fort Pitt Boulevard
Suite300
Pittsburgh, PA 15219
412-350-1120
Email:

**App.212**

rosalyn.guymccorkle@alleghenycounty.us
*ATTORNEY TO BE NOTICED*

**Defendant**

**ARMSTRONG COUNTY BOARD OF
ELECTIONS**
*TERMINATED: 11/21/2023*

**Defendant**

**BEAVER COUNTY BOARD OF
ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Nathan A. Morgan**
810 Third St
Beaver, PA 15009
724-770-4444
Email: nmorgan@beavercountypa.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**BEDFORD COUNTY BOARD OF
ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Anna Skipper Jewart**
Babst Calland Clements & Zomnir PC
Pennsylvania
603 Stanwix Street
6th Floor
Pittsburgh
Pittsburgh, PA 15222
412-699-6118
Email: ajewart@babstcalland.com
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Dupuis**
Babst Calland
330 Innovation Blvd.
Suite 302
State College, PA 16803
814-867-8055
Email: bdupuis@babstcalland.com
*ATTORNEY TO BE NOTICED*

**Jessica M. Barnes**
Babst Calland
603 Stanwix St 6th FL
Pittsburgh, PA 15222
412-676-3959
Email: jbarnes@babstcalland.com
*ATTORNEY TO BE NOTICED*

**Sean R. Keegan**
Babst Calland
603 Stanwix Street
Two Gateway Center, 7th Floor
Pittsburgh, PA 15222
412-773-8721
Email: SKeegan@babstcalland.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**BERKS COUNTY BOARD OF ELECTIONS**

represented by **Jeffrey D. Bukowski**
Smith Bukowski, LLC
1050 Spring Street
Suite 1
Wyomissing, PA 19610
610-685-1600
Fax: 610-685-1300
Email: jbukowski@smithbukowski.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**BLAIR COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Nathan W. Karn**
Evey Black Attorneys LLC
401 Allegheny Street
PO Box 415
Hollidaysburg, PA 16648
814-695-7581
Fax: 814-695-1750
Email: nkarn@eveyblack.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BUCKS COUNTY BOARD OF ELECTIONS**

represented by **Amy Fitzpatrick**
County of Bucks
Law Department
55 E. Court Streeet
Ste 5th Floor
Doylestown, PA 18901
215-348-6464
Email: amfitzpatrick@buckscounty.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica L VanderKam**
Stuckert and Yates
PA
2 North State Street
Newtown
Newtown, PA 18940
215-968-4700
Email: jvanderkam@stuckertyates.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BUTLER COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Benjamin Ernest Orsatti**
Gabriel Fera, P.C.
1010 Western Avenue
Suite 200

**App.214**

Pittsburgh, PA 15233
412-721-6005
Email: Borsatti@gabrielfera.com
*ATTORNEY TO BE NOTICED*

**H. William White**
Dillon McCandless King Coulter &
Graham, LLP
128 West Cunningham Street
Butler, PA 16001
(724) 283-2200
Fax: (724) 283-2298
Email: wwhite@co.butler.pa.us
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**CAMBRIA COUNTY BOARD OF
ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **William Gleason Barbin**
Cambria County Solicitor's Office
200 South Center Street
Cambria County Courthouse
Ebensburg, PA 15931
814-472-1607
Email: mkestermont@co.cambria.pa.us
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**CAMERON COUNTY BOARD OF
ELECTIONS**
*TERMINATED: 11/21/2023*

<u>**Defendant**</u>

**CARBON COUNTY BOARD OF
ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Anna Skipper Jewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Dupuis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica M. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean R. Keegan**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**CENTRE COUNTY BOARD OF
ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Anna Skipper Jewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Dupuis**

**App.215**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica M. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean R. Keegan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CHESTER COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Colleen Frens**
Chester County Solicitor's Office
313 W Market Street
Suite 6702
West Chester, PA 19380
610-344-6195
Email: cfrens@chesco.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Faith Mattox-Baldini**
Chester County Solicitor's Office
313 W Market St.
Suite 6702
West Chester, PA 19380
610-344-6195
Email: fmattoxbaldini@chesco.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**CLARION COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Benjamin Ernest Orsatti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher P. Furman**
Gabriel Fera, P.C.
1010 Western Avenue
Suite 200
Pittsburgh, PA 15233
412-223-5815
Fax: 412-774-0074
Email: cfurman@gabrielfera.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CLEARFIELD COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

**Defendant**

**App.216**

**CLINTON COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

**Defendant**

**COLUMBIA COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Anna Skipper Jewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Dupuis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica M. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean R. Keegan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CRAWFORD COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Keith A. Button**
Shafer Law Firm
890 Market St.
Meadville, PA 16335
814-724-4540
Fax: 814-724-4545
Email: kbutton@shaferlaw.com
*LEAD ATTORNEY*

**Defendant**

**CUMBERLAND COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Keith O Brenneman**
Law Office of Keith O. Brenneman, P.C.
44 West Main Street
Mechanicsburg, PA 17055
717-697-8528
Email: k.brenneman@verizon.net
*ATTORNEY TO BE NOTICED*

**Defendant**

**DAUPHIN COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Anna Skipper Jewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Dupuis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica M. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**App.217**

Sean R. Keegan
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**DELAWARE COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **James Manly Parks**
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
215-979-1342
Fax: 215-689-3682
Email: jmparks@duanemorris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas M Centrella , Jr**
Duane Morris
30 South 17th Street, 5th Fl.
Ste 12th Fl.
Philadelphia, PA 19103
215-979-1850
Fax: 215-689-4535
Email: NMCentrella@duanemorris.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**ELK COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

**Defendant**

**ERIE COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Thomas S. Talarico**
Talarico & Niebauer
510 Cranberry Street
Suite 301
Erie, PA 16507
(814) 459-4472
Fax: (814) 454-5851
Email: ttalarico@nwpalawyers.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**FAYETTE COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **John Matthew Purcell**
55 East Church Street
Suite 101
Uniontown, PA 15401
724-437-2711
Fax: 724-437-5760
Email: jackpurcell146@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Dupuis**

(See above for address)
*TERMINATED: 01/05/2023*
*ATTORNEY TO BE NOTICED*

**Jessica M. Barnes**
(See above for address)
*TERMINATED: 01/05/2023*
*ATTORNEY TO BE NOTICED*

**Sean R. Keegan**
(See above for address)
*TERMINATED: 01/05/2023*
*ATTORNEY TO BE NOTICED*

**Timothy J Witt**
Watson Mundorff, LLP
720 Vanderbilt Road
Connellsville, PA 15425-6218
724-626-8882
Email: tim@watsonmundorff.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**FOREST COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Timothy R. Bevevino**
Swanson, Bevevino and Sharp, P.C.
311 Market Street
Warren, PA 16365
814-723-2080
Fax: 814-723-6939
Email: attorneys@sbglawoffice.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**FRANKLIN COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Andrew W. Norfleet**
Lavery Law
225 Market Street
P.O. Box 1245
Harrisburg, Ste 304
Harrisburg, PA 17101
717-233-6633
Fax: 717-233-7003
Email: anorfleet@laverylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank J. Lavery , Jr.**
Lavery Law
225 Market Street
Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633
Fax: (717) 233-7003
Email: flavery@laverylaw.com

**App.219**

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FULTON COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

**Defendant**

**GREENE COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Robert Eugene Grimm**
Grimm Lawyers PC
P.O. Box 430
Smithfield, PA 15478
724-569-2819
Fax: 724-569-2386
Email: robertgrimm569@gmail.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**HUNTINGDON COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Anna Skipper Jewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Dupuis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica M. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean R. Keegan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**INDIANA COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Anna Skipper Jewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Dupuis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica M. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean R. Keegan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**App.220**

**JEFFERSON COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Anna Skipper Jewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Dupuis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica M. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean R. Keegan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JUNIATA COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Donald K. Zagurskie**
Johnston & Zagurskie, PC
117 Main Street
PO Box O
Mifflin, PA 17058
717-436-8044
Fax: 717-436-2722
Email: jzmlawoffice@gmail.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LACKAWANNA COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Lawrence J. Moran , Jr**
Joyce, Carmody & Moran, PC
9 N. Main Street
Suite 4
Pittston, PA 18640
570-602-3560
Fax: 570-602-3561
Email: ljm@joycecarmody.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Alexander Marcinko**
Joyce, Carmody & Moran, P.C.
9 N. Main Street
Suite 4
Pittston, PA 18640
570-602-3560
Email: jam@joycecarmody.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Menichini**
Joyce, Carmody & Moran, P.C.
9 N. Main St., Suite 4
Pittston, PA 18640

570-602-3560
Fax: 570-602-3561
Email: jm@joycecarmody.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**LANCASTER COUNTY BOARD OF
ELECTIONS**

represented by **James Joseph Fitzpatrick , III**
Zimolong LLC
353 W. Lancaster Avenue
Suite 300
Wayne, PA 19087
215-665-0842
Email: james@zimolonglaw.com
*ATTORNEY TO BE NOTICED*

**Walter S. Zimolong , III**
Zimolong LLC
353 W. Lancaster Avenue
Suite 300
Wayne, PA 19087
215-665-0842
Email: wally@zimolonglaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**LAWRENCE COUNTY BOARD OF
ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Anna Skipper Jewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Dupuis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica M. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean R. Keegan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**LEBANON COUNTY BOARD OF
ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Anna Skipper Jewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Dupuis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica M. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

Sean R. Keegan
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**LEHIGH COUNTY BOARD OF ELECTIONS**

represented by  **Catharine M Roseberry**
County of Lehigh
Department of Law
17 S 7th Street
Ste 440
Allentown, PA 18101
484-241-0675
Email:
catharineroseberry@lehighcounty.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LUZERNE COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by  **Joseph M Cosgrove**
Law Office of Joseph M. Cosgrove
114 N. Franklin Street
Wilkes Barre, PA 18701
570-823-9078
Fax: 570-227-0096
Email: jmcosgro@msn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LYCOMING COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by  **Joseph D. Smith**
McCormick Law Firm
835 West Fourth Street
P.O. Box 577
Williamsport, PA 17701
(570) 326-5131
Fax: (570) 601-0248
Email: dsmith@mcclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MCKEAN COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by  **Anthony V. Clarke**
The Clarke Firm
204 Bolivar Drive
Bradford, PA 16701
(814) 363-9990
Fax: (814) 363-9993
Email: theclarkefirm@yahoo.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**App.223**

**MERCER COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

Defendant

**MIFFLIN COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

Defendant

**MONROE COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Elizabeth A. Dupuis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica M. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean R. Keegan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna Skipper Jewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

Defendant

**MONTGOMERY COUNTY BOARD OF ELECTIONS**

represented by **Maureen Calder**
Montgomery County Solicitor's Office
One Montgomery Plaza
Suite 800
Norristown, PA 19404
610-278-3033
Fax: 610-278-3033
Email: mcalder@montcopa.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Defendant

**MONTOUR COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Elizabeth A. Dupuis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica M. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**App.224**

**Sean R. Keegan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna Skipper Jewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**NORTHAMPTON COUNTY BOARD OF ELECTIONS**

represented by **Richard E Santee**
County of Northampton
669 Washington Street
Easton, PA 18042
610-829-6350
Email: RSantee@northamptoncounty.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NORTHUMBERLAND COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Anna Skipper Jewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Dupuis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica M. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean R. Keegan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**PERRY COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Andrew W. Norfleet**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank J. Lavery , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PHILADELPHIA COUNTY BOARD OF ELECTIONS**

represented by **Aimee D. Thomson**
City of Philadelphia Law Department
Affirmative and Special Litigation Unit
1515 Arch St.
15th Floor

**App.225**

Philadelphia, PA 19102
215-683-5439
Email: aimee.thomson@phila.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian H. Benjet**
DLA Piper LLP (US)
One Liberty Place
1650 Market Street
Suite 4900
Philadelphia, PA 19103-7300
215-656-3311
Fax: 215-606-2044
Email: brian.benjet@dlapiper.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ilana Hope Eisenstein**
DLA Piper LLP (US)
One Liberty Place
1650 Market Street
Suite 4900
Philadelphia, PA 19103
215-656-3351
Fax: 215-606-3351
Email: ilana.eisenstein@us.dlapiper.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zachary Strassburger**
City of Philadelphia Law Department
1515 Arch St
Ste 17th Floor
Philadelphia, PA 19102
215-683-2998
Email: zachary.strassburger@phila.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**PIKE COUNTY BOARD OF
ELECTIONS**
*TERMINATED: 11/21/2023*

**Defendant**

**POTTER COUNTY BOARD OF
ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Thomas R. Shaffer**
Thomas R. Shaffer
Solicitor for County of Potter
410 Ross Street
Coudersport, PA 16915
814-203-1678
Email: tom@410ross.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**App.226**

**Defendant**

**SCHUYLKILL COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Glenn Roth , Jr**
Schuylkill County Solicitor
401 North Second Street
Pottsville, PA 17901
570-628-1129
Email: groth@co.schuylkill.pa.us
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SNYDER COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Anna Skipper Jewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Dupuis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica M. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean R. Keegan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**SOMERSET COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Michael P. Barbera**
Barbera, Melvin, Svonavec & Sperlazza LLP
146 West Main Street, P.O. Box 775
Somerset, PA 15501
(814) 443-4681
Fax: (814) 443-2422
Email: mpbarbera@barberalaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**SULLIVAN COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Kenneth R Levitzky**
Kenneth R. Levitzky, Esquire
125 Churchill Street
P.O. Box 489
Dushore, PA 18614
570-928-8288
Email: krllaw@epix.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SUSQUEHANNA COUNTY BOARD OF ELECTIONS**

represented by **Benjamin Ernest Orsatti**
(See above for address)

**App.227**

*TERMINATED: 11/21/2023*

ATTORNEY TO BE NOTICED

**Christopher P. Furman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**TIOGA COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by  **Benjamin Ernest Orsatti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher P. Furman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNION COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by  **Thomas A. Burkhart**
McNerney, Page, Vanderlin & Hall
433 Market Street
Williamsport, PA 17701
570-326-6555
Email: tburkhart@mpvhlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**VENANGO COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by  **Anna Skipper Jewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Dupuis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica M. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean R. Keegan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**WARREN COUNTY BOARD OF ELECTIONS**

represented by  **Nathaniel J. Schmidt**
Schmidt Law Firm
315 Second Avenue, Suite 704
P. O. Box 746
PA
Warren, PA 16365
814-723-8665
Email: contact@theschmidtlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**App.228**

**WASHINGTON COUNTY BOARD OF ELECTIONS**

represented by **Jana Phillis Grimm**
Vorys, Sater, Seymour and Pease LLP
500 Grant St.
Ste. 4900
Pittsburgh, PA 15219
412-904-7706
Email: jpgrimm@vorys.com
*ATTORNEY TO BE NOTICED*

**Lauren L. Mathews**
Vorys Sayer Seymour & Pease LLP
500 Grant St.
Ste 4900
Pittsburgh, PA 15219
412-904-7721
Email: llmathews@vorys.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**WESTMORELAND COUNTY BOARD OF ELECTIONS**

represented by **Melissa A. Guiddy**
Melissa A. Guiddy, Esquire
2 North Main Street, Suite 103
Greensburg, PA 15601
724-244-7200
Email: mguiddy@co.westmoreland.pa.us
*ATTORNEY TO BE NOTICED*

**Defendant**

**WYOMING COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

represented by **Kenneth R Levitzky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**YORK COUNTY BOARD OF ELECTIONS**

represented by **Anna Skipper Jewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Dupuis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica M. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean R. Keegan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**WAYNE COUNTY BOARD OF ELECTIONS**

**App.229**

*TERMINATED: 11/21/2023*

**Defendant**

**BRADFORD COUNTY BOARD OF ELECTIONS**
*TERMINATED: 11/21/2023*

**Defendant**

**Attorney WASHINGTON COUNTY BOARD OF ELECTIONS**

represented by **Jana Phillis Grimm**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**UNITED STATES OF AMERICA**

represented by **Daniel J. Freeman**
DOJ-Crt
Voting Section, Civil Rights Division
950 Pennsylvania Ave. NW
Ste 4CON 8.143
Washington, DC 20530
202-305-4355
Email: daniel.freeman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Restoring Integrity and Trust in Elections, Inc.**

represented by **Cameron Thomas Norris**
Consovoy McCarthy PLLC
1600 Wilson Blvd
Suite 700
Arlington, VA 22209
703-243-9423
Email: cam@consovoymccarthy.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Conor Woodfin**
Consovoy McCarthy PLLC
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
806-773-0286
Email: conor@consovoymccarthy.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gilbert Dickey**
Consovoy McCarthy, PLLC
1600 Wilson Boulevard
Ste 700
Arlington, VA 22209
703-243-9423
Email: gilbert@consovoymccarthy.com

**App.230**

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor**

**DAVID BALL**                    represented by   **John M. Gore**
*TERMINATED: 01/06/2023*                           Jones Day - Washington
                                                   51 Louisiana Avenue, N.W.
                                                   Washington, DC 20001
                                                   202-879-3930
                                                   Email: jmgore@jonesday.com
                                                   *LEAD ATTORNEY*
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Kathleen A. Gallagher**
                                                   The Gallagher Firm, LLC
                                                   436 Seventh Avenue
                                                   Ste 31st Floor
                                                   Pittsburgh, PA 15219
                                                   412-308-5512
                                                   Fax: 412-308-5516
                                                   Email: kag@gallagherlawllc.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Russell D. Giancola**
                                                   Law Offices of Carolyn M. Angelaccio
                                                   54 Yorkshire Drive
                                                   Newtown, PA 18940
                                                   610-382-8100
                                                   Email:
                                                   russ.giancola@farmersinsurance.com
                                                   *TERMINATED: 08/09/2023*
                                                   *ATTORNEY TO BE NOTICED*

**Intervenor**

**JAMES D. BEE**                  represented by   **John M. Gore**
*TERMINATED: 01/06/2023*                           (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Kathleen A. Gallagher**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Russell D. Giancola**
                                                   (See above for address)
                                                   *TERMINATED: 08/09/2023*
                                                   *ATTORNEY TO BE NOTICED*

**App.231**

**Intervenor**

**DEBRA BIRO**
*TERMINATED: 01/06/2023*

represented by **John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathleen A. Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell D. Giancola**
(See above for address)
*TERMINATED: 08/09/2023*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**JESSE D. DANIEL**
*TERMINATED: 01/06/2023*

represented by **John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathleen A. Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell D. Giancola**
(See above for address)
*TERMINATED: 08/09/2023*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**GWENDOLYN MAE DELUCA**
*TERMINATED: 01/06/2023*

represented by **John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathleen A. Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell D. Giancola**
(See above for address)
*TERMINATED: 08/09/2023*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**App.232**

**ROSS M. FARBER**
*TERMINATED: 01/06/2023*

represented by **John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathleen A. Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell D. Giancola**
(See above for address)
*TERMINATED: 08/09/2023*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**LYNN MARIE KALCEVIC**
*TERMINATED: 01/06/2023*

represented by **John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathleen A. Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell D. Giancola**
(See above for address)
*TERMINATED: 08/09/2023*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**VALLERIE SICILIANO-BIANCANIELLO**
*TERMINATED: 01/06/2023*

represented by **John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathleen A. Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell D. Giancola**
(See above for address)
*TERMINATED: 08/09/2023*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**S. MICHAEL STREIB**
*TERMINATED: 01/06/2023*

represented by **John M. Gore**
(See above for address)

**App.233**

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathleen A. Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell D. Giancola**
(See above for address)
*TERMINATED: 08/09/2023*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**REPUBLICAN NATIONAL COMMITTEE**

represented by **John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathleen A. Gallagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis Joseph Capozzi , III**
Jones Day - Washington
51 Louisiana Ave NW
Washington, DC 20001
717-802-2077
Email: lcapozzi@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian M. Adrian**
The Gallagher Firm, LLC
3100 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
412-308-5514
Fax: 412-308-5516
Email: bma@gallagherlawllc.com
*ATTORNEY TO BE NOTICED*

**Lisa P. Means**
Gallagher Giancola LLC
3100 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
412-717-1900
Fax: 412-717-1901
Email: lpm@glawfirm.com

**App.234**

*ATTORNEY TO BE NOTICED*

**Russell D. Giancola**
(See above for address)
*TERMINATED: 08/09/2023*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**NATIONAL REPUBLICAN**                represented by   **John M. Gore**
**CONGRESSIONAL COMMITTEEE**                            (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Kathleen A. Gallagher**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Louis Joseph Capozzi , III**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Brian M. Adrian**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Lisa P. Means**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Russell D. Giancola**
                                                        (See above for address)
                                                        *TERMINATED: 08/09/2023*
                                                        *ATTORNEY TO BE NOTICED*

**Intervenor**

**REPUBLICAN PARTY OF**                represented by   **John M. Gore**
**PENNSYLVANIA**                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Kathleen A. Gallagher**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Louis Joseph Capozzi , III**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*

**App.235**

*ATTORNEY TO BE NOTICED*

**Brian M. Adrian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa P. Means**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell D. Giancola**
(See above for address)
*TERMINATED: 08/09/2023*
*ATTORNEY TO BE NOTICED*

**Thomas W. King , III**
Dillon, McCandless, King, Coulter &
Graham L.L.P.
128 West Cunningham Street
Butler, PA 16001
(724) 283-2200
Fax: (724) 283-2298
Email: tking@dmkcg.com
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Richard Marino**                    represented by  **Kathleen A. Gallagher**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*

**Movant**

**Richard Marino**                    represented by  **Kathleen A. Gallagher**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 11/04/2022 | 1 | COMPLAINT against ADAMS COUNTY BOARD OF ELECTIONS, ALLEGHENY COUNTY BOARD OF ELECTIONS, ARMSTRONG COUNTY BOARD OF ELECTIONS, BEAVER COUNTY BOARD OF ELECTIONS, BEDFORD COUNTY BOARD OF ELECTIONS, BERKS COUNTY BOARD OF ELECTIONS, BLAIR COUNTY BOARD OF ELECTIONS, BRADFORD COUNTY BOARD OF ELECTIONS, BUCKS COUNTY BOARD OF ELECTIONS, BUTLER COUNTY BOARD OF ELECTIONS, CAMBRIA COUNTY BOARD OF ELECTIONS, CAMERON COUNTY BOARD OF ELECTIONS, CARBON COUNTY BOARD OF ELECTIONS, CENTRE COUNTY BOARD OF ELECTIONS, LEIGH M. CHAPMAN, CHESTER COUNTY BOARD OF ELECTIONS, CLARION COUNTY BOARD OF ELECTIONS, CLEARFIELD COUNTY BOARD OF ELECTIONS, CLINTON COUNTY BOARD OF ELECTIONS, COLUMBIA COUNTY BOARD OF ELECTIONS, CRAWFORD COUNTY BOARD OF ELECTIONS, CUMBERLAND COUNTY BOARD OF ELECTIONS, DAUPHIN COUNTY BOARD OF ELECTIONS, |

App.236

DELAWARE COUNTY BOARD OF ELECTIONS, ELK COUNTY BOARD OF
ELECTIONS, ERIE COUNTY BOARD OF ELECTIONS, FAYETTE COUNTY
BOARD OF ELECTIONS, FOREST COUNTY BOARD OF ELECTIONS, FRANKLIN
COUNTY BOARD OF ELECTIONS, FULTON COUNTY BOARD OF ELECTIONS,
GREENE COUNTY BOARD OF ELECTIONS, HUNTINGDON COUNTY BOARD
OF ELECTIONS, INDIANA COUNTY BOARD OF ELECTIONS, JEFFERSON
COUNTY BOARD OF ELECTIONS, JUNIATA COUNTY BOARD OF ELECTIONS,
LACKAWANNA COUNTY BOARD OF ELECTIONS, LANCASTER COUNTY
BOARD OF ELECTIONS, LAWRENCE COUNTY BOARD OF ELECTIONS,
LEBANON COUNTY BOARD OF ELECTIONS, LEHIGH COUNTY BOARD OF
ELECTIONS, LUZERNE COUNTY BOARD OF ELECTIONS, LYCOMING COUNTY
BOARD OF ELECTIONS, MCKEAN COUNTY BOARD OF ELECTIONS, MERCER
COUNTY BOARD OF ELECTIONS, MIFFLIN COUNTY BOARD OF ELECTIONS,
MONROE COUNTY BOARD OF ELECTIONS, MONTGOMERY COUNTY BOARD
OF ELECTIONS, MONTOUR COUNTY BOARD OF ELECTIONS, NORTHAMPTON
COUNTY BOARD OF ELECTIONS, NORTHUMBERLAND COUNTY BOARD OF
ELECTIONS, PERRY COUNTY BOARD OF ELECTIONS, PHILADELPHIA
COUNTY BOARD OF ELECTIONS, PIKE COUNTY BOARD OF ELECTIONS,
POTTER COUNTY BOARD OF ELECTIONS, SCHUYLKILL COUNTY BOARD OF
ELECTIONS, SNYDER COUNTY BOARD OF ELECTIONS, SOMERSET COUNTY
BOARD OF ELECTIONS, SULLIVAN COUNTY BOARD OF ELECTIONS,
SUSQUEHANNA COUNTY BOARD OF ELECTIONS, TIOGA COUNTY BOARD OF
ELECTIONS, UNION COUNTY BOARD OF ELECTIONS, VENANGO COUNTY
BOARD OF ELECTIONS, WAYNE COUNTY BOARD OF ELECTIONS, WARREN
COUNTY BOARD OF ELECTIONS, WASHINGTON COUNTY BOARD OF
ELECTIONS, WESTMORELAND COUNTY BOARD OF ELECTIONS, WYOMING
COUNTY BOARD OF ELECTIONS, YORK COUNTY BOARD OF ELECTIONS
(Filing fee, including Administrative fee, $402, receipt number APAWDC-7379621), filed
by BLACK POLITICAL EMPOWERMENT PROJECT, PENNSYLVANIA STATE
CONFERENCE OF THE NAACP, COMMON CAUSE PENNSYLVANIA, LEAGUE
OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA,
PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD.
(Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet) (jd) Modified on
11/7/2022 (jd). Modified on 11/8/2022 (jd). (Entered: 11/07/2022)

| | | |
|---|---|---|
| 11/07/2022 | 2 | NOTICE of Appearance by Richard Ting on behalf of BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. (Ting, Richard) (Entered: 11/07/2022) |
| 11/07/2022 | 3 | NOTICE of Appearance by Stephen A. Loney on behalf of BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. (Loney, Stephen) (Entered: 11/07/2022) |
| 11/07/2022 | 4 | NOTICE of Appearance by Joseph D. Smith on behalf of LYCOMING COUNTY BOARD OF ELECTIONS. (Smith, Joseph) (Entered: 11/07/2022) |
| 11/07/2022 | 5 | NOTICE of Appearance by Virginia Spencer Scott on behalf of ALLEGHENY COUNTY BOARD OF ELECTIONS. (Scott, Virginia) (Entered: 11/07/2022) |

App.237

| 11/07/2022 | 6 | NOTICE of Appearance by Frances M. Liebenguth on behalf of ALLEGHENY COUNTY BOARD OF ELECTIONS. (Liebenguth, Frances) (Entered: 11/07/2022) |
|---|---|---|
| 11/07/2022 | 7 | NOTICE of Appearance by Lisa G. Michel on behalf of ALLEGHENY COUNTY BOARD OF ELECTIONS. (Michel, Lisa) (Entered: 11/07/2022) |
| 11/07/2022 | 8 | NOTICE of Appearance by Allan J. Opsitnick on behalf of ALLEGHENY COUNTY BOARD OF ELECTIONS. (Opsitnick, Allan) (Entered: 11/07/2022) |
| 11/07/2022 | 9 | NOTICE of Appearance by George M. Janocsko on behalf of ALLEGHENY COUNTY BOARD OF ELECTIONS. (Janocsko, George) (Entered: 11/07/2022) |
| 11/07/2022 | 10 | WAIVER OF SERVICE Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. ALLEGHENY COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023. (Loney, Stephen) (Entered: 11/07/2022) |
| 11/07/2022 | 11 | WAIVER OF SERVICE Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. BEAVER COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023. (Loney, Stephen) (Entered: 11/07/2022) |
| 11/07/2022 | 15 | WAIVER OF SERVICE Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. GREENE COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023. (Loney, Stephen) (Entered: 11/07/2022) |
| 11/07/2022 | 16 | WAIVER OF SERVICE Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. LYCOMING COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023. (Loney, Stephen) (Entered: 11/07/2022) |
| 11/07/2022 | 17 | WAIVER OF SERVICE Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. MERCER COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023. (Loney, Stephen) (Entered: 11/07/2022) |
| 11/07/2022 | 19 | WAIVER OF SERVICE Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. MIFFLIN COUNTY BOARD OF |

**App.238**

| | | |
|---|---|---|
| | | ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023. (Loney, Stephen) (Entered: 11/07/2022) |
| 11/07/2022 | 22 | NOTICE of Appearance by Frank J. Lavery, Jr on behalf of PERRY COUNTY BOARD OF ELECTIONS. (Lavery, Frank) (Entered: 11/07/2022) |
| 11/07/2022 | 23 | NOTICE of Appearance by Andrew W. Norfleet on behalf of PERRY COUNTY BOARD OF ELECTIONS. (Norfleet, Andrew) (Entered: 11/07/2022) |
| 11/07/2022 | 24 | NOTICE of Appearance by Jeffrey D. Bukowski on behalf of BERKS COUNTY BOARD OF ELECTIONS. (Bukowski, Jeffrey) (Entered: 11/07/2022) |
| 11/07/2022 | 25 | WAIVER OF SERVICE Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. LEIGH M. CHAPMAN waiver sent on 11/5/2022, answer due 1/4/2023. (Loney, Stephen) (Entered: 11/07/2022) |
| 11/07/2022 | 26 | NOTICE of Appearance by Sean R. Keegan on behalf of BEDFORD COUNTY BOARD OF ELECTIONS, CARBON COUNTY BOARD OF ELECTIONS, CENTRE COUNTY BOARD OF ELECTIONS, COLUMBIA COUNTY BOARD OF ELECTIONS, DAUPHIN COUNTY BOARD OF ELECTIONS, FAYETTE COUNTY BOARD OF ELECTIONS, HUNTINGDON COUNTY BOARD OF ELECTIONS, INDIANA COUNTY BOARD OF ELECTIONS, JEFFERSON COUNTY BOARD OF ELECTIONS, LAWRENCE COUNTY BOARD OF ELECTIONS, LEBANON COUNTY BOARD OF ELECTIONS, NORTHUMBERLAND COUNTY BOARD OF ELECTIONS, SNYDER COUNTY BOARD OF ELECTIONS, VENANGO COUNTY BOARD OF ELECTIONS, YORK COUNTY BOARD OF ELECTIONS. (Keegan, Sean) (Entered: 11/07/2022) |
| 11/07/2022 | 27 | MOTION to Intervene by David Ball, James D. Bee, Debra Biro, Jesse D. Daniel, Gwendolyn Mae Deluca, Ross M. Farber, Lynn Marie Kalcevic, Vallerie Siciliano-Biancaniello, S. Michael Streib, REPUBLICAN NATIONAL COMMITTEE, National Republican Congressional Committee, Republican Party of Pennsylvania. (Attachments: # 1 Exhibit 1 - Motion to Dismiss and MOLIS of the MTD, # 2 Exhibit 2 - [Proposed] Answer and Affirmative Defenses, # 3 Proposed Order) (Gallagher, Kathleen) (Entered: 11/07/2022) |
| 11/07/2022 | 29 | NOTICE of Appearance by Elizabeth A. Dupuis on behalf of BEDFORD COUNTY BOARD OF ELECTIONS, CARBON COUNTY BOARD OF ELECTIONS, CENTRE COUNTY BOARD OF ELECTIONS, COLUMBIA COUNTY BOARD OF ELECTIONS, DAUPHIN COUNTY BOARD OF ELECTIONS, FAYETTE COUNTY BOARD OF ELECTIONS, HUNTINGDON COUNTY BOARD OF ELECTIONS, INDIANA COUNTY BOARD OF ELECTIONS, JEFFERSON COUNTY BOARD OF ELECTIONS, LAWRENCE COUNTY BOARD OF ELECTIONS, LEBANON COUNTY BOARD OF ELECTIONS, NORTHUMBERLAND COUNTY BOARD OF ELECTIONS, SNYDER COUNTY BOARD OF ELECTIONS, VENANGO COUNTY BOARD OF ELECTIONS, YORK COUNTY BOARD OF ELECTIONS. (Dupuis, Elizabeth) (Entered: 11/07/2022) |
| 11/07/2022 | 30 | BRIEF in Support re 27 Motion to Intervene, filed by David Ball, James D. Bee, Debra Biro, Jesse D. Daniel, Gwendolyn Mae Deluca, Ross M. Farber, Lynn Marie Kalcevic, National Republican Congressional Committee, REPUBLICAN NATIONAL COMMITTEE, Republican Party of Pennsylvania, Vallerie Siciliano-Biancaniello, S. Michael Streib. (Attachments: # 1 Exhibit A - Leigh M. Chapman's Answer) (Gallagher, Kathleen) (Entered: 11/07/2022) |

**App.239**

| 11/07/2022 | 34 | WAIVER OF SERVICE Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. WARREN COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023. (Loney, Stephen) (Entered: 11/07/2022) |
|---|---|---|
| 11/07/2022 | 35 | WAIVER OF SERVICE Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, REPUBLICAN NATIONAL COMMITTEE, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. BEDFORD COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023; CARBON COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023; CENTRE COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023; COLUMBIA COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023; DAUPHIN COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023; FAYETTE COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023; HUNTINGDON COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023; INDIANA COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023; JEFFERSON COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023; LAWRENCE COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023; LEBANON COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023; NORTHUMBERLAND COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023; SNYDER COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023; VENANGO COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023; YORK COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023; INDIANA COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023. (Loney, Stephen) Modified on 11/8/2022 (jd). (Entered: 11/07/2022) |
| 11/07/2022 | 36 | WAIVER OF SERVICE Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. SOMERSET COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023. (Loney, Stephen) (Entered: 11/07/2022) |
| 11/07/2022 | 37 | MOTION for attorney John M. Gore to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7382358) by David Ball, James D. Bee, Debra Biro, Jesse D. Daniel, Gwendolyn Mae Deluca, Ross M. Farber, Lynn Marie Kalcevic, National Republican Congressional Committee, REPUBLICAN NATIONAL COMMITTEE, Republican Party of Pennsylvania, Vallerie Siciliano-Biancaniello, S. Michael Streib. (Attachments: # 1 Affidavit, # 2 Proposed Order) (Gore, John) (Entered: 11/07/2022) |
| 11/07/2022 | 38 | PRAECIPE to Issue Summons by BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD (Attachments: # 1 Summons Armstrong, # 2 Summons Berks, # 3 Summons Bradford, # 4 Summons Butler, # 5 Summons Cambria, # 6 Summons Cameron, # 7 Summons Chester, # 8 Summons Clarion, # 9 Summons |

**App.240**

| | | |
|---|---|---|
| | | Clearfield, # [10] Summons Crawford, # [11] Summons Cumberland, # [12] Summons Delaware, # [13] Summons Forest, # [14] Summons Franklin, # [15] Summons Fulton, # [16] Summons Juniata, # [17] Summons Lackawanna, # [18] Summons Lancaster, # [19] Summons Lehigh, # [20] Summons Luzerne, # [21] Summons McKean, # [22] Summons Monroe, # [23] Summons Montour, # [24] Summons Northampton, # [25] Summons Perry, # [26] Summons Schuylkill, # [27] Summons Sullivan, # [28] Summons Susquehanna, # [29] Summons Tioga, # [30] Summons Washington, # [31] Summons Wayne, # [32] Summons Wyoming) (Ting, Richard) (Entered: 11/07/2022) |
| 11/07/2022 | [40] | (PROPOSED) MOTION to Dismiss re [1] Complaint, by David Ball, James D. Bee, Debra Biro, Jesse D. Daniel, Gwendolyn Mae Deluca, Ross M. Farber, Lynn Marie Kalcevic, National Republican Congressional Committee, REPUBLICAN NATIONAL COMMITTEE, Republican Party of Pennsylvania, Vallerie Siciliano-Biancaniello, S. Michael Streib. (Attachments: # [1] Exhibit, # [2] Proposed Order) (jd) Modified on 11/18/2022 (jd). (Entered: 11/08/2022) |
| 11/07/2022 | [41] | (PROPOSED) BRIEF in Support re [40] Motion to Dismiss, filed by David Ball, James D. Bee, Debra Biro, Jesse D. Daniel, Gwendolyn Mae Deluca, Ross M. Farber, Lynn Marie Kalcevic, National Republican Congressional Committee, Republican Party of Pennsylvania, Vallerie Siciliano-Biancaniello, S. Michael Streib. (jd) Modified on 11/18/2022 (jd). (Entered: 11/08/2022) |
| 11/07/2022 | | Update Answer Deadline: Answer due from INDIANA COUNTY BOARD OF ELECTIONS (jd) (Entered: 11/08/2022) |
| 11/08/2022 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 28 Notice of Appearance. ERROR: Incorrect document attached, this document is for Elizabeth A. Dupuis. CORRECTION: Attorney advised to refile the document, using the Errata event and attach the correct document. (jd) (Entered: 11/08/2022) |
| 11/08/2022 | [39] | Errata re 28 Notice of Appearance,, by BEDFORD COUNTY BOARD OF ELECTIONS, CARBON COUNTY BOARD OF ELECTIONS, CENTRE COUNTY BOARD OF ELECTIONS, COLUMBIA COUNTY BOARD OF ELECTIONS, DAUPHIN COUNTY BOARD OF ELECTIONS, FAYETTE COUNTY BOARD OF ELECTIONS, HUNTINGDON COUNTY BOARD OF ELECTIONS, INDIANA COUNTY BOARD OF ELECTIONS, JEFFERSON COUNTY BOARD OF ELECTIONS, LAWRENCE COUNTY BOARD OF ELECTIONS, LEBANON COUNTY BOARD OF ELECTIONS, NORTHUMBERLAND COUNTY BOARD OF ELECTIONS, SNYDER COUNTY BOARD OF ELECTIONS, VENANGO COUNTY BOARD OF ELECTIONS, YORK COUNTY BOARD OF ELECTIONS. Reason for Correction: incorrect document attached. (Barnes, Jessica) (Entered: 11/08/2022) |
| 11/08/2022 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re [27] Motion to Intervene. ERROR: Document should have been filed as 3 separate documents. CORRECTION: Attorney advised in future that documents of that nature are to be filed as separate documents. Clerk of Court docketed Motion to Dismiss and Memorandum in Support of Motion. This message is for informational purposes only. (jd) (Entered: 11/08/2022) |
| 11/08/2022 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 14 Waiver of Service Executed, 18 Waiver of Service Executed, [34] Waiver of Service Executed, 31 Waiver of Service Executed, 13 Waiver of Service Executed, 12 Waiver of Service Executed, [15] Waiver of Service Executed, 20 Waiver of Service Executed, [10] Waiver of Service Executed, [17] Waiver of Service Executed, 32 Waiver of Service Executed, 21 Waiver of Service Executed, 33 Waiver of Service Executed, [19] Waiver of Service Executed,. ERROR: Caption and/or Case number of document does not match caption and/or case number of case. CORRECTION: Attorney is directed to file an Errata with corrected |

| | | caption/and or case number. ********ACTION REQUIRED******** (jd) (Entered: 11/08/2022) |
|---|---|---|
| 11/08/2022 | 42 | MOTION for attorney Sophia Lin Lakin to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7383441) by BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. (Attachments: # 1 Affidavit Ex. A) (Lakin, Sophia) (Entered: 11/08/2022) |
| 11/08/2022 | 43 | Summons Issued as to CHESTER COUNTY BOARD OF ELECTIONS, FULTON COUNTY BOARD OF ELECTIONS, JUNIATA COUNTY BOARD OF ELECTIONS, LACKAWANNA COUNTY BOARD OF ELECTIONS, LANCASTER COUNTY BOARD OF ELECTIONS, LEHIGH COUNTY BOARD OF ELECTIONS, LUZERNE COUNTY BOARD OF ELECTIONS, PERRY COUNTY BOARD OF ELECTIONS, SCHUYLKILL COUNTY BOARD OF ELECTIONS, SULLIVAN COUNTY BOARD OF ELECTIONS, SUSQUEHANNA COUNTY BOARD OF ELECTIONS, WASHINGTON COUNTY BOARD OF ELECTIONS, WAYNE COUNTY BOARD OF ELECTIONS (Attachments: # 1 Fulton, # 2 Juniata, # 3 Lackawanna, # 4 Lancaster, # 5 Lehigh, # 6 Luzerne, # 7 Perry, # 8 Schuylkill, # 9 Sullivan, # 10 Susquehanna, # 11 Washington, # 12 Wayne) (jd) (Entered: 11/08/2022) |
| 11/08/2022 | 44 | MOTION for attorney Adriel I. Cepeda Derieux to Appear Pro Hac Vice, (Filing fee $70, Receipt # BPAWDC-7383604) by BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. (Attachments: # 1 Affidavit Ex. A) (Cepeda Derieux, Adriel) (Entered: 11/08/2022) |
| 11/08/2022 | 45 | Summons Issued as to ARMSTRONG COUNTY BOARD OF ELECTIONS, BERKS COUNTY BOARD OF ELECTIONS, BUTLER COUNTY BOARD OF ELECTIONS, CAMBRIA COUNTY BOARD OF ELECTIONS, CAMERON COUNTY BOARD OF ELECTIONS, CLARION COUNTY BOARD OF ELECTIONS, CLEARFIELD COUNTY BOARD OF ELECTIONS, CRAWFORD COUNTY BOARD OF ELECTIONS, CUMBERLAND COUNTY BOARD OF ELECTIONS, DELAWARE COUNTY BOARD OF ELECTIONS, FOREST COUNTY BOARD OF ELECTIONS, FRANKLIN COUNTY BOARD OF ELECTIONS (Attachments: # 1 Berks, # 2 Cambria, # 3 Butler, # 4 Cameron, # 5 Clarion, # 6 Clearfield, # 7 Crawford, # 8 Cumberland, # 9 Delaware, # 10 Franklin, # 11 Forest) (jd) (Entered: 11/08/2022) |
| 11/08/2022 | 46 | MOTION for attorney Megan C. Keenan to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7383789) by BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. (Attachments: # 1 Affidavit Ex. A) (Keenan, Megan) (Entered: 11/08/2022) |
| 11/08/2022 | 47 | Summons Issued as to FULTON COUNTY BOARD OF ELECTIONS, MCKEAN COUNTY BOARD OF ELECTIONS, MONROE COUNTY BOARD OF ELECTIONS, MONTOUR COUNTY BOARD OF ELECTIONS, NORTHAMPTON COUNTY BOARD OF ELECTIONS, TIOGA COUNTY BOARD OF ELECTIONS, WYOMING COUNTY BOARD OF ELECTIONS, BRADFORD COUNTY BOARD OF |

**App.242**

ELECTIONS (Attachments: # 1 Fulton, # 2 McKean, # 3 Monroe, # 4 Northhamption, # 5 Montour, # 6 Tioga, # 7 Wyoming) (jd) (Entered: 11/08/2022)

| 11/08/2022 | 48 | ORDER; AND NOW, this 8th day of November 2022; IT IS HEREBY ORDERED that, in the interest of judicial economy, a joint telephonic conference will be held in the two above-captioned cases on Wednesday, November 9, 2022 at 9:30 a.m. The parties are directed to contact the Court at (888) 363-4749 and use access code 7686665. The proposed Intervenors in 1:22-cv-339 will be permitted to join the conference. IT IS FURTHER ORDERED that counsel for Plaintiffs in each case shall notify every party whose appearance is not yet recorded on the docket of this Order. Signed by Judge Susan Paradise Baxter on 11/08/2022. (snc) (Entered: 11/08/2022) |
|---|---|---|
| 11/08/2022 | 49 | NOTICE of Appearance by Thomas R. Shaffer on behalf of POTTER COUNTY BOARD OF ELECTIONS. (Shaffer, Thomas) (Entered: 11/08/2022) |
| 11/08/2022 | 50 | TEXT ORDER granting 37 MOTION for attorney John M. Gore to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7382358) by David Ball, James D. Bee, Debra Biro, Jesse D. Daniel, Gwendolyn Mae Deluca, Ross M. Farber, Lynn Marie Kalcevic, National Republican Congressional Committee, REPUBLICAN NATIONAL COMMITTEE, Republican Party of Pennsylvania, Vallerie Siciliano-Biancaniello, S. Michael Streib.Signed by Judge Susan Paradise Baxter on 11/08/2022. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 11/08/2022) |
| 11/08/2022 | 51 | TEXT ORDER granting 42 MOTION for attorney Sophia Lin Lakin to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7383441) by BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. Signed by Judge Susan Paradise Baxter on 11/08/2022. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 11/08/2022) |
| 11/08/2022 | 52 | TEXT ORDER granting 44 MOTION for attorney Adriel I. Cepeda Derieux to Appear Pro Hac Vice, (Filing fee $70, Receipt # BPAWDC-7383604) by BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. Signed by Judge Susan Paradise Baxter on 11/08/2022. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 11/08/2022) |
| 11/08/2022 | 53 | TEXT ORDER granting 46 MOTION for attorney Megan C. Keenan to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7383789) by BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. Signed by Judge Susan Paradise Baxter on 11/08/2022. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 11/08/2022) |
| 11/08/2022 | 54 | NOTICE of Appearance by Christopher P. Furman on behalf of CLARION COUNTY BOARD OF ELECTIONS, SUSQUEHANNA COUNTY BOARD OF ELECTIONS, |

**App.243**

| | | TIOGA COUNTY BOARD OF ELECTIONS. (Furman, Christopher) (Entered: 11/08/2022) |
|---|---|---|
| 11/08/2022 | 55 | NOTICE of Appearance by Michael Fischer on behalf of LEIGH M. CHAPMAN. (Fischer, Michael) (Entered: 11/08/2022) |
| 11/08/2022 | 56 | NOTICE of Appearance by Jacob Boyer on behalf of LEIGH M. CHAPMAN. (Boyer, Jacob) (Entered: 11/08/2022) |
| 11/08/2022 | 57 | NOTICE of Appearance by Frank J. Lavery, Jr on behalf of FRANKLIN COUNTY BOARD OF ELECTIONS. (Lavery, Frank) (Entered: 11/08/2022) |
| 11/08/2022 | 58 | NOTICE of Appearance by Andrew W. Norfleet on behalf of FRANKLIN COUNTY BOARD OF ELECTIONS. (Norfleet, Andrew) (Entered: 11/08/2022) |
| 11/08/2022 | 59 | NOTICE of Appearance by Zachary Strassburger on behalf of PHILADELPHIA COUNTY BOARD OF ELECTIONS. (Strassburger, Zachary) (Entered: 11/08/2022) |
| 11/08/2022 | 60 | MOTION for attorney Ari Savitzky to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7384995) by BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. (Attachments: # 1 Affidavit) (Savitzky, Ari) (Entered: 11/08/2022) |
| 11/08/2022 | 61 | NOTICE of Appearance by Russell D. Giancola on behalf of David Ball, James D. Bee, Debra Biro, Jesse D. Daniel, Gwendolyn Mae Deluca, Ross M. Farber, Lynn Marie Kalcevic, National Republican Congressional Committee, REPUBLICAN NATIONAL COMMITTEE, Republican Party of Pennsylvania, Vallerie Siciliano-Biancaniello, S. Michael Streib. (Giancola, Russell) (Entered: 11/08/2022) |
| 11/09/2022 | 62 | TEXT ORDER granting 60 MOTION for attorney Ari Savitzky to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7384995) by BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. Signed by Judge Susan Paradise Baxter on 11/09/2022. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 11/09/2022) |
| 11/09/2022 | 63 | NOTICE of Appearance by David Newmann on behalf of PENNSYLVANIA STATE CONFERENCE OF THE NAACP. (Attachments: # 1 Certificate of Service) (Newmann, David) (Entered: 11/09/2022) |
| 11/09/2022 | 64 | MOTION for attorney Jessica L. VanderKam to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7385906) by BUCKS COUNTY BOARD OF ELECTIONS. (Attachments: # 1 Affidavit) (Vanderkam, Jessica) (Entered: 11/09/2022) |
| 11/09/2022 | 65 | TEXT Minute Entry for proceedings held before Judge Susan Paradise Baxter: Telephonic Status Conference held on 11/9/2022. Order to follow. (Court Reporter: Janis Ferguson) Text-only entry; no PDF document will issue. This text-only entry constitutes a Minute of the Court or Notice on the matter. (snc) (Entered: 11/09/2022) |
| 11/09/2022 | 66 | Disclosure Statement identifying None as corporate parent or other affiliate, by BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, |

App.244

| | | |
|---|---|---|
| | | PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. (Keenan, Megan) (Entered: 11/09/2022) |
| 11/09/2022 | 67 | ORDER; AND NOW, this 9th day of November, 2022; IT IS HEREBY ORDERED that responsive pleadings are due in accordance with the requirements of Federal Rule of Civil Procedure 12. IT IS FURTHER ORDERED that opposition to the motion to intervene shall be due by close of business November 10, 2022 and any reply thereto shall be due by noon on November 11, 2022. Signed by Judge Susan Paradise Baxter on 11/09/2022. (snc) (Entered: 11/09/2022) |
| 11/09/2022 | 68 | TEXT ORDER granting 64 MOTION for attorney Jessica L. VanderKam to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7385906) by BUCKS COUNTY BOARD OF ELECTIONS. Signed by Judge Susan Paradise Baxter on 11/09/2022. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 11/09/2022) |
| 11/09/2022 | 69 | WAIVER OF SERVICE Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. CLARION COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023; SUSQUEHANNA COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023; TIOGA COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023. (Loney, Stephen) (Entered: 11/09/2022) |
| 11/09/2022 | 70 | NOTICE of Appearance by Lauren L. Mathews on behalf of WASHINGTON COUNTY BOARD OF ELECTIONS. (Mathews, Lauren) (Entered: 11/09/2022) |
| 11/09/2022 | 71 | WAIVER OF SERVICE Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. LEHIGH COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023. (Loney, Stephen) (Entered: 11/09/2022) |
| 11/09/2022 | 72 | WAIVER OF SERVICE Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. PERRY COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023. (Loney, Stephen) (Entered: 11/09/2022) |
| 11/09/2022 | 73 | NOTICE of Appearance by Jana Phillis Grimm on behalf of WASHINGTON COUNTY BOARD OF ELECTIONS. (Grimm, Jana) (Entered: 11/09/2022) |
| 11/09/2022 | 74 | WAIVER OF SERVICE Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. PHILADELPHIA COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023. (Loney, Stephen) (Entered: 11/09/2022) |
| 11/09/2022 | 75 | PRAECIPE to Issue Summons by BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE |

App.245

| | | |
|---|---|---|
| | | CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD (Attachments: # 1 Summons Pike) (Ting, Richard) (Entered: 11/09/2022) |
| 11/09/2022 | 76 | WAIVER OF SERVICE Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. FRANKLIN COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023. (Loney, Stephen) (Entered: 11/09/2022) |
| 11/09/2022 | 77 | WAIVER OF SERVICE Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. WESTMORELAND COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023. (Loney, Stephen) (Entered: 11/09/2022) |
| 11/09/2022 | 78 | NOTICE of Appearance by Thomas S. Talarico on behalf of ERIE COUNTY BOARD OF ELECTIONS. (Talarico, Thomas) (Entered: 11/09/2022) |
| 11/09/2022 | 79 | MOTION for attorney John B. Hill to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7386663) by LEIGH M. CHAPMAN. (Hill, John) (Entered: 11/09/2022) |
| 11/09/2022 | 80 | WAIVER OF SERVICE Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. CHESTER COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023. (Loney, Stephen) (Entered: 11/09/2022) |
| 11/09/2022 | 81 | Errata re 14 Waiver of Service Executed, 18 Waiver of Service Executed, 31 Waiver of Service Executed, 13 Waiver of Service Executed, 12 Waiver of Service Executed, 20 Waiver of Service Executed, 32 Waiver of Service Executed, 21 Waiver of Service Executed, 33 Waiver of Service Executed, by BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. Reason for Correction: Docket number in captions, per Clerk's office quality control message. (Attachments: # 1 Corrected Blair County BOE Waiver of Service, # 2 Corrected Clinton County BOE Waiver of Service, # 3 Corrected Elk County BOE Waiver of Service, # 4 Corrected Montgomery County BOE Waiver of Service, # 5 Corrected Bucks County BOE Waiver of Service, # 6 Corrected Potter County BOE Waiver of Service, # 7 Corrected Erie County BOE Waiver of Service, # 8 Corrected Union County BOE Waiver of Service, # 9 Corrected Adams County BOE Waiver of Service) (Loney, Stephen) (Entered: 11/09/2022) |
| 11/09/2022 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 79 Motion to Appear Pro Hac Vice. ERROR: Proposed Order was made part of main document. CORRECTION: Attorney advised that in future proposed orders are to be made attachments to the main document. ADDITIONALLY FILER ADVISED THAT IN THE FUTURE< THE MOTION IS TO BE THE MAIN DOCUMENT< WITH THE PROBPOSED ORDER< AFFIDAVIT AND CERTIFICATE OF GOOD STANDING EACH FILED AS |

| | | ATTACHMENNTS This message is for informational purposes only. (jd) (Entered: 11/09/2022) |
|---|---|---|
| 11/09/2022 | 82 | WAIVER OF SERVICE Returned Executed by WASHINGTON COUNTY BOARD OF ELECTIONS. WASHINGTON COUNTY BOARD OF ELECTIONS waiver sent on 11/9/2022, answer due 1/9/2023. (Grimm, Jana) (Entered: 11/09/2022) |
| 11/09/2022 | 83 | NOTICE of Appearance by Faith Mattox-Baldini on behalf of CHESTER COUNTY BOARD OF ELECTIONS. (Mattox-Baldini, Faith) (Entered: 11/09/2022) |
| 11/10/2022 | 84 | TEXT ORDER granting 79 MOTION for attorney John B. Hill to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7386663) by LEIGH M. CHAPMAN. Signed by Judge Susan Paradise Baxter on 11/10/2022. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 11/10/2022) |
| 11/10/2022 | 85 | NOTICE of Appearance by Nathan W. Karn on behalf of BLAIR COUNTY BOARD OF ELECTIONS. (Karn, Nathan) (Entered: 11/10/2022) |
| 11/10/2022 | 86 | Summons Issued as to PIKE COUNTY BOARD OF ELECTIONS (jd) (Entered: 11/10/2022) |
| 11/10/2022 | 87 | MOTION for attorney Robert A. Wiygul to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7388616) by LEIGH M. CHAPMAN. (Attachments: # 1 Proposed Order, # 2 Affidavit, # 3 Exhibit Certificate of Good Standing) (Wiygul, Robert) (Entered: 11/10/2022) |
| 11/10/2022 | 88 | BRIEF in Opposition re 27 Motion to Intervene, filed by BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. (Keenan, Megan) (Entered: 11/10/2022) |
| 11/10/2022 | 89 | RESPONSE to Motion re 27 MOTION to Intervene filed by LEIGH M. CHAPMAN. (Boyer, Jacob) (Entered: 11/10/2022) |
| 11/10/2022 | 90 | TEXT ORDER granting 87 MOTION for attorney Robert A. Wiygul to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7388616) by LEIGH M. CHAPMAN. Signed by Judge Susan Paradise Baxter on 11/10/2022. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 11/10/2022) |
| 11/10/2022 | 91 | NOTICE of Appearance by James M. Parks on behalf of DELAWARE COUNTY BOARD OF ELECTIONS. (Parks, James) (Entered: 11/10/2022) |
| 11/10/2022 | 92 | MOTION for attorney Aimee D. Thomson to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7389488) by PHILADELPHIA COUNTY BOARD OF ELECTIONS. (Thomson, Aimee) (Entered: 11/10/2022) |
| 11/10/2022 | 93 | BRIEF in Opposition re 27 Motion to Intervene, filed by ALLEGHENY COUNTY BOARD OF ELECTIONS, BUCKS COUNTY BOARD OF ELECTIONS, CHESTER COUNTY BOARD OF ELECTIONS, DELAWARE COUNTY BOARD OF ELECTIONS, MONTGOMERY COUNTY BOARD OF ELECTIONS, PHILADELPHIA COUNTY BOARD OF ELECTIONS. (Strassburger, Zachary) (Entered: 11/10/2022) |
| 11/11/2022 | 94 | REPLY BRIEF re 27 Motion to Intervene, filed by David Ball, James D. Bee, Debra Biro, Jesse D. Daniel, Gwendolyn Mae Deluca, Ross M. Farber, Lynn Marie Kalcevic, |

**App.247**

| | | REPUBLICAN NATIONAL COMMITTEE, Republican Party of Pennsylvania, Vallerie Siciliano-Biancaniello, S. Michael Streib. (Gallagher, Kathleen) (Entered: 11/11/2022) |
|---|---|---|
| 11/11/2022 | 95 | NOTICE of Appearance by Walter S. Zimolong, III on behalf of LANCASTER COUNTY BOARD OF ELECTIONS. (Zimolong, Walter) (Entered: 11/11/2022) |
| 11/11/2022 | 96 | NOTICE of Appearance by James Joseph Fitzpatrick, III on behalf of LANCASTER COUNTY BOARD OF ELECTIONS. (Fitzpatrick, James) (Entered: 11/11/2022) |
| 11/14/2022 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 92 Motion to Appear Pro Hac Vice. ERROR: Proposed Order was made part of main document. CORRECTION: Attorney advised that in future proposed orders AS WELL AS ATTACHMENTS, such as Affidavits, Certificate of Good Standing, and Exhibits are to be made attachments to the main document. This message is for informational purposes only. NO ACTION REQUIRED (jd) (Entered: 11/14/2022) |
| 11/14/2022 | 97 | MOTION for attorney Ilana H. Eisenstein to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7391960) by PHILADELPHIA COUNTY BOARD OF ELECTIONS. (Attachments: # 1 Affidavit, # 2 Proposed Order) (Eisenstein, Ilana) (Entered: 11/14/2022) |
| 11/14/2022 | 98 | NOTICE of Appearance by Michael P. Barbera on behalf of SOMERSET COUNTY BOARD OF ELECTIONS. (Barbera, Michael) (Entered: 11/14/2022) |
| 11/14/2022 | 99 | WAIVER OF SERVICE Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. DELAWARE COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023. (Loney, Stephen) (Entered: 11/14/2022) |
| 11/14/2022 | 100 | WAIVER OF SERVICE Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. LANCASTER COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023. (Loney, Stephen) (Entered: 11/14/2022) |
| 11/14/2022 | 101 | Errata re 34 Waiver of Service Executed, 17 Waiver of Service Executed, by BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. Reason for Correction: Updated docket number in captions, per Clerk's office quality control message. (Attachments: # 1 Corrected Mercer County BOE Waiver of Service, # 2 Corrected Warren County BOE Waiver of Service) (Loney, Stephen) (Entered: 11/14/2022) |
| 11/14/2022 | 102 | MOTION for attorney Brian H. Benjet to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7393321) by PHILADELPHIA COUNTY BOARD OF ELECTIONS. (Attachments: # 1 Affidavit, # 2 Proposed Order) (Benjet, Brian) (Entered: 11/14/2022) |
| 11/15/2022 | 103 | TEXT ORDER granting 92 MOTION for Attorney Aimee D. Thomson to Appear Pro Hac Vice by PHILADELPHIA COUNTY BOARD OF ELECTIONS. Signed by Judge Susan Paradise Baxter on 11/15/2022. Text-only entry; no PDF document will issue. This |

**App.248**

| | | text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 11/15/2022) |
|---|---|---|
| 11/15/2022 | 104 | TEXT ORDER granting 97 MOTION for attorney Ilana H. Eisenstein to Appear Pro Hac Vice by PHILADELPHIA COUNTY BOARD OF ELECTIONS. Signed by Judge Susan Paradise Baxter on 11/15/2022. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 11/15/2022) |
| 11/15/2022 | 105 | TEXT ORDER granting 102 MOTION for attorney Brian H. Benjet to Appear Pro Hac Vice by PHILADELPHIA COUNTY BOARD OF ELECTIONS. Signed by Judge Susan Paradise Baxter on 11/15/2022. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 11/15/2022) |
| 11/15/2022 | 106 | WAIVER OF SERVICE Returned Executed by BERKS COUNTY BOARD OF ELECTIONS. BERKS COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023. (Bukowski, Jeffrey) (Entered: 11/15/2022) |
| 11/15/2022 | 107 | NOTICE of Appearance by Elizabeth A. Dupuis on behalf of MONTOUR COUNTY BOARD OF ELECTIONS. (Dupuis, Elizabeth) (Entered: 11/15/2022) |
| 11/15/2022 | 108 | NOTICE of Appearance by Sean R. Keegan on behalf of MONTOUR COUNTY BOARD OF ELECTIONS. (Keegan, Sean) (Entered: 11/15/2022) |
| 11/15/2022 | 109 | NOTICE of Appearance by Jessica M. Barnes on behalf of MONTOUR COUNTY BOARD OF ELECTIONS. (Barnes, Jessica) (Entered: 11/15/2022) |
| 11/17/2022 | 110 | MOTION for attorney Maureen E. Calder to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7399961) by MONTGOMERY COUNTY BOARD OF ELECTIONS. (Attachments: # 1 Affidavit) (Calder, Maureen) (Entered: 11/17/2022) |
| 11/17/2022 | 111 | WAIVER OF SERVICE Returned Executed by PENNSYLVANIA STATE CONFERENCE OF THE NAACP, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. CUMBERLAND COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023. (Loney, Stephen) (Entered: 11/17/2022) |
| 11/20/2022 | 112 | Errata re 15 Waiver of Service Executed, 10 Waiver of Service Executed, by BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. Reason for Correction: Updated docket number in captions, per Clerk's office quality control message. (Attachments: # 1 Corrected Allegheny County BOE Waiver of Service, # 2 Corrected Greene County BOE Waiver of Service) (Loney, Stephen) (Entered: 11/20/2022) |
| 11/20/2022 | 113 | WAIVER OF SERVICE Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. CRAWFORD COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023. (Loney, Stephen) (Entered: 11/20/2022) |

**App.249**

| 11/22/2022 | 114 | ANSWER to 1 Complaint,,,,,,,,,,, by CAMBRIA COUNTY BOARD OF ELECTIONS. (Gleason Barbin, William) (Entered: 11/22/2022) |
|---|---|---|
| 11/23/2022 | 115 | MOTION for Status Conference *to set expedited schedule* by BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. (Attachments: # 1 Proposed Order) (Walczak, Witold) (Entered: 11/23/2022) |
| 11/23/2022 | 116 | NOTICE of Appearance by Elizabeth Lester-Abdalla on behalf of LEIGH M. CHAPMAN. (Lester-Abdalla, Elizabeth) (Entered: 11/23/2022) |
| 11/27/2022 | 117 | WAIVER OF SERVICE Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. NORTHAMPTON COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023. (Loney, Stephen) (Entered: 11/27/2022) |
| 11/27/2022 | 118 | WAIVER OF SERVICE Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. MONTOUR COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023. (Loney, Stephen) (Entered: 11/27/2022) |
| 11/28/2022 | 119 | ORDER; AND NOW, this 28th day of November 2022; IT IS HEREBY ORDERED that Plaintiffs' Motion for Scheduling Conference, ECF No. 115 , is granted. As all parties will have entered their appearance by January 4, 2023, a video conference will be held on January 9, 2023. The particulars of that conference will be set by separate order. IT IS FURTHER ORDERED Plaintiffs' amended complaint shall be filed by November 30, 2022. IT IS FURTHER ORDERED that discovery in this matter is not stayed and may commence immediately. Signed by Judge Susan Paradise Baxter on 11/28/2022. (snc) (Entered: 11/28/2022) |
| 11/30/2022 | 120 | NOTICE of Appearance by Thomas W. King, III on behalf of REPUBLICAN PARTY OF PENNSYLVANIA. (King, Thomas) (Entered: 11/30/2022) |
| 11/30/2022 | 121 | First AMENDED COMPLAINT *FOR DECLARATORY AND INJUNCTIVE RELIEF* against ADAMS COUNTY BOARD OF ELECTIONS, ALLEGHENY COUNTY BOARD OF ELECTIONS, ARMSTRONG COUNTY BOARD OF ELECTIONS, BEAVER COUNTY BOARD OF ELECTIONS, BEDFORD COUNTY BOARD OF ELECTIONS, BERKS COUNTY BOARD OF ELECTIONS, BLAIR COUNTY BOARD OF ELECTIONS, BRADFORD COUNTY BOARD OF ELECTIONS, BUCKS COUNTY BOARD OF ELECTIONS, BUTLER COUNTY BOARD OF ELECTIONS, CAMBRIA COUNTY BOARD OF ELECTIONS, CAMERON COUNTY BOARD OF ELECTIONS, CARBON COUNTY BOARD OF ELECTIONS, CENTRE COUNTY BOARD OF ELECTIONS, LEIGH M. CHAPMAN, CHESTER COUNTY BOARD OF ELECTIONS, CLARION COUNTY BOARD OF ELECTIONS, CLEARFIELD COUNTY BOARD OF ELECTIONS, CLINTON COUNTY BOARD OF ELECTIONS, COLUMBIA COUNTY BOARD OF ELECTIONS, CRAWFORD COUNTY BOARD OF ELECTIONS, CUMBERLAND COUNTY BOARD OF ELECTIONS, DAUPHIN COUNTY BOARD OF ELECTIONS, DELAWARE COUNTY BOARD OF |

**App.250**

ELECTIONS, ELK COUNTY BOARD OF ELECTIONS, ERIE COUNTY BOARD OF ELECTIONS, FAYETTE COUNTY BOARD OF ELECTIONS, FOREST COUNTY BOARD OF ELECTIONS, FRANKLIN COUNTY BOARD OF ELECTIONS, FULTON COUNTY BOARD OF ELECTIONS, GREENE COUNTY BOARD OF ELECTIONS, HUNTINGDON COUNTY BOARD OF ELECTIONS, INDIANA COUNTY BOARD OF ELECTIONS, JEFFERSON COUNTY BOARD OF ELECTIONS, JUNIATA COUNTY BOARD OF ELECTIONS, LACKAWANNA COUNTY BOARD OF ELECTIONS, LANCASTER COUNTY BOARD OF ELECTIONS, LAWRENCE COUNTY BOARD OF ELECTIONS, LEBANON COUNTY BOARD OF ELECTIONS, LEHIGH COUNTY BOARD OF ELECTIONS, LUZERNE COUNTY BOARD OF ELECTIONS, LYCOMING COUNTY BOARD OF ELECTIONS, MCKEAN COUNTY BOARD OF ELECTIONS, MERCER COUNTY BOARD OF ELECTIONS, MIFFLIN COUNTY BOARD OF ELECTIONS, MONROE COUNTY BOARD OF ELECTIONS, MONTGOMERY COUNTY BOARD OF ELECTIONS, MONTOUR COUNTY BOARD OF ELECTIONS, NORTHAMPTON COUNTY BOARD OF ELECTIONS, NORTHUMBERLAND COUNTY BOARD OF ELECTIONS, PERRY COUNTY BOARD OF ELECTIONS, PHILADELPHIA COUNTY BOARD OF ELECTIONS, PIKE COUNTY BOARD OF ELECTIONS, POTTER COUNTY BOARD OF ELECTIONS, SCHUYLKILL COUNTY BOARD OF ELECTIONS, SNYDER COUNTY BOARD OF ELECTIONS, SOMERSET COUNTY BOARD OF ELECTIONS, SULLIVAN COUNTY BOARD OF ELECTIONS, SUSQUEHANNA COUNTY BOARD OF ELECTIONS, TIOGA COUNTY BOARD OF ELECTIONS, UNION COUNTY BOARD OF ELECTIONS, VENANGO COUNTY BOARD OF ELECTIONS, WAYNE COUNTY BOARD OF ELECTIONS, WARREN COUNTY BOARD OF ELECTIONS, WASHINGTON COUNTY BOARD OF ELECTIONS, WESTMORELAND COUNTY BOARD OF ELECTIONS, WYOMING COUNTY BOARD OF ELECTIONS, YORK COUNTY BOARD OF ELECTIONS , filed by PENNSYLVANIA STATE CONFERENCE OF THE NAACP, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, COMMON CAUSE PENNSYLVANIA, BLACK POLITICAL EMPOWERMENT PROJECT, MAKE THE ROAD PENNSYLVANIA, MARLENE G. GUTIERREZ, DEBORAH DIEHL, JEAN TERRIZZI, BARRY M. SEASTEAD, JOEL BENCAN, MARJORIE BOYLE, AYNNE MARGARET PLEBAN POLINSKI, LAURENCE M. SMITH. (Attachments: # 1 Exhibit A - Declaration of Jean Terrizzi, # 2 Exhibit B - Declaration of Barry M. Seastead, # 3 Exhibit C - Declaration of Marjorie Boyle, # 4 Exhibit D - Declaration of Marlene G. Gutierrez, # 5 Exhibit E - Declaration of Deborah Diehl, # 6 Exhibit F - Declaration of Aynne Margaret Pleban Polinski, # 7 Exhibit G - Declaration of Joel Bencan, # 8 Exhibit H - Declaration of Laurence M. Smith, # 9 Exhibit I - Marks email to counties, # 10 Exhibit J - Guidance Following Ball Order, # 11 Exhibit K - Supplemental Order) (Walczak, Witold) Modified on 12/1/2022 (jd). Modified on 12/1/2022 (jd). (Entered: 11/30/2022)

| 12/01/2022 | 122 | NOTICE of Appearance by Elizabeth A. Dupuis on behalf of MONROE COUNTY BOARD OF ELECTIONS. (Dupuis, Elizabeth) (Entered: 12/01/2022) |
| 12/01/2022 | 123 | NOTICE of Appearance by Sean R. Keegan on behalf of MONROE COUNTY BOARD OF ELECTIONS. (Keegan, Sean) (Entered: 12/01/2022) |
| 12/01/2022 | 124 | NOTICE of Appearance by Jessica M. Barnes on behalf of MONROE COUNTY BOARD OF ELECTIONS. (Barnes, Jessica) (Entered: 12/01/2022) |
| 12/02/2022 | 125 | WAIVER OF SERVICE Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, MARLENE G. GUTIERREZ, BARRY M. SEASTEAD, JEAN TERRIZZI, MARJORIE BOYLE, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, JOEL BENCAN, LAURENCE M. SMITH, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE |

**App.251**

| | | THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI. MONROE COUNTY BOARD OF ELECTIONS waiver sent on 11/5/2022, answer due 1/4/2023. (Loney, Stephen) (Entered: 12/02/2022) |
|---|---|---|
| 12/02/2022 | 126 | First MOTION for attorney Colleen Frens to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7423208) by CHESTER COUNTY BOARD OF ELECTIONS. (Attachments: # 1 Proposed Order, # 2 Affidavit, # 3 Exhibit) (Frens, Colleen) (Entered: 12/02/2022) |
| 12/02/2022 | 127 | TEXT ORDER granting 126 First MOTION for attorney Colleen Frens to Appear Pro Hac Vice by CHESTER COUNTY BOARD OF ELECTIONS. Signed by Judge Susan Paradise Baxter on 12/02/2022. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 12/02/2022) |
| 12/08/2022 | 128 | NOTICE of Appearance by Keith A. Button on behalf of CRAWFORD COUNTY BOARD OF ELECTIONS. (Button, Keith) (Entered: 12/08/2022) |
| 12/09/2022 | 129 | MOTION for attorney Molly Ruth Mudd to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7436472) by ADAMS COUNTY BOARD OF ELECTIONS. (Attachments: # 1 Appendix Certificate of Good Standing) (Mudd, Molly) (Entered: 12/09/2022) |
| 12/12/2022 | 130 | TEXT ORDER granting 129 MOTION for attorney Molly Ruth Mudd to Appear Pro Hac Vice by ADAMS COUNTY BOARD OF ELECTIONS. Signed by Judge Susan Paradise Baxter on 12/12/2022. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 12/12/2022) |
| 12/14/2022 | 131 | NOTICE *of Filing Proposed Motion to Dismiss First Amended Complaint* by DAVID BALL, JAMES D. BEE, DEBRA BIRO, JESSE D. DANIEL, GWENDOLYN MAE DELUCA, ROSS M. FARBER, LYNN MARIE KALCEVIC, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA, VALLERIE SICILIANO-BIANCANIELLO, S. MICHAEL STREIB (Attachments: # 1 Exhibit 1 - Motion to Dismiss, # 2 Exhibit 2 - Memorandum of Law in Support of Motion to Dismiss, # 3 Exhibit 3 - Answer) (Gallagher, Kathleen) (Entered: 12/14/2022) |
| 12/14/2022 | 132 | TEXT ORDER; AND NOW, this 14th day of December, 2022; As the letter filed at ECF No. 114 is not an "Answer," the Clerk of Court is hereby directed to re-docket the document filed as, "Remark: Letter from counsel advising that Cambria County Board of Elections does not intend to file response to Complaint but will rely on the responses of others." Signed by Judge Susan Paradise Baxter on 12/14/2022. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 12/14/2022) |
| 12/14/2022 | 133 | TEXT ORDER; NOW, this 14th day of December, 2022, letters to the Court do not satisfy the criteria of a responsive pleading that is required by Rule 12 of the Federal Rules of Civil Procedure. Signed by Judge Susan Paradise Baxter on 12/14/2022. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 12/14/2022) |
| 12/21/2022 | 134 | MOTION for attorney Joseph M. Cosgrove to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7454498) by LUZERNE COUNTY BOARD OF ELECTIONS. (Attachments: # 1 Exhibit A Certificate of Good Standing) (Cosgrove, Joseph) (Entered: 12/21/2022) |

**App.252**

| | | |
|---|---|---|
| 12/21/2022 | 135 | ORDER granting 134 MOTION for attorney Joseph M. Cosgrove to Appear Pro Hac Vice by LUZERNE COUNTY BOARD OF ELECTIONS. Signed by Judge Susan Paradise Baxter on 12/21/2022. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 12/21/2022) |
| 12/27/2022 | 136 | MOTION for attorney Amy M. Fitzpatrick to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7460501) by BUCKS COUNTY BOARD OF ELECTIONS. (Attachments: # 1 Affidavit, # 2 Exhibit) (Fitzpatrick, Amy) (Entered: 12/27/2022) |
| 12/27/2022 | 137 | TEXT ORDER granting 136 MOTION for attorney Amy M. Fitzpatrick to Appear Pro Hac Vice by BUCKS COUNTY BOARD OF ELECTIONS. Signed by Judge Susan Paradise Baxter on 12/27/2022. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 12/27/2022) |
| 12/28/2022 | 138 | NOTICE of Appearance by Brittany C. Armour on behalf of BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. (Armour, Brittany) (Entered: 12/28/2022) |
| 01/03/2023 | 139 | SCHEDULING ORDER; AND NOW, this 3rd day of January 2023, as set forth in text Orders, ECF Nos. 119 and 131, at their respective civil actions, 1:22-cv-339 and 1:22-cv-340; IT IS ORDERED that, in the interest of judicial economy, a joint video status conference will be held in the two above-captioned cases on Monday, January 9, 2023, at 2:00 p.m. IT IS FURTHER ORDERED that **parties are to appear at 1:15 p.m. for attendance.** Counsel for the proposed Intervenors in both cases will be permitted to join the conference. Instructions to connect are contained within the filed document. Signed by Judge Susan Paradise Baxter on 1/3/2023. (snc) (Entered: 01/03/2023) |
| 01/03/2023 | 140 | MOTION for attorney Catharine M. Roseberry to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7466811) by LEHIGH COUNTY BOARD OF ELECTIONS. (Attachments: # 1 Proposed Order) (Roseberry, Catharine) (Entered: 01/03/2023) |
| 01/03/2023 | 141 | Unopposed MOTION *To Be Excused from Active Participation* by CLARION COUNTY BOARD OF ELECTIONS, SUSQUEHANNA COUNTY BOARD OF ELECTIONS, TIOGA COUNTY BOARD OF ELECTIONS. (Attachments: # 1 Proposed Order) (Furman, Christopher) (Entered: 01/03/2023) |
| 01/03/2023 | 142 | TEXT ORDER granting 140 MOTION for attorney Catharine M. Roseberry to Appear Pro Hac Vice by LEHIGH COUNTY BOARD OF ELECTIONS Signed by Judge Susan Paradise Baxter on 1/3/2023. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 01/03/2023) |
| 01/04/2023 | 143 | ANSWER to 121 Amended Complaint,,,,,,,,,,,,,,, *with Affirmative Defenses* by LANCASTER COUNTY BOARD OF ELECTIONS. (Zimolong, Walter) (Entered: 01/04/2023) |
| 01/04/2023 | 144 | NOTICE of Appearance by Melissa A. Guiddy on behalf of WESTMORELAND COUNTY BOARD OF ELECTIONS. (Guiddy, Melissa) (Entered: 01/04/2023) |
| 01/04/2023 | 145 | NOTICE of Appearance by Timothy J Witt on behalf of FAYETTE COUNTY BOARD OF ELECTIONS. (Witt, Timothy) (Entered: 01/04/2023) |
| 01/04/2023 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 145 Notice of Appearance ERROR: ERROR #1: Withdrawal of appearance must be made by Motion. ERROR #2: |

**App.253**

| | | |
|---|---|---|
| | | Signature on document and filer do not match. CORRECTION: Attorney advised to resubmit corrected document pursuant to LCvR 83.2(C)(4) with appropriate signature requirements, using the Errata event. (jd) (Entered: 01/04/2023) |
| 01/04/2023 | 146 | ANSWER to 121 Amended Complaint,,,,,,,,,,,,,,, by ADAMS COUNTY BOARD OF ELECTIONS. (Mudd, Molly) (Entered: 01/04/2023) |
| 01/04/2023 | 147 | ANSWER to 121 Amended Complaint, 1 Complaint, , ANSWER to 121 Amended Complaint, 1 Complaint, by FAYETTE COUNTY BOARD OF ELECTIONS. (Witt, Timothy) Modified on 1/5/2023 (jd). (Entered: 01/04/2023) |
| 01/04/2023 | 148 | ANSWER to 121 Amended Complaint, by BERKS COUNTY BOARD OF ELECTIONS. (Bukowski, Jeffrey) Modified on 1/5/2023 (jd). (Entered: 01/04/2023) |
| 01/04/2023 | 149 | ANSWER to 1 Complaint,,,,,,,,,,,, by BEDFORD COUNTY BOARD OF ELECTIONS, CARBON COUNTY BOARD OF ELECTIONS, CENTRE COUNTY BOARD OF ELECTIONS, COLUMBIA COUNTY BOARD OF ELECTIONS, DAUPHIN COUNTY BOARD OF ELECTIONS, HUNTINGDON COUNTY BOARD OF ELECTIONS, INDIANA COUNTY BOARD OF ELECTIONS, JEFFERSON COUNTY BOARD OF ELECTIONS, LAWRENCE COUNTY BOARD OF ELECTIONS, LEBANON COUNTY BOARD OF ELECTIONS, MONROE COUNTY BOARD OF ELECTIONS, MONTOUR COUNTY BOARD OF ELECTIONS, NORTHUMBERLAND COUNTY BOARD OF ELECTIONS, SNYDER COUNTY BOARD OF ELECTIONS, VENANGO COUNTY BOARD OF ELECTIONS, YORK COUNTY BOARD OF ELECTIONS. (Keegan, Sean) (Entered: 01/04/2023) |
| 01/04/2023 | 150 | MOTION to Withdraw 141 Unopposed MOTION *To Be Excused from Active Participation* by CLARION COUNTY BOARD OF ELECTIONS, SUSQUEHANNA COUNTY BOARD OF ELECTIONS, TIOGA COUNTY BOARD OF ELECTIONS. (Attachments: # 1 Proposed Order) (Furman, Christopher) (Entered: 01/04/2023) |
| 01/04/2023 | 151 | NOTICE of Appearance by Robert Eugene Grimm on behalf of GREENE COUNTY BOARD OF ELECTIONS. (Grimm, Robert) (Entered: 01/04/2023) |
| 01/04/2023 | 152 | ANSWER to 121 Amended Complaint, *Answer and Affirmative Defenses* by WESTMORELAND COUNTY BOARD OF ELECTIONS. (Guiddy, Melissa) Modified on 1/5/2023 (jd). (Entered: 01/04/2023) |
| 01/04/2023 | 153 | ANSWER to 121 Amended Complaint, by GREENE COUNTY BOARD OF ELECTIONS. (Grimm, Robert) Modified on 1/5/2023 (jd). (Entered: 01/04/2023) |
| 01/04/2023 | 154 | ANSWER to 121 Amended Complaint, by LEIGH M. CHAPMAN. (Lester-Abdalla, Elizabeth) Modified on 1/5/2023 (jd). (Entered: 01/04/2023) |
| 01/04/2023 | 155 | MOTION to Withdraw as Attorney by FAYETTE COUNTY BOARD OF ELECTIONS. (Attachments: # 1 Proposed Order) (Keegan, Sean) (Entered: 01/04/2023) |
| 01/04/2023 | 156 | STIPULATION by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, MARJORIE BOYLE, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH, JEAN TERRIZZI. (Loney, Stephen) (Entered: 01/04/2023) |
| 01/05/2023 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 147 Answer to Amended Complaint, Answer to Complaint. ERROR: Signature on document and filer do not |

| | | |
|---|---|---|
| | | match. CORRECTION: Attorney advised of signature requirements. Attorney to resubmit the document using the Errata event. ACTION REQUIRED (jd) (Entered: 01/05/2023) |
| 01/05/2023 | 157 | ORDER granting re 156 STIPULATION by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, MARJORIE BOYLE, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH, JEAN TERRIZZI. Signed by Judge Susan Paradise Baxter on 1/5/2023. (snc) (Entered: 01/05/2023) |
| 01/05/2023 | 158 | NOTICE of Appearance by Timothy J Witt on behalf of FAYETTE COUNTY BOARD OF ELECTIONS. (Witt, Timothy) (Entered: 01/05/2023) |
| 01/05/2023 | 159 | ANSWER to 121 Amended Complaint,,,,,,,,,,,,,, by FAYETTE COUNTY BOARD OF ELECTIONS. (Witt, Timothy) (Entered: 01/05/2023) |
| 01/05/2023 | 160 | NOTICE of Appearance by Thomas A. Burkhart on behalf of UNION COUNTY BOARD OF ELECTIONS. (Burkhart, Thomas) (Entered: 01/05/2023) |
| 01/05/2023 | 161 | ORDER granting 150 Motion to Withdraw 141 Unopposed MOTION *To Be Excused from Active Participation*. ECF No. 141 Unopposed MOTION *To Be Excused from Active Participation*. is withdrawn. Signed by Judge Susan Paradise Baxter on 1/5/2023. (snc) (Entered: 01/05/2023) |
| 01/05/2023 | 162 | TEXT ORDER granting 155 Motion to Withdraw as Attorney. Attorney Sean R. Keegan, Jessica M. Barnes, and Elizabeth A. Dupuis terminated for Fayette County only. Defendant Fayette County Board of Elections new counsel may file their Notice(s) of Appearance Signed by Judge Susan Paradise Baxter on 1/5/2023. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 01/05/2023) |
| 01/05/2023 | 163 | TEXT ORDER: Counsel for Plaintiffs are hereby directed to provide notice of and participation instructions for the Status Conference set for January 9, 2023 to all County Boards of Elections that have not yet entered an appearance in this case. Signed by Judge Susan Paradise Baxter on 1/5/2023. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (css) (Entered: 01/05/2023) |
| 01/06/2023 | 164 | NOTICE of Appearance by Kenneth R Levitzky on behalf of SULLIVAN COUNTY BOARD OF ELECTIONS. (Levitzky, Kenneth) (Entered: 01/06/2023) |
| 01/06/2023 | 165 | NOTICE of Appearance by Kenneth R Levitzky on behalf of WYOMING COUNTY BOARD OF ELECTIONS. (Levitzky, Kenneth) (Entered: 01/06/2023) |
| 01/06/2023 | 166 | MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO AMENDED COMPLAINT 121 Amended Complaint,,,,,,,,,,,,,, by WASHINGTON COUNTY BOARD OF ELECTIONS. (Attachments: # 1 Proposed Service Order) (Grimm, Jana) Modified on 1/9/2023 to correct type of Motion (jd). (Entered: 01/06/2023) |
| 01/06/2023 | 167 | MEMORANDUM ORDER; AND NOW, this 6th day of January 2023, IT IS HEREBY ORDERED that the motion to intervene, ECF No. 27 , is granted in part insofar as the Republican Committees may intervene in this matter as of right. The motion is denied in all other respects. IT IS FURTHER ORDERED that the Republican Committees file a responsive pleading addressing the claims of the Amended Complaint by January 17, 2023. In the event the Republican Committees file a dispositive motion, oppositions |

| | | |
|---|---|---|
| | | thereto shall be filed by January 31, 2023. The parties are on notice that the filing of any dispositive motion does **not** stay discovery.. Signed by Judge Susan Paradise Baxter on 1/6/2023. (snc) (Entered: 01/06/2023) |
| 01/09/2023 | 168 | NOTICE of Appearance by Marian K Schneider on behalf of JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, MARJORIE BOYLE, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH, JEAN TERRIZZI. (Schneider, Marian) (Entered: 01/09/2023) |
| 01/09/2023 | 169 | NOTICE of Appearance by John Matthew Purcell on behalf of FAYETTE COUNTY BOARD OF ELECTIONS. (Purcell, John) (Entered: 01/09/2023) |
| 01/09/2023 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 166 Motion for Extension of Time to Amend. ERROR: Incorrect relief selected. CORRECTION: Changed relief from Motion for Extension of time to Amend to Motion for Extension of time to Respond to Amended Complaint. This message is for informational purposes only. (jd) (Entered: 01/09/2023) |
| 01/09/2023 | 171 | TEXT Minute Entry for proceedings held before Judge Susan Paradise Baxter: Video Status Conference held on 1/9/2023. (Court Reporter: Janis Ferguson) Text-only entry; no PDF document will issue. This text-only entry constitutes a Minute of the Court or Notice on the matter. (snc) (Entered: 01/09/2023) |
| 01/10/2023 | 172 | NOTICE of Appearance by H. William White on behalf of BUTLER COUNTY BOARD OF ELECTIONS. (White, H.) (Entered: 01/10/2023) |
| 01/10/2023 | 173 | BRIEFING ORDER; AND NOW, this 9th day of January 2023, IT IS HEREBY ORDERED that counsel for all Defendants shall file their Notices of Appearance by January 13, 2023. IT IS FURTHER ORDERED that responsive pleadings addressing the amended complaint are due January 17, 2023. In the event that a motion to dismiss is filed, oppositions thereto shall be due February 3, 2023. IT IS FURTHER ORDERED that the parties are to file a motion for protective order, with a proposed protective order, by February 3, 2023. IT IS FURTHER ORDERED that the parties file a brief by January 20, 2023, addressing whether this case should be expedited. The brief shall have a proposed scheduling order attached, which addresses the proposed length of the fact and expert discovery periods, whether an evidentiary hearing will be required, and a deadline for dispositive motions. Any party may make a responsive filing by January 31, 2023. IT IS FURTHER ORDERED that this case is exempt from strict adherence to the requirements of the Federal Rules of Civil Procedure 16 and 26, as well as the Western District's Alternative Dispute Resolution requirements. IT IS FURTHER ORDERED that the undersigned's customary certificate of conferral requirements will be suspended for motions to dismiss. The pendency of any motion to dismiss will not stay discovery. IT IS FURTHER ORDERED that in the event of a discovery dispute, a **_short_** motion to compel should be filed on the docket consistent with the undersigned's Practices and Procedures available through the Court's website at www.pawd.uscourts.gov. Counsel shall follow the filing of the motion with a telephone call to Chambers to schedule a telephonic conference on the pending motion. Signed by Judge Susan Paradise Baxter on 1/09/2023. (snc) (Entered: 01/10/2023) |
| 01/10/2023 | 174 | TEXT ORDER denying 166 MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE AMENDED COMPLAINT 121 Amended Complaint. All responsive pleadings addressing the amended complaint are due January 17, 2023. *See* ECF No. 173 . Signed by Judge Susan Paradise Baxter on 1/10/2023. Text-only entry; no |

**App.256**

| | | PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 01/10/2023) |
|---|---|---|
| 01/10/2023 | 175 | NOTICE of Appearance by Lawrence J. Moran, Jr on behalf of LACKAWANNA COUNTY BOARD OF ELECTIONS. (Moran, Lawrence) (Entered: 01/10/2023) |
| 01/10/2023 | 176 | NOTICE of Appearance by William Gleason Barbin on behalf of CAMBRIA COUNTY BOARD OF ELECTIONS. (Gleason Barbin, William) (Entered: 01/10/2023) |
| 01/11/2023 | 177 | NOTICE of Appearance by Richard E Santee on behalf of NORTHAMPTON COUNTY BOARD OF ELECTIONS. (Santee, Richard) (Entered: 01/11/2023) |
| 01/11/2023 | 178 | First MOTION for attorney Richard E. Santee to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7482961) by NORTHAMPTON COUNTY BOARD OF ELECTIONS. (Attachments: # 1 Affidavit, # 2 Proposed Service Order) (Santee, Richard) Link added to Errata at 191 with Certificate of Good Standing. Modified on 1/18/2023 (keh). (Entered: 01/11/2023) |
| 01/11/2023 | 179 | MOTION for attorney Elizabeth Femia to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7483427) by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, MARJORIE BOYLE, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH, JEAN TERRIZZI. (Attachments: # 1 Declaration of Elizabeth Femia in Support of Motion for Admission Pro Hac Vice) (Femia, Elizabeth) (Entered: 01/11/2023) |
| 01/12/2023 | 180 | NOTICE of Appearance by Keith O Brenneman on behalf of CUMBERLAND COUNTY BOARD OF ELECTIONS. (Brenneman, Keith) (Entered: 01/12/2023) |
| 01/12/2023 | 181 | TEXT ORDER granting 179 Motion MOTION for attorney Elizabeth Femia to Appear Pro Hac Vice by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, MARJORIE BOYLE, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH, JEAN TERRIZZI. Signed by Judge Susan Paradise Baxter on 1/12/2023. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 01/12/2023) |
| 01/12/2023 | 182 | NOTICE of Appearance by Nathan A. Morgan on behalf of BEAVER COUNTY BOARD OF ELECTIONS. (Morgan, Nathan) (Entered: 01/12/2023) |
| 01/12/2023 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 178 Motion to Appear Pro Hac Vice. ERROR: Filoing is missing the Certificate of Good Standing CORRECTION: Filer advised to file Errata Event attaching the Certificate of Good Standing (jd) (Entered: 01/12/2023) |
| 01/12/2023 | 183 | MOTION for attorney Donald K. Zagurskie to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7485258) by JUNIATA COUNTY BOARD OF ELECTIONS. (Attachments: # 1 Exhibit Affidavit in Support of Motion, # 2 Exhibit Certification for Pro Hac Vice Admission, # 3 Proposed Order, # 4 Certificate of Service) (Zagurskie, Donald) (Entered: 01/12/2023) |

**App.257**

| 01/12/2023 | 184 | TEXT ORDER granting 183 MOTION for attorney Donald K. Zagurskie to Appear Pro Hac Vice by JUNIATA COUNTY BOARD OF ELECTIONS. Signed by Judge Susan Paradise Baxter on 1/12/2023. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 01/12/2023) |
|---|---|---|
| 01/12/2023 | 185 | NOTICE of Appearance by Nathaniel J. Schmidt on behalf of WARREN COUNTY BOARD OF ELECTIONS. (Schmidt, Nathaniel) (Entered: 01/12/2023) |
| 01/12/2023 | 186 | NOTICE of Appearance by Anthony V. Clarke on behalf of MCKEAN COUNTY BOARD OF ELECTIONS. (Clarke, Anthony) (Entered: 01/12/2023) |
| 01/12/2023 | 187 | RESPONSE to 173 Order,,,,,,,,, Set Deadlines/Hearings,,,,,,, 121 Amended Complaint,,,,,,,,,,,,,,, filed by MCKEAN COUNTY BOARD OF ELECTIONS. (Clarke, Anthony) (Entered: 01/12/2023) |
| 01/13/2023 | 188 | NOTICE of Appearance by Timothy R. Bevevino on behalf of FOREST COUNTY BOARD OF ELECTIONS. (Bevevino, Timothy) (Entered: 01/13/2023) |
| 01/13/2023 | 189 | STIPULATION by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, MARJORIE BOYLE, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH, JEAN TERRIZZI. (Loney, Stephen) (Entered: 01/13/2023) |
| 01/16/2023 | 190 | NOTICE of Appearance by Benjamin Ernest Orsatti on behalf of CLARION COUNTY BOARD OF ELECTIONS, SUSQUEHANNA COUNTY BOARD OF ELECTIONS, TIOGA COUNTY BOARD OF ELECTIONS. (Orsatti, Benjamin) (Entered: 01/16/2023) |
| 01/17/2023 | 191 | Errata re 178 Motion to Appear Pro Hac Vice by NORTHAMPTON COUNTY BOARD OF ELECTIONS. Reason for Correction: Lack of Certificate of Good Standing. (Santee, Richard) (Entered: 01/17/2023) |
| 01/17/2023 | 192 | ORDER granting re 189 SUPPLEMENTAL STIPULATION by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, MARJORIE BOYLE, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH, JEAN TERRIZZI. Signed by Judge Susan Paradise Baxter on 1/17/2023. (snc) (Entered: 01/17/2023) |
| 01/17/2023 | 193 | MOTION to Dismiss for Failure to State a Claim re 121 Amended Complaint by DAVID BALL, JAMES D. BEE, DEBRA BIRO, JESSE D. DANIEL, ROSS M. FARBER, LYNN MARIE KALCEVIC, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA, VALLERIE SICILIANO-BIANCANIELLO, S. MICHAEL STREIB. (Attachments: # 1 Proposed Order) (Gallagher, Kathleen) Modified on 1/18/2023 to add document linkage. (kss) (Entered: 01/17/2023) |
| 01/17/2023 | 194 | BRIEF in Support re 193 Motion to Dismiss for Failure to State a Claim, *Plaintiffs' First Amended Complaint* filed by DAVID BALL, JAMES D. BEE, DEBRA BIRO, JESSE D. DANIEL, GWENDOLYN MAE DELUCA, ROSS M. FARBER, LYNN MARIE KALCEVIC, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE |

App.258

| | | |
|---|---|---|
| | | REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA, VALLERIE SICILIANO-BIANCANIELLO, S. MICHAEL STREIB. (Attachments: # 1 Exhibit A - Mihaliak Police Criminal Complaint, # 2 Exhibit B - Acting Secretary's Answer) (Gallagher, Kathleen) (Entered: 01/17/2023) |
| 01/18/2023 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 193 Motion to Dismiss for Failure to State a Claim. ERROR: Incorrect relief selected. CORRECTION: Changed relief from Motion to Dismiss to Motion to Dismiss for Failure to State a Claim. This message is for informational purposes only. (kss) (Entered: 01/18/2023) |
| 01/20/2023 | 195 | MOTION for attorney Kenneth Levitzky to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7498203) by SULLIVAN COUNTY BOARD OF ELECTIONS. (Levitzky, Kenneth) (Entered: 01/20/2023) |
| 01/20/2023 | 196 | MOTION for attorney Kenneth Levitzky to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7498264) by WYOMING COUNTY BOARD OF ELECTIONS. (Levitzky, Kenneth) (Entered: 01/20/2023) |
| 01/20/2023 | 197 | BRIEF in Opposition to 173 Order,,,,,,,, *Expedited Discovery* filed by LANCASTER COUNTY BOARD OF ELECTIONS. (Attachments: # 1 Proposed Order) (Zimolong, Walter) (Entered: 01/20/2023) |
| 01/20/2023 | 198 | BRIEF in Support of 173 Order,,,,,,,, Set Deadlines/Hearings,,,,,,, *Expedited Schedule* filed by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, MARJORIE BOYLE, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH, JEAN TERRIZZI. (Attachments: # 1 Proposed Order) (Keenan, Megan) (Entered: 01/20/2023) |
| 01/20/2023 | 199 | BRIEF in Support of 173 Order,,,,,,,, Set Deadlines/Hearings,,,,,,, filed by BERKS COUNTY BOARD OF ELECTIONS. (Bukowski, Jeffrey) (Entered: 01/20/2023) |
| 01/20/2023 | 200 | BRIEF in Support of 173 Order,,,,,,,, Set Deadlines/Hearings,,,,,,, *Position Statement* filed by PHILADELPHIA COUNTY BOARD OF ELECTIONS. (Eisenstein, Ilana) (Entered: 01/20/2023) |
| 01/20/2023 | 201 | BRIEF in Support of 173 Order,,,,,,,, Set Deadlines/Hearings,,,,,,, filed by LEIGH M. CHAPMAN. (Lester-Abdalla, Elizabeth) (Entered: 01/20/2023) |
| 01/20/2023 | 202 | BRIEF in Support of 173 Order,,,,,,,, Set Deadlines/Hearings,,,,,,, *Expedited Schedule* filed by ALLEGHENY COUNTY BOARD OF ELECTIONS, BUCKS COUNTY BOARD OF ELECTIONS, CHESTER COUNTY BOARD OF ELECTIONS, MONTGOMERY COUNTY BOARD OF ELECTIONS. (Attachments: # 1 Proposed Order) (Mattox-Baldini, Faith) (Entered: 01/20/2023) |
| 01/22/2023 | 203 | RESPONSE *to the Court's January 10, 2023 173 Briefing Order* filed by DAVID BALL, JAMES D. BEE, DEBRA BIRO, JESSE D. DANIEL, GWENDOLYN MAE DELUCA, ROSS M. FARBER, LYNN MARIE KALCEVIC, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA, VALLERIE SICILIANO-BIANCANIELLO, S. MICHAEL STREIB. (Attachments: # 1 Proposed Order) (Gallagher, Kathleen) Modified text on 1/23/2023 to link to appropriate document. (jv) (Entered: 01/22/2023) |

| 01/23/2023 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 195 Motion to Appear Pro Hac Vice. ERROR: Proposed Order was not attached. CORRECTION: Attorney is advised to file a proposed order by using the Proposed Order event and linking it to the document in question. (jma) (Entered: 01/23/2023) |
|---|---|---|
| 01/23/2023 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 196 Motion to Appear Pro Hac Vice. ERROR: Proposed Order was not attached. CORRECTION: Attorney is advised to file a proposed order by using the Proposed Order event and linking it to the document in question. (sdp) (Entered: 01/23/2023) |
| 01/25/2023 | 204 | TEXT ORDER granting 195 Motion for attorney Kenneth Levitzky to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7498203) by SULLIVAN COUNTY BOARD OF ELECTIONS. ECF No. 196 is dismissed as moot as Kenneth Levitzky, Esq. is Pro Hac Vice on this case. Signed by Judge Susan Paradise Baxter on 1/25/2023. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 01/25/2023) |
| 01/27/2023 | 205 | RESPONSE *to Motions Opposing Expedited Schedule* - to 197 Brief in Opposition - Other, 199 Brief in Support - Other, 203 Response,, filed by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, MARJORIE BOYLE, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH, JEAN TERRIZZI. (Attachments: # 1 Exhibit A (Intervenors' Filing in Ball v. Chapman), # 2 Exhibit B (Berks Cty.'s Filing in Ball v. Chapman)) (Keenan, Megan) (Entered: 01/27/2023) |
| 01/31/2023 | 206 | BRIEF in Support of 205 Response,, filed by LEIGH M. CHAPMAN. (Lester-Abdalla, Elizabeth) (Entered: 01/31/2023) |
| 01/31/2023 | 207 | CASE MANAGEMENT ORDER: Initial disclosures pursuant to Rule 26(a) information due by 2/10/2023. Fact discovery, which is already proceeding apace, shall be completed by by 2/17/2023. All expert reports shall be served by 02/24/2023. Expert discovery shall close by 03/17/2023. Dispositive motions shall be due by 4/21/2023 and oppositions thereto shall be due by 05/05/2023. Any reply briefs may be filed by 05/10/2023. IT IS FURTHER ORDERED that, to the extent that parties with to move for an evidentiary hearing, they may do so by 05/05/2023. IT IS FURTHER ORDERED that the pendency of the motion to dismiss, as well as any other motion, will not stay the time periods set forth in, nor affect any other compliance requirements of, this Case Management Order. Signed by Judge Susan Paradise Baxter on 1/31/2023. (snc) (Entered: 01/31/2023) |
| 02/01/2023 | 208 | SUMMONS/Return of Service Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, MARLENE G. GUTIERREZ, BARRY M. SEASTEAD, JEAN TERRIZZI, MARJORIE BOYLE, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, JOEL BENCAN, LAURENCE M. SMITH, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI. FOREST COUNTY BOARD OF ELECTIONS served on 11/10/2022, answer due 12/1/2022. (Loney, Stephen) (Entered: 02/01/2023) |
| 02/01/2023 | 209 | SUMMONS/Return of Service Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, MARLENE G. GUTIERREZ, BARRY M. SEASTEAD, JEAN TERRIZZI, MARJORIE BOYLE, PENNSYLVANIA STATE CONFERENCE OF |

| | | |
|---|---|---|
| | | THE NAACP, JOEL BENCAN, LAURENCE M. SMITH, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI. MCKEAN COUNTY BOARD OF ELECTIONS served on 11/10/2022, answer due 12/1/2022. (Loney, Stephen) (Entered: 02/01/2023) |
| 02/01/2023 | [210](#) | SUMMONS/Return of Service Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, MARLENE G. GUTIERREZ, BARRY M. SEASTEAD, JEAN TERRIZZI, MARJORIE BOYLE, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, JOEL BENCAN, LAURENCE M. SMITH, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI. BUTLER COUNTY BOARD OF ELECTIONS served on 11/14/2022, answer due 12/5/2022. (Loney, Stephen) (Entered: 02/01/2023) |
| 02/01/2023 | [211](#) | SUMMONS/Return of Service Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, MARLENE G. GUTIERREZ, BARRY M. SEASTEAD, JEAN TERRIZZI, MARJORIE BOYLE, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, JOEL BENCAN, LAURENCE M. SMITH, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI. SCHUYLKILL COUNTY BOARD OF ELECTIONS served on 11/10/2022, answer due 12/1/2022. (Loney, Stephen) (Entered: 02/01/2023) |
| 02/01/2023 | [212](#) | SUMMONS/Return of Service Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, MARLENE G. GUTIERREZ, BARRY M. SEASTEAD, JEAN TERRIZZI, MARJORIE BOYLE, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, JOEL BENCAN, LAURENCE M. SMITH, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI. SULLIVAN COUNTY BOARD OF ELECTIONS served on 11/10/2022, answer due 12/1/2022. (Loney, Stephen) (Entered: 02/01/2023) |
| 02/01/2023 | [213](#) | SUMMONS/Return of Service Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, MARLENE G. GUTIERREZ, BARRY M. SEASTEAD, JEAN TERRIZZI, MARJORIE BOYLE, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, JOEL BENCAN, LAURENCE M. SMITH, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI. PIKE COUNTY BOARD OF ELECTIONS served on 11/14/2022, answer due 12/5/2022. (Loney, Stephen) (Entered: 02/01/2023) |
| 02/01/2023 | [214](#) | SUMMONS/Return of Service Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, MARLENE G. GUTIERREZ, BARRY M. SEASTEAD, JEAN TERRIZZI, MARJORIE BOYLE, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, JOEL BENCAN, LAURENCE M. SMITH, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI. BRADFORD COUNTY BOARD OF ELECTIONS served on 11/10/2022, answer due 12/1/2022. (Loney, Stephen) (Entered: 02/01/2023) |

**App.261**

| 02/01/2023 | 215 | SUMMONS/Return of Service Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, MARLENE G. GUTIERREZ, BARRY M. SEASTEAD, JEAN TERRIZZI, MARJORIE BOYLE, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, JOEL BENCAN, LAURENCE M. SMITH, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI. CAMBRIA COUNTY BOARD OF ELECTIONS served on 11/10/2022, answer due 12/1/2022. (Loney, Stephen) (Entered: 02/01/2023) |
|---|---|---|
| 02/01/2023 | 216 | SUMMONS/Return of Service Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, MARLENE G. GUTIERREZ, BARRY M. SEASTEAD, JEAN TERRIZZI, MARJORIE BOYLE, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, JOEL BENCAN, LAURENCE M. SMITH, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI. CAMERON COUNTY BOARD OF ELECTIONS served on 11/10/2022, answer due 12/1/2022. (Loney, Stephen) (Entered: 02/01/2023) |
| 02/01/2023 | 217 | SUMMONS/Return of Service Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, MARLENE G. GUTIERREZ, BARRY M. SEASTEAD, JEAN TERRIZZI, MARJORIE BOYLE, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, JOEL BENCAN, LAURENCE M. SMITH, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI. CLEARFIELD COUNTY BOARD OF ELECTIONS served on 11/10/2022, answer due 12/1/2022. (Loney, Stephen) (Entered: 02/01/2023) |
| 02/01/2023 | 218 | SUMMONS/Return of Service Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, MARLENE G. GUTIERREZ, BARRY M. SEASTEAD, JEAN TERRIZZI, MARJORIE BOYLE, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, JOEL BENCAN, LAURENCE M. SMITH, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI. FULTON COUNTY BOARD OF ELECTIONS served on 11/10/2022, answer due 12/1/2022. (Loney, Stephen) (Entered: 02/01/2023) |
| 02/01/2023 | 219 | SUMMONS/Return of Service Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, MARLENE G. GUTIERREZ, BARRY M. SEASTEAD, JEAN TERRIZZI, MARJORIE BOYLE, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, JOEL BENCAN, LAURENCE M. SMITH, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI. LUZERNE COUNTY BOARD OF ELECTIONS served on 11/10/2022, answer due 12/1/2022. (Loney, Stephen) (Entered: 02/01/2023) |
| 02/01/2023 | 220 | SUMMONS/Return of Service Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, MARLENE G. GUTIERREZ, BARRY M. SEASTEAD, JEAN TERRIZZI, MARJORIE BOYLE, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, JOEL BENCAN, LAURENCE M. SMITH, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS |

App.262

| | | |
|---|---|---|
| | | ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI. WAYNE COUNTY BOARD OF ELECTIONS served on 11/10/2022, answer due 12/1/2022. (Loney, Stephen) (Entered: 02/01/2023) |
| 02/01/2023 | 221 | SUMMONS/Return of Service Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, MARLENE G. GUTIERREZ, BARRY M. SEASTEAD, JEAN TERRIZZI, MARJORIE BOYLE, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, JOEL BENCAN, LAURENCE M. SMITH, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI. WYOMING COUNTY BOARD OF ELECTIONS served on 11/10/2022, answer due 12/1/2022. (Loney, Stephen) (Entered: 02/01/2023) |
| 02/02/2023 | 222 | SUMMONS/Return of Service Returned Executed by BLACK POLITICAL EMPOWERMENT PROJECT, MARLENE G. GUTIERREZ, BARRY M. SEASTEAD, JEAN TERRIZZI, MARJORIE BOYLE, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, JOEL BENCAN, LAURENCE M. SMITH, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI. ARMSTRONG COUNTY BOARD OF ELECTIONS served on 11/14/2022, answer due 12/5/2022. (Loney, Stephen) (Entered: 02/02/2023) |
| 02/03/2023 | 223 | BRIEF in Opposition re 193 Motion to Dismiss for Failure to State a Claim, filed by ALLEGHENY COUNTY BOARD OF ELECTIONS, BUCKS COUNTY BOARD OF ELECTIONS, CHESTER COUNTY BOARD OF ELECTIONS, MONTGOMERY COUNTY BOARD OF ELECTIONS, PHILADELPHIA COUNTY BOARD OF ELECTIONS. (Eisenstein, Ilana) (Entered: 02/03/2023) |
| 02/03/2023 | 224 | BRIEF in Opposition re 193 Motion to Dismiss for Failure to State a Claim, filed by LEIGH M. CHAPMAN. (Attachments: # 1 Exhibit, # 2 Exhibit) (Boyer, Jacob) (Entered: 02/03/2023) |
| 02/03/2023 | 225 | NOTICE of Appearance by Nicholas M Centrella, Jr on behalf of DELAWARE COUNTY BOARD OF ELECTIONS. (Centrella, Nicholas) (Entered: 02/03/2023) |
| 02/03/2023 | 226 | JOINDER of DELAWARE COUNTY BOARD OF ELECTIONS to 223 Brief in Opposition to Motion,. (Centrella, Nicholas) (Entered: 02/03/2023) |
| 02/03/2023 | 227 | Unopposed MOTION for Protective Order by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, MARJORIE BOYLE, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH, JEAN TERRIZZI. (Attachments: # 1 Proposed Order) (Keenan, Megan) (Entered: 02/03/2023) |
| 02/03/2023 | 228 | BRIEF in Opposition re 193 Motion to Dismiss for Failure to State a Claim, filed by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, MARJORIE BOYLE, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH, JEAN TERRIZZI. (Savitzky, Ari) (Entered: 02/03/2023) |

**App.263**

| | | |
|---|---|---|
| 02/03/2023 | 229 | RESPONSE to Motion re 193 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by UNITED STATES OF AMERICA. (Freeman, Daniel) (Entered: 02/03/2023) |
| 02/07/2023 | 230 | ORDER granting 227 Motion for Protective Order. Signed by Judge Susan Paradise Baxter on 2/7/2023. (snc) (Entered: 02/07/2023) |
| 02/08/2023 | 231 | REPLY BRIEF re 193 Motion to Dismiss for Failure to State a Claim, filed by DAVID BALL, JAMES D. BEE, DEBRA BIRO, JESSE D. DANIEL, GWENDOLYN MAE DELUCA, ROSS M. FARBER, LYNN MARIE KALCEVIC, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA, VALLERIE SICILIANO-BIANCANIELLO, S. MICHAEL STREIB. (Gallagher, Kathleen) (Entered: 02/08/2023) |
| 02/10/2023 | 232 | MOTION for attorney GLENN T. ROTH, JR. to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7534338) by SCHUYLKILL COUNTY BOARD OF ELECTIONS. (Attachments: # 1 Proposed Order) (Roth, Glenn) (Entered: 02/10/2023) |
| 02/13/2023 | 233 | NOTICE of Appearance by Kathleen A. Mullen on behalf of AL SCHMIDT, Acting Secretary of the Commonwealth. (Mullen, Kathleen) Modified text on 2/13/2023, to change name of Defendant. (jd) (Entered: 02/13/2023) |
| 02/13/2023 | 234 | NOTICE of Appearance by Lisa P. Means on behalf of NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA. (Means, Lisa) Modified text on 2/14/2023. (kss) (Entered: 02/13/2023) |
| 02/13/2023 | 235 | NOTICE of Appearance by Brian M. Adrian on behalf of NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA. (Adrian, Brian) Modified text on 2/14/2023. (kss) (Entered: 02/13/2023) |
| 02/13/2023 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 233 Notice of Appearance. ERROR: Incorrect document attached. CORRECTION: Attorney advised to refile the document, using the Errata event and attach the correct document. (jd) DISREGARD THIS MESSAGE - SENT IN ERROR (Entered: 02/13/2023) |
| 02/16/2023 | 236 | MOTION for attorney Luis Manuel Rico Roman to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7544685) by BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD. (Attachments: # 1 Affidavit) (Rico Roman, Luis) (Entered: 02/16/2023) |
| 02/17/2023 | 237 | TEXT ORDER granting 236 MOTION for attorney Luis Manuel Rico Roman to Appear Pro Hac Vice. Signed by Judge Susan Paradise Baxter on 2/17/2023. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 02/17/2023) |
| 02/17/2023 | 238 | *Defendant Butler County Board of Elections' Answer and Affirmative Defenses to Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief* ANSWER to 121 Amended Complaint,,,,,,,,,,,,,, by BUTLER COUNTY BOARD OF ELECTIONS. (White, H.) (Entered: 02/17/2023) |
| 02/17/2023 | 239 | First MOTION for attorney J. Alexander Marcinko to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7546021) by LACKAWANNA COUNTY BOARD OF |

**App.264**

ELECTIONS. (Marcinko, J. Alexander) (Entered: 02/17/2023)

| | | |
|---|---|---|
| 02/22/2023 | 240 | TEXT ORDER granting 239 First MOTION for attorney J. Alexander Marcinko to Appear Pro Hac Vice by LACKAWANNA COUNTY BOARD OF ELECTIONS. Signed by Judge Susan Paradise Baxter on 2/22/2023. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 02/22/2023) |
| 02/22/2023 | 241 | TEXT ORDER granting 232 MOTION for attorney GLENN T. ROTH, JR. to Appear Pro Hac Vice by SCHUYLKILL COUNTY BOARD OF ELECTIONS. Signed by Judge Susan Paradise Baxter on 2/22/2023. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 02/22/2023) |
| 02/22/2023 | 242 | MOTION for attorney Louis J. Capozzi III to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7553004) by NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA. (Attachments: # 1 Declaration Of Louis J. Capozzi III, # 2 Proposed Order) (Capozzi, Louis) (Entered: 02/22/2023) |
| 02/23/2023 | 243 | STIPULATION *(Second Supplemental)* by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, MARJORIE BOYLE, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH, JEAN TERRIZZI. (Loney, Stephen) (Entered: 02/23/2023) |
| 02/23/2023 | 244 | MOTION to Compel Responses to Interrogatory 7 and Request for Production 2 by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, MARJORIE BOYLE, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH, JEAN TERRIZZI. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Proposed Order) (Loney, Stephen) (Entered: 02/23/2023) |
| 02/24/2023 | 245 | TEXT ORDER Response/Briefing Schedule re 244 MOTION to Compel Responses to Interrogatory 7 and Request for Production 2 by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, MARJORIE BOYLE, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH, JEAN TERRIZZI. IT IS ORDERED that the Defendants shall file a response to motion by close of business day on February 24, 2023. Signed by Judge Susan Paradise Baxter on 2/24/2023. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 02/24/2023) |
| 02/24/2023 | 246 | AFFIDAVIT in Opposition re 244 MOTION to Compel Responses to Interrogatory 7 and Request for Production 2 filed by NORTHAMPTON COUNTY BOARD OF ELECTIONS. (Attachments: # 1 Proposed Order) (Santee, Richard) (Entered: 02/24/2023) |

**App.265**

| 02/24/2023 | 247 | NOTICE of Appearance by Anna Skipper Jewart on behalf of BEDFORD COUNTY BOARD OF ELECTIONS, CARBON COUNTY BOARD OF ELECTIONS, CENTRE COUNTY BOARD OF ELECTIONS, COLUMBIA COUNTY BOARD OF ELECTIONS, DAUPHIN COUNTY BOARD OF ELECTIONS, HUNTINGDON COUNTY BOARD OF ELECTIONS, INDIANA COUNTY BOARD OF ELECTIONS, JEFFERSON COUNTY BOARD OF ELECTIONS, LAWRENCE COUNTY BOARD OF ELECTIONS, LEBANON COUNTY BOARD OF ELECTIONS, MONROE COUNTY BOARD OF ELECTIONS, MONTOUR COUNTY BOARD OF ELECTIONS, NORTHUMBERLAND COUNTY BOARD OF ELECTIONS, SNYDER COUNTY BOARD OF ELECTIONS, VENANGO COUNTY BOARD OF ELECTIONS, YORK COUNTY BOARD OF ELECTIONS. (Jewart, Anna) (Entered: 02/24/2023) |
|---|---|---|
| 02/24/2023 | 248 | BRIEF in Opposition re 244 Motion to Compel,, filed by LANCASTER COUNTY BOARD OF ELECTIONS. (Zimolong, Walter) (Entered: 02/24/2023) |
| 02/24/2023 | 249 | RESPONSE IN OPPOSITION to 244 Motion to Compel, filed by UNION COUNTY BOARD OF ELECTIONS. (Attachments: # 1 Proposed Order) (Burkhart, Thomas) (Entered: 02/24/2023) |
| 02/24/2023 | 250 | RESPONSE IN OPPOSITION to 244 Motion to Compel, filed by WESTMORELAND COUNTY BOARD OF ELECTIONS. (Attachments: # 1 Proposed Order) (Guiddy, Melissa) (Entered: 02/24/2023) |
| 02/24/2023 | 251 | RESPONSE to Motion re 244 MOTION to Compel Responses to Interrogatory 7 and Request for Production 2 filed by CARBON COUNTY BOARD OF ELECTIONS, CENTRE COUNTY BOARD OF ELECTIONS, COLUMBIA COUNTY BOARD OF ELECTIONS, DAUPHIN COUNTY BOARD OF ELECTIONS, HUNTINGDON COUNTY BOARD OF ELECTIONS, INDIANA COUNTY BOARD OF ELECTIONS, JEFFERSON COUNTY BOARD OF ELECTIONS, LAWRENCE COUNTY BOARD OF ELECTIONS, LEBANON COUNTY BOARD OF ELECTIONS, MONTOUR COUNTY BOARD OF ELECTIONS, NORTHUMBERLAND COUNTY BOARD OF ELECTIONS, SNYDER COUNTY BOARD OF ELECTIONS, VENANGO COUNTY BOARD OF ELECTIONS, YORK COUNTY BOARD OF ELECTIONS. (Keegan, Sean) (Entered: 02/24/2023) |
| 02/24/2023 | 252 | Errata re 250 Response in Opposition by WESTMORELAND COUNTY BOARD OF ELECTIONS. Reason for Correction: typographical error missing word. (Guiddy, Melissa) (Entered: 02/24/2023) |
| 02/24/2023 | 253 | RESPONSE IN OPPOSITION to 244 Motion to Compel, filed by DAVID BALL, JAMES D. BEE, DEBRA BIRO, JESSE D. DANIEL, GWENDOLYN MAE DELUCA, ROSS M. FARBER, LYNN MARIE KALCEVIC, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA, VALLERIE SICILIANO-BIANCANIELLO, S. MICHAEL STREIB. (Gallagher, Kathleen) (Entered: 02/24/2023) |
| 02/24/2023 | 254 | RESPONSE to Motion re 244 MOTION to Compel Responses to Interrogatory 7 and Request for Production 2 filed by BERKS COUNTY BOARD OF ELECTIONS. (Bukowski, Jeffrey) (Entered: 02/24/2023) |
| 02/24/2023 | 255 | BRIEF in Opposition re 244 Motion to Compel,, filed by LUZERNE COUNTY BOARD OF ELECTIONS. (Cosgrove, Joseph) (Entered: 02/24/2023) |
| 02/24/2023 | 256 | BRIEF in Opposition re 244 Motion to Compel,, filed by LACKAWANNA COUNTY BOARD OF ELECTIONS. (Attachments: # 1 Exhibit Exhibit A, # 2 Certificate of Service, # 3 Proposed Order) (Marcinko, J. Alexander) (Entered: 02/24/2023) |

App.266

| | | |
|---|---|---|
| 02/27/2023 | 257 | TEXT ORDER: Plaintiffs shall file reply brief in support of motion to compel by March 1, 2023. Signed by Judge Susan Paradise Baxter on 2/27/2023. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (css) (Entered: 02/27/2023) |
| 03/01/2023 | 258 | REPLY BRIEF re 244 Motion to Compel,, filed by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, MARJORIE BOYLE, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH, JEAN TERRIZZI. (Attachments: # 1 Exhibit A) (Loney, Stephen) (Entered: 03/01/2023) |
| 03/06/2023 | 259 | TEXT ORDER granting 242 MOTION for attorney Louis J. Capozzi III to Appear Pro Hac Vice by NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA. Signed by Judge Susan Paradise Baxter on 3/6/2023. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 03/06/2023) |
| 03/06/2023 | 260 | ORDER; AND NOW, this 6th day of March 2023; IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Responses to Interrogatory 7 and Request for Production 2, ECF No. 244 , is granted. IT IS FURTHER ORDERED that all Defendant County Boards of Elections shall respond fully to Plaintiffs' Interrogatory No. 7 and produce the documents requested in Request for Production No. 2 by March 13, 2023. IT IS FURTHER ORDERED that, until further Order of this Court, the information produced in response to this Order is deemed confidential and will be stamped "CONFIDENTIAL ATTORNEY EYES ONLY INFORMATION." IT IS FURTHER ORDERED that fact discovery is hereby extended until March 15, 2023 and all experts reports shall be served by March 29, 2023. All other scheduling deadlines set forth in the Case Management Order filed on January 31, 2023 remain in effect. *See* ECF No. 207 . Signed by Judge Susan Paradise Baxter on 3/6/2023. (snc) (Entered: 03/06/2023) |
| 03/14/2023 | 261 | NOTICE of Appearance by Benjamin Ernest Orsatti on behalf of BUTLER COUNTY BOARD OF ELECTIONS. (Orsatti, Benjamin) (Entered: 03/14/2023) |
| 04/05/2023 | 262 | MOTION to Drop Parties Jean Terrizzi, Deborah Diehl, and Marjorie Boyle by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, MARJORIE BOYLE, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH, JEAN TERRIZZI. (Attachments: # 1 Proposed Order) (Loney, Stephen) (Entered: 04/05/2023) |
| 04/11/2023 | 263 | ORDER granting 262 MOTION to Drop Parties Jean Terrizzi, Deborah Diehl, and Marjorie Boyle by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, MARJORIE BOYLE, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH, JEAN TERRIZZI. Signed by Judge Susan Paradise Baxter on 4/11/2023. (snc) (Entered: 04/11/2023) |

**App.267**

| 04/18/2023 | [264](#) | MOTION for Leave to File Documents Under Seal by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH. (Attachments: # [1](#) Proposed Order) (Keenan, Megan) (Entered: 04/18/2023) |
|---|---|---|
| 04/19/2023 | [265](#) | MOTION for Leave to File Documents Under Seal by DAVID BALL, JAMES D. BEE, DEBRA BIRO, JESSE D. DANIEL, GWENDOLYN MAE DELUCA, ROSS M. FARBER, LYNN MARIE KALCEVIC, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA, VALLERIE SICILIANO-BIANCANIELLO, S. MICHAEL STREIB. (Attachments: # [1](#) Proposed Order) (Gallagher, Kathleen) (Entered: 04/19/2023) |
| 04/20/2023 | [266](#) | ORDER; AND NOW, this 20th day of April 2023; IT IS HEREBY ORDERED that the motions for leave to file, ECF Nos. [264](#) and [265](#) , are granted in part and denied in part. IT IS FURTHER ORDERED that in support of their motions for summary judgment and associated filings and oppositions thereto, **all parties** to this action may file any document containing material designated "Confidential" under the Protective Order, ECF No. [230](#) , provisionally under seal using the following procedure: A redacted document must be filed on the docket while an unredacted version of the same document must be emailed contemporaneously to Courtroom Deputy Samantha Castorina (Samantha_castorina@pawd.uscourts.gov) for filing. The seal as to any document filed provisionally under seal shall be automatically lifted unless the party that designated the material "Confidential" files a motion on or before May 5, 2023 seeking the continued sealing of any information it believes meets the standards set forth in *In re Avandia Mktg., Sales Pracs. & Prod. Liab. Litig.,* 924 F.3d 662 (3d Cir. 2019). If any such motion is filed, any opposing party must file a response by May 19, 2023. This procedure applies to all parties and no further motions seeking leave need be filed at this stage of the proceedings. Signed by Judge Susan Paradise Baxter on 4/20/2023. (snc) (Entered: 04/20/2023) |
| 04/21/2023 | [267](#) | MOTION for Summary Judgment *with supporting memorandum of law, proposed order, and appendix* by LANCASTER COUNTY BOARD OF ELECTIONS. (Attachments: # [1](#) Proposed Order, # [2](#) Appendix, # [3](#) Exhibit, # [4](#) Exhibit, # [5](#) Exhibit, # [6](#) Exhibit, # [7](#) Exhibit, # [8](#) Exhibit, # [9](#) Exhibit, # [10](#) Exhibit, # [11](#) Exhibit, # [12](#) Exhibit, # [13](#) Exhibit, # [14](#) Exhibit) (Zimolong, Walter) (Entered: 04/21/2023) |
| 04/21/2023 | [268](#) | CONCISE STATEMENT OF MATERIAL FACTS re [267](#) Motion for Summary Judgment, by LANCASTER COUNTY BOARD OF ELECTIONS. (Zimolong, Walter) (Entered: 04/21/2023) |
| 04/21/2023 | [269](#) | MOTION for Summary Judgment by BERKS COUNTY BOARD OF ELECTIONS. (Attachments: # [1](#) Proposed Order) (Bukowski, Jeffrey) (Entered: 04/21/2023) |
| 04/21/2023 | [270](#) | MOTION for Summary Judgment by NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA, (Attachments: # [1](#) Proposed Order) (Gallagher, Kathleen) Modified text on 4/24/2023. (jd) (Entered: 04/21/2023) |
| 04/21/2023 | [271](#) | BRIEF in Support re [270](#) Motion for Summary Judgment, filed by D NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA. (Gallagher, Kathleen) Modified text on 4/24/2023. (jd) (Entered: 04/21/2023) |

**App.268**

| 04/21/2023 | 272 | CONCISE STATEMENT OF MATERIAL FACTS re 270 Motion for Summary Judgment, by NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA, (Gallagher, Kathleen) Modified text on 4/24/2023. (jd) (Entered: 04/21/2023) |
|---|---|---|
| 04/21/2023 | 273 | Appendix to 270 Motion for Summary Judgment, by NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA (Attachments: # 1 Exhibit 01. Amended Complaint, # 2 Exhibit 02. Intervenor-Defs Resps and Objs to 1st Set of Interrogs., # 3 Exhibit 03. Ritter Cert Petition, # 4 Exhibit 04. Act of June 3, 1937, P.L. 1333, # 5 Exhibit 05. Act of Mar. 9, 1945, P.L. 29, # 6 Exhibit 06. Act of Aug. 13, 1963, P.L. 707, # 7 Exhibit 07. Act 77, P.L. 552, sec. 8, # 8 Exhibit 08. Act 77, P.L. 522, sec. 11, # 9 Exhibit 09. Migliori Complaint, # 10 Exhibit 10. Acting Secretary's Answer (Ball v. Chapman), # 11 Exhibit 11. Tr. of Chapman v. Berks County BOE Hearing, # 12 Exhibit 12. Mihaliak Complaint, # 13 Exhibit 13. Exemplar Ballot Declaration from Lancaster Bd [Redacted], # 14 Exhibit 14. Allegheny Am. Ans. to Interrogs., # 15 Exhibit 15. Allegheny Ans. to Interrog., # 16 Exhibit 16. Beaver Ans. to Interrogs., # 17 Exhibit 17. BCCZ Ans. to Interrogs., # 18 Exhibit 18. Berks Ans to Interrogs., # 19 Exhibit 19. Blair Ans. to Interrogs., # 20 Exhibit 20. Bradford Ans. to Interrogs., # 21 Exhibit 21. Bucks Ans. to Interrogs., # 22 Exhibit 22. Butler Ans. to Interrogs., # 23 Exhibit 23. Cambria Ans. to Interrogs., # 24 Exhibit 24. Cameron Ans. to Interrogs., # 25 Exhibit 25. Centre, Montour, York Supp. Ans. to Interrogs., # 26 Exhibit 26. Chester Ans. to Interrogs., # 27 Exhibit 27. Clarion Ans. to Interrogs., # 28 Exhibit 28. Clearfield Ans. to Interrogs., # 29 Exhibit 29 Clinton Ans. to Interrogs., # 30 Exhibit 30. Crawford Ans. to Interrogs., # 31 Exhibit 31. Cumberland Ans. to Interrogs., # 32 Exhibit 32. Delaware Ans. to Interrogs., # 33 Exhibit 33. Elk Ans. to Interrogs., # 34 Exhibit 34. Erie Ans. to Interrogs., # 35 Exhibit 35. Fayette Ans. to Interrogs., # 36 Exhibit 36. Fayette Resps. to RFP, # 37 Exhibit 37. Forest Ans. to Interrogs., # 38 Exhibit 38. Franklin Ans. to Interrogs., # 39 Exhibit 39. Greene Ans. to Interrogs., # 40 Exhibit 40. Juniata Ans. to Interrogs., # 41 Exhibit 41. Lackawanna Ans. to Interrogs., # 42 Exhibit 42. Lancaster Ans. to Interrogs., # 43 Exhibit 43. Crista Miller Deposition, # 44 Exhibit 44. Lehigh Ans. to Interrogs., # 45 Exhibit 45. Luzerne Am. Ans. to Interrogs., # 46 Exhibit 46. Luzerne Ans. to Interrogs., # 47 Exhibit 47. Lycoming Ans. to Interrogs., # 48 Exhibit 48. McKean Ans. to Interrogs., # 49 Exhibit 49. Mercer Ans. to Interrogs., # 50 Exhibit 50. Mifflin Ans. to Interrogs., # 51 Exhibit 51. Mifflin Resps. to RFP, # 52 Exhibit 52. Montgomery Ans. to Interrogs., # 53 Exhibit 53. Northampton Ans. to Interrogs., # 54 Exhibit 54. Perry Ans. to Interrogs., # 55 Exhibit 55. Philadelphia Ans. to Interrogs., # 56 Exhibit 56. Potter Ans. to Interrogs., # 57 Exhibit 57. Schuylkill - Exhibit 2, # 58 Exhibit 58. Schuylkill Ans. to Interrogs., # 59 Exhibit 59. Somerset Ans. to Interrogs., # 60 Exhibit 60. Sullivan Ans. to Interrogs., # 61 Exhibit 61. Susquehanna Ans. to Interrogs., # 62 Exhibit 62. Tioga Ans. to Interrogs., # 63 Exhibit 63. Union Ans. to Interrogs., # 64 Exhibit 64. Warren Ans. to Interrogs., # 65 Exhibit 65. Washington Ans. to Interrogs., # 66 Exhibit 66. Wayne Ans. to Interrogs., # 67 Exhibit 67. Westmoreland Ans. to Interrogs., # 68 Exhibit 68. Wyoming Ans. to Interrogs., # 69 Exhibit 69. Montgomery Declaration for Military-Overseas ballot, # 70 Exhibit 70. Fayette Declaration for Military-Overseas ballot, # 71 Exhibit 71. Fayette List of Undated Ballots [Redacted], # 72 Exhibit 72. Federal Write-In Absentee Ballot, # 73 Exhibit 73. Federal Voting Assistance Program Guide, # 74 Exhibit 74. Pennsylvania fvap guide, # 75 Exhibit 75. Plaintiffs' Designation of Expert Witness, # 76 Exhibit 76. Declaration of Jeffrey Greenburg w Exs., # 77 Exhibit 77. Greenburg Deposition excerpts) (Gallagher, Kathleen) Modified text on 4/24/2023. (jd) (Entered: 04/21/2023) |
| 04/21/2023 | 274 | MOTION for Summary Judgment by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, MARLENE G. |

**App.269**

| | | |
|---|---|---|
| | | GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH. (Attachments: # 1 Proposed Order) (Savitzky, Ari) (Entered: 04/21/2023) |
| 04/21/2023 | 275 | BRIEF in Support re 274 Motion for Summary Judgment, filed by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH. (Savitzky, Ari) (Entered: 04/21/2023) |
| 04/21/2023 | 277 | Appendix to 274 Motion for Summary Judgment, by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH. (Savitzky, Ari) (Entered: 04/21/2023) |
| 04/21/2023 | 278 | Appendix to 274 Motion for Summary Judgment, by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH. (Savitzky, Ari) (Entered: 04/21/2023) |
| 04/21/2023 | 279 | Appendix to 274 Motion for Summary Judgment, by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH. (Savitzky, Ari) (Entered: 04/21/2023) |
| 04/21/2023 | 280 | Appendix to 274 Motion for Summary Judgment, by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH. (Savitzky, Ari) (Entered: 04/21/2023) |
| 04/21/2023 | 281 | Appendix to 274 Motion for Summary Judgment, by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH. (Savitzky, Ari) (Entered: 04/21/2023) |
| 04/21/2023 | 282 | Appendix to 274 Motion for Summary Judgment, by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, |

**App.270**

| | | |
|---|---|---|
| | | MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH. (Savitzky, Ari) (Entered: 04/21/2023) |
| 04/24/2023 | 283 | Errata re 276 Concise Statement of Material Facts, by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH. Reason for Correction: Add Signature Block. (Savitzky, Ari) (Entered: 04/24/2023) |
| 04/24/2023 | 284 | MOTION to File Amicus Brief by Restoring Integrity and Trust in Elections, Inc.. (Attachments: # 1 Proposed Amicus Brief, # 2 Corporate Disclosure Statement, # 3 Proposed Order) (Norris, Cameron) (Entered: 04/24/2023) |
| 04/24/2023 | 285 | MOTION for attorney Cameron T. Norris to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7653751) by Restoring Integrity and Trust in Elections, Inc.. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing, # 3 Proposed Order) (Norris, Cameron) (Entered: 04/24/2023) |
| 04/24/2023 | 286 | MOTION for attorney Gilbert C. Dickey to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7653776) by Restoring Integrity and Trust in Elections, Inc.. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing, # 3 Proposed Order) (Dickey, Gilbert) (Entered: 04/24/2023) |
| 04/24/2023 | 287 | MOTION for attorney Conor D. Woodfin to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC-7653790) by Restoring Integrity and Trust in Elections, Inc.. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing, # 3 Proposed Order) (Woodfin, Conor) (Entered: 04/24/2023) |
| 04/24/2023 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 276 Concise Statement of Material Facts,. ERROR: Typed name omitted by s/. CORRECTION: Attorney advised of signature requirements. Attorney to resubmit with signature, using Errata event. (jd) (Entered: 04/24/2023) |
| 04/24/2023 | 288 | SEALED DOCUMENT re 282 Appendix to 274 Motion for Summary Judgment by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH. This document Sealed pursuant to 266 Order on Motion for Leave to File Documents Under Seal. (snc) (Entered: 04/24/2023) |
| 04/24/2023 | 289 | SEALED DOCUMENT re 273 Appendix to 270 Motion for Summary Judgment by NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA. This document Sealed pursuant to 266 Order on Motion for Leave to File Documents Under Seal. Exhibit #13. Exemplar Ballot Declaration from Lancaster Bd. *See* ECF No. [273-13]; (Attachments: # 1 Exhibit 71. Fayette List of Undated Ballots. *See* ECF No. [273-71] (snc) (Entered: 04/24/2023) |
| 04/24/2023 | 290 | TEXT ORDER granting 285 MOTION for attorney Cameron T. Norris to Appear Pro Hac Vice by Restoring Integrity and Trust in Elections, Inc. IT IS FURTHER ORDERED |

**App.271**

| | | |
|---|---|---|
| | | that ECF No. 286 , MOTION for attorney Gilbert C. Dickey to Appear Pro Hac Vice by Restoring Integrity and Trust in Elections, Inc., is GRANTED; and IT IS FURTHER ORDERED that ECF No. 287 , MOTION for attorney Conor D. Woodfin to Appear Pro Hac Vice by Restoring Integrity and Trust in Elections, Inc., is GRANTED. Signed by Judge Susan Paradise Baxter on 4/24/2023. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 04/24/2023) |
| 04/24/2023 | 291 | ORDER Response/Briefing Schedule: AND NOW, this 24th day of April 2023; IT IS HEREBY ORDERED that any party may respond to the motion for leave to file, ECF No. 284 , by May 8, 2023. In the event the motion to file is granted, the parties will be given an opportunity to respond to the amicus brief. Signed by Judge Susan Paradise Baxter on 4/24/2023. (snc) (Entered: 04/24/2023) |
| 04/25/2023 | 292 | ORDER Response/Briefing Schedule: AND NOW, this 25th day of April 2023; IT IS HEREBY ORDERED that oppositions to motions for summary judgment are due by May 5, 2023 and reply briefs are due by May 10, 2023. Further instructions are contained herein. Any filings that do not comply with this Order shall be stricken. Signed by Judge Susan Paradise Baxter on 4/25/2023. (snc) (Entered: 04/25/2023) |
| 05/04/2023 | 293 | NOTICE of Appearance by Kate Steiker-Ginzberg on behalf of JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH. (Steiker-Ginzberg, Kate) (Entered: 05/04/2023) |
| 05/05/2023 | 294 | BRIEF in Opposition re 274 Motion for Summary Judgment, filed by LANCASTER COUNTY BOARD OF ELECTIONS. (Zimolong, Walter) (Entered: 05/05/2023) |
| 05/05/2023 | 295 | RESPONSE TO CONCISE STATEMENT OF MATERIAL FACTS filed at 283 Errata, by LANCASTER COUNTY BOARD OF ELECTIONS. (Zimolong, Walter) Modified text on 5/5/2023. (jd) (Entered: 05/05/2023) |
| 05/05/2023 | 296 | ORDER; AND NOW, this 5th day of May 2023; IT IS HEREBY ORDERED that the Responsive Concise Statement by Lancaster County Board of Elections, ECF No. 295 , is stricken. *See* ECF Nos. 207 , 292 . Lancaster County must refile its Responsive Concise Statement. Signed by Judge Susan Paradise Baxter on 5/5/2023. (snc) (Entered: 05/05/2023) |
| 05/05/2023 | 297 | RESPONSE IN OPPOSITION *to Plaintiffs' Motion for Summary Judgment* filed by WESTMORELAND COUNTY BOARD OF ELECTIONS. (Guiddy, Melissa) (Entered: 05/05/2023) |
| 05/05/2023 | 298 | RESPONSE to Motion re 270 MOTION for Summary Judgment , 274 MOTION for Summary Judgment filed by AL SCHMIDT. (Boyer, Jacob) (Entered: 05/05/2023) |
| 05/05/2023 | 299 | COUNTER STATEMENT OF FACTS *IN RESPONSE TO* 272 Concise Statement of Material Facts, by AL SCHMIDT. (Boyer, Jacob) (Entered: 05/05/2023) |
| 05/05/2023 | 300 | COUNTER STATEMENT OF FACTS *IN RESPONSE TO* 283 Errata, by AL SCHMIDT. (Boyer, Jacob) (Entered: 05/05/2023) |
| 05/05/2023 | 301 | Appendix by AL SCHMIDT. (Boyer, Jacob) (Entered: 05/05/2023) |
| 05/05/2023 | 302 | COUNTER STATEMENT OF FACTS 283 Errata, by LANCASTER COUNTY BOARD OF ELECTIONS. (Zimolong, Walter) (Entered: 05/05/2023) |

**App.272**

| 05/05/2023 | [303](#) | MOTION to Seal Document [266](#) Order on Motion for Leave to File Documents Under Seal,,,,,,,,,,, by LANCASTER COUNTY BOARD OF ELECTIONS. (Zimolong, Walter) (Entered: 05/05/2023) |
|---|---|---|
| 05/05/2023 | [304](#) | BRIEF in Opposition re [274](#) Motion for Summary Judgment, filed by NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA. (Gallagher, Kathleen) (Entered: 05/05/2023) |
| 05/05/2023 | [305](#) | COUNTER STATEMENT OF FACTS *to Plaintiffs' Local Civil Rule 56(b)(1) Statement* [283](#) Errata, by NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA. (Gallagher, Kathleen) (Entered: 05/05/2023) |
| 05/05/2023 | [306](#) | ORDER; AND NOW, this 5th day of May 2023; in accordance with Federal Rule of Civil Procedure 25(d), IT IS HEREBY ORDERED that the Clerk of Court substitute Al Schmidt for Leigh Chapman. Signed by Judge Susan Paradise Baxter on 5/5/2023. (snc) (Entered: 05/05/2023) |
| 05/05/2023 | [307](#) | Appendix to [305](#) Counter Statement of Facts, by NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA. (Attachments: # [1](#) Exhibit 01 - Adams County, # [2](#) Exhibit 02 - Armstrong County, # [3](#) Exhibit 03 - Beaver County, # [4](#) Exhibit 04 - Berks County, # [5](#) Exhibit 05 - Blair County, # [6](#) Exhibit 06 - Bradford County, # [7](#) Exhibit 07 - Bucks County RFA, # [8](#) Exhibit 08 - Cambria County, # [9](#) Exhibit 09 - Chester County RFA, # [10](#) Exhibit 10 - Chester County, # [11](#) Exhibit 11 - Clarion County, # [12](#) Exhibit 12 - Clearfield County, # [13](#) Exhibit 13 - Crawford County, # [14](#) Exhibit 14 - Delaware County, # [15](#) Exhibit 15 - Elk County RFA, # [16](#) Exhibit 16 - Erie County, # [17](#) Exhibit 17 - Fayette County RFA, # [18](#) Exhibit 18 - Fayette County, # [19](#) Exhibit 19 - Forest County, # [20](#) Exhibit 20 - Franklin County, # [21](#) Exhibit 21 - Fulton County, # [22](#) Exhibit 22 - Juniata County, # [23](#) Exhibit 23 - Lancaster County, # [24](#) Exhibit 24 - Lehigh County, # [25](#) Exhibit 25 - Luzerne County, # [26](#) Exhibit 26 - Lycoming County, # [27](#) Exhibit 27 - Mercer County, # [28](#) Exhibit 28 - Mifflin County, # [29](#) Exhibit 29 Montgomery County RFA, # [30](#) Exhibit 30 - Montgomery County, # [31](#) Exhibit 31 - Northampton County, # [32](#) Exhibit 32 - Philadelphia County RFA, # [33](#) Exhibit 33 - Philadelphia County, # [34](#) Exhibit 34 - Potter County, # [35](#) Exhibit 35 - Schuylkill County, # [36](#) Exhibit 36 - Somerset County, # [37](#) Exhibit 37 - Susquehanna County, # [38](#) Exhibit 38 - Warren County, # [39](#) Exhibit 39 - Wayne County, # [40](#) Exhibit 40 - Westmoreland County, # [41](#) Exhibit 41 - Bedford County, et al., # [42](#) Exhibit 42 - Centre, Montour, York Counties, # [43](#) Exhibit 43 - Cody L. Kauffman Deposition Excerpts, # [44](#) Exhibit 44 - Greg McCloskey Deposition Excerpts, # [45](#) Exhibit 45 - Diana Robinson Declaration, # [46](#) Exhibit 46 - Ball v. Chapman 2022-11-05 Supplemental Order, # [47](#) Exhibit 47 - Absentee Ballot Instructions for Military and Overseas Voters, # [48](#) Exhibit 48 - Instructions for Voting by Mail, # [49](#) Exhibit 49 - Centre County Voter's Declaration, # [50](#) Exhibit 50 - Wyoming County, # [51](#) Exhibit 51 - Beaver County Ballot Declaration, # [52](#) Exhibit 52 - Ballot Envelope, # [53](#) Exhibit 53 - Jeffrey Greenburg Deposition Excerpts, # [54](#) Exhibit 54 - Montgomery County List, # [55](#) Exhibit 55 - Mihaliak Complaint, # [56](#) Exhibit 56 - Ballot Declaration, # [57](#) Exhibit 57 - Lancaster County Ballot Declaration, # [58](#) Exhibit 58 - Acting Secretary's Answer (Ball v. Chapman), # [59](#) Exhibit 59 - Tr. of Chapman v. Berks County BOE Hearing, # [60](#) Exhibit 60 - Declaration of Jeffrey Greenburg, # [61](#) Exhibit 61 - Federal Voting Assistance Program Guide, # [62](#) Exhibit 62 - Pennsylvania fvap guide, # [63](#) Exhibit 63 - Crista Miller Deposition Excerpts) (Gallagher, Kathleen) (Entered: 05/05/2023) |
| 05/05/2023 | [308](#) | RESPONSE IN OPPOSITION *to Plaintiffs' Motion for Summary Judgment and Concise Statement of Material Facts* filed by BERKS COUNTY BOARD OF ELECTIONS. |

**App.273**

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Order) (Bukowski, Jeffrey) Modified text on 5/8/2023. (jd) (Entered: 05/05/2023) |
| 05/05/2023 | 309 | BRIEF in Opposition re 274 Motion for Summary Judgment, filed by BERKS COUNTY BOARD OF ELECTIONS. (Attachments: # 1 Proposed Order) (Bukowski, Jeffrey) (Entered: 05/05/2023) |
| 05/05/2023 | 310 | BRIEF in Opposition re 270 Motion for Summary Judgment filed by ALLEGHENY COUNTY BOARD OF ELECTIONS, BUCKS COUNTY BOARD OF ELECTIONS, CHESTER COUNTY BOARD OF ELECTIONS, MONTGOMERY COUNTY BOARD OF ELECTIONS, PHILADELPHIA COUNTY BOARD OF ELECTIONS. (Eisenstein, Ilana) (Entered: 05/05/2023) |
| 05/05/2023 | 311 | CONCISE STATEMENT OF MATERIAL FACTS *and Responses to Intervenor-Defendants' Concise Statement of Material Facts* re 272 Concise Statement of Material Facts, by ALLEGHENY COUNTY BOARD OF ELECTIONS, BUCKS COUNTY BOARD OF ELECTIONS, CHESTER COUNTY BOARD OF ELECTIONS, MONTGOMERY COUNTY BOARD OF ELECTIONS, PHILADELPHIA COUNTY BOARD OF ELECTIONS. (Eisenstein, Ilana) (Entered: 05/05/2023) |
| 05/05/2023 | 312 | Appendix to 311 Concise Statement of Material Facts, by ALLEGHENY COUNTY BOARD OF ELECTIONS, BUCKS COUNTY BOARD OF ELECTIONS, CHESTER COUNTY BOARD OF ELECTIONS, MONTGOMERY COUNTY BOARD OF ELECTIONS, PHILADELPHIA COUNTY BOARD OF ELECTIONS. (Eisenstein, Ilana) (Entered: 05/05/2023) |
| 05/05/2023 | 313 | BRIEF in Opposition re 267 Motion for Summary Judgment, 269 Motion for Summary Judgment, 270 Motion for Summary Judgment filed by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH. (Attachments: # 1 Proposed Order) (Savitzky, Ari) (Entered: 05/05/2023) |
| 05/05/2023 | 314 | COUNTER STATEMENT OF FACTS *in Response to Lancaster County Board of Elections'* 268 Concise Statement of Material Facts by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH. (Savitzky, Ari) (Entered: 05/05/2023) |
| 05/05/2023 | 315 | COUNTER STATEMENT OF MATERIAL FACTS *in Response to Intervenor-Defendants'* 272 Concise Statement of Material Facts, by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH. (Savitzky, Ari) (Entered: 05/05/2023) |
| 05/05/2023 | 316 | Appendix to 315 Counter Statement of Facts, 314 Counter Statement of Facts,, by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF |

| | | |
|---|---|---|
| | | PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH. (Savitzky, Ari) (Entered: 05/05/2023) |
| 05/10/2023 | 317 | MOTION to File Amicus Brief by Lawyers Democracy Fund. (Attachments: # 1 Exhibit 1- Brief, # 2 Exhibit 2- Corp Discl, # 3 Proposed Order) (Kerns, Linda) (Entered: 05/10/2023) |
| 05/10/2023 | 318 | REPLY BRIEF re 270 Motion for Summary Judgment filed by NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA. (Gallagher, Kathleen) (Entered: 05/10/2023) |
| 05/10/2023 | 319 | ORDER; A motion seeking leave to file an amicus brief has been filed by Lawyers Democracy Fund. ECF No. 317 . Attached to the motion is a proposed amicus brief. AND NOW, this 10th day of May 2023; IT IS HEREBY ORDERED that any party may respond to the motion for leave to file by May 19, 2023. In the event the motion to file is granted, the parties will be given an opportunity to respond to the amicus brief. Signed by Judge Susan Paradise Baxter on 5/10/2023. (snc) (Entered: 05/10/2023) |
| 05/10/2023 | 320 | COUNTER STATEMENT OF FACTS 299 Counter Statement of Facts by NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA. (Gallagher, Kathleen) (Entered: 05/10/2023) |
| 05/10/2023 | 321 | COUNTER STATEMENT OF FACTS 311 Concise Statement of Material Facts, by NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA. (Gallagher, Kathleen) (Entered: 05/10/2023) |
| 05/10/2023 | 322 | COUNTER STATEMENT OF FACTS 315 Counter Statement of Facts, by NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA. (Gallagher, Kathleen) (Entered: 05/10/2023) |
| 05/10/2023 | 323 | REPLY BRIEF re 274 Motion for Summary Judgment, filed by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH. (Savitzky, Ari) (Entered: 05/10/2023) |
| 05/10/2023 | 324 | COUNTER STATEMENT OF FACTS *Plaintiffs' Response to* 305 Counter Statement of Facts, by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH. (Savitzky, Ari) (Entered: 05/10/2023) |
| 05/11/2023 | 325 | TEXT ORDER granting 284 Motion to File Amicus Brief. The Clerk is directed to file the proposed amicus brief (attached at ECF No. 284-1). Any party who wishes to respond to the amicus brief may do so by May 19, 2023. Signed by Judge Susan Paradise Baxter |

**App.275**

| | | |
|---|---|---|
| | | on 5/11/2023. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (css) (Entered: 05/11/2023) |
| 05/19/2023 | [326](#) | RESPONSE *to Amicus Brief by Restoring Integrity and Trust in Elections* filed by AL SCHMIDT. (Boyer, Jacob) Modified text on 6/16/2023. See ECF No. 332 (snc) (Entered: 05/19/2023) |
| 05/25/2023 | 327 | TEXT ORDER granting [317](#) Motion to File Amicus Brief. The Clerk is directed to file the proposed amicus brief (attached at 317-1). Any party wishing to file a response to the amicus brief may do so by June 2, 2023. Signed by Judge Susan Paradise Baxter on 5/25/2023. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 05/25/2023) |
| 05/25/2023 | [328](#) | AMICUS CURIAE BRIEF IN SUPPORT OF SUMMARY JUDGMENT AGAINST PLAINTIFFS by Lawyers Democracy Fund re [270](#) Motion for Summary Judgment (jd) (Entered: 05/26/2023) |
| 06/08/2023 | [329](#) | MEMORANDUM OPINION. Signed by Judge Susan Paradise Baxter on 6/8/2023. (snc) (Entered: 06/08/2023) |
| 06/08/2023 | [330](#) | ORDER; AND NOW, this 8th day of June 2023, IT IS HEREBY ORDERED, that the motion to dismiss, ECF No. [193](#) , is denied. Signed by Judge Susan Paradise Baxter on 6/8/2023. (snc) (Entered: 06/08/2023) |
| 06/08/2023 | [331](#) | NOTICE *of Withdrawal of Appearance of J. Alexander Marcinko* by LACKAWANNA COUNTY BOARD OF ELECTIONS (Moran, Lawrence) (Entered: 06/08/2023) |
| 06/16/2023 | 332 | TEXT ORDER re 325 Order on Motion to File Amicus Brief. It appearing that a clerical error has occurred, the Clerk is directed to file the proposed amicus brief (attached at ECF No. 284-1). The Clerk is further directed to amend the text at ECF No. 326 to "Response to Amicus Brief by Restoring Integrity and Trust in Elections." Signed by Judge Susan Paradise Baxter on 6/16/2023. (css) (Entered: 06/16/2023) |
| 06/16/2023 | [333](#) | AMICUS BRIEF filed by Restoring Integrity and Trust in Elections, Inc.. (jd) (Entered: 06/16/2023) |
| 08/09/2023 | [334](#) | MOTION to Withdraw as Attorney by NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA. (Attachments: # [1](#) Proposed Order) (Giancola, Russell) (Entered: 08/09/2023) |
| 08/09/2023 | 335 | TEXT ORDER granting [334](#) MOTION to Withdraw as Attorney by NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA. Attorney Russell D. Giancola, Esq. is terminated. Signed by Judge Susan Paradise Baxter on 8/9/2023. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 08/09/2023) |
| 08/14/2023 | [336](#) | ORDER; AND NOW, this 14th day of August 2023, IT IS HEREBY ORDERED that Plaintiffs, Intervenor-Defendants, and Defendant Secretary **shall** file a brief addressing jurisdiction of this Court. Any other party to this action **may** file a brief. All jurisdictional briefs are limited to fifteen (15) pages in length and must be filed by September 1, 2023. Signed by Judge Susan Paradise Baxter on 8/14/2023. (snc) (Entered: 08/14/2023) |
| 08/15/2023 | [337](#) | ORDER; AND NOW, this 15th day of August 2023, IT IS HEREBY ORDERED that the Motion for Attorney Calder, ECF No. [110](#) , and the Motion for Attorney Santee, ECF No. [178](#) , to appear pro hac vice are denied without prejudice to be refiled with a current |

**App.276**

| | | |
|---|---|---|
| | | certificate of good standing. Signed by Judge Susan Paradise Baxter on 8/15/2023. (snc) (Entered: 08/15/2023) |
| 08/22/2023 | 338 | REMOVED FROM PUBLIC VIEW AND REFILED CORRECTLY AT ENTRY 339 RESPONSE *to Order for Jurisdictional Briefing* to 336 Order, Set Deadlines/Hearings, filed by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, MARJORIE BOYLE, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH. (Savitzky, Ari) Modified text on 8/24/2023. (jd) (Entered: 08/22/2023) |
| 08/22/2023 | 339 | BRIEF re 336 Order, filed by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, MARJORIE BOYLE, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH. (rtm) (Entered: 08/24/2023) |
| 08/24/2023 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 338 Response. ERROR: Wrong event selected. CORRECTION: Re-docketed as 339 Brief. This message is for informational purposes only. (rtm) (Entered: 08/24/2023) |
| 08/30/2023 | 340 | REPLY BRIEF re 336 Order,, Set Deadlines/Hearings, filed by AL SCHMIDT. (Boyer, Jacob) (Entered: 08/30/2023) |
| 09/01/2023 | 341 | REPLY BRIEF re 336 Order,, Set Deadlines/Hearings, *Intervenor-Defendants' Brief Regarding Jurisdiction* filed by NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA. (Gallagher, Kathleen) (Entered: 09/01/2023) |
| 09/15/2023 | 342 | MOTION to Withdraw as Attorney by AL SCHMIDT. (Attachments: # 1 Proposed Order) (Hill, John) (Entered: 09/15/2023) |
| 09/26/2023 | 343 | NOTICE *of Substitution of Law Firm* by NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA (Gallagher, Kathleen) (Entered: 09/26/2023) |
| 11/21/2023 | 344 | NOTICE of Appearance by Jennifer Menichini on behalf of LACKAWANNA COUNTY BOARD OF ELECTIONS. (Menichini, Jennifer) (Entered: 11/21/2023) |
| 11/21/2023 | 345 | TEXT ORDER: NOW, this 21st day of November, 2023, IT IS ORDERED that Defendant Lancaster County Board of Election's motion to continue seal, ECF No. 303 , is GRANTED. Signed by Judge Susan Paradise Baxter on 11/21/2023. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 11/21/2023) |
| 11/21/2023 | 346 | TEXT ORDER granting 342 Motion to Withdraw as Attorney by AL SCHMIDT. Attorney John B. Hill, Esq. is terminated. Signed by Judge Susan Paradise Baxter on 11/21/2023. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 11/21/2023) |
| 11/21/2023 | 347 | MEMORANDUM OPINION filed by Judge Susan Paradise Baxter on 11/21/2023. (snc) (Entered: 11/21/2023) |

**App.277**

| 11/21/2023 | 348 | ORDER: AND NOW, this 21st day of November 2023; IT IS HEREBY ORDERED that fifty-five county boards of elections be dismissed from this action as no Plaintiff has established standing against them. Further information on the counties are contained herein. The Clerk of Court shall terminate these Defendants as parties to this action. And it is further ORDERED that the motion for summary judgment filed by Plaintiffs, ECF No. 274 is granted in part and denied in part. The motion is granted insofar as: Defendant Warren County Board of Elections is hereby directed to open the November 2022 mail ballot envelope with the barcode associated with Barry Seastead, canvass the ballot contained therein, and amend the official vote counts to include his ballot; Defendant York County Board of Elections is hereby directed to open the November 2022 mail ballot envelopes with the barcodes associated with Aynne Margaret Pleban Polinski and Marlene Gutierrez, canvass the ballots contained therein, and amend the official vote counts to include their ballots; and Defendant Montgomery County Board of Elections is hereby directed to open the November 2022 mail ballot envelopes with the barcodes associated with Laurence Smith and Joel Bencan, canvass the ballots contained therein, and amend the official vote counts to include their ballots. And it is further ORDERED that a declaratory judgment is entered in favor of Plaintiffs declaring that both (1) the rejection of timely submitted mail ballots based solely on the failure of a voter to write a date at all next to the voter's signature on the return envelope; and (2) the rejection of timely submitted mail ballots based solely on a determination that the date written by a voter on the return envelope was "incorrect" violates the Materiality Provision of the Civil Rights Act of 1964, 52 U.S.C. § 10101(a)(2)(B). And it is further ORDERED that the Secretary is permanently enjoined from directing all county boards of elections of the Commonwealth to segregate, reject, exclude, or in any way not count timely received mail ballots based on a voter's error or omission in relation to the date on the voter declaration on the mail ballot return envelope. And it is further ORDERED that Plaintiffs' claim under the Equal Protection Clause of the Fourteenth Amendment is dismissed. And it is further ORDERED that the motion for summary judgment filed by Defendant Lancaster County Board of Elections, ECF No. 267 , is granted in part and denied in part. The motion is partially granted in regard to standing: the only Plaintiff who has standing against the Lancaster County Board is the League of Women Voters. All other claims by Plaintiffs against this Defendant are dismissed. The motion is denied in all other respects. And it is further ORDERED that the motion for summary judgment filed by Defendant Berks County Board of Elections, ECF No. 269 , is granted in part and denied in part. The motion is partially granted in regard to standing: the only Plaintiffs who have standing against the Berks County Board are NAACP and League of Women Voters. All other claims by Plaintiffs against this Defendant are dismissed. The motion is denied in all other respects. And it is further ORDERED that the motion for summary judgment filed by Intervenor Defendants RNC, ECF No. 270 , is denied. The Clerk is directed to mark this case closed. Signed by Judge Susan Paradise Baxter on 11/21/2023. (snc) (Entered: 11/21/2023) |
| 11/22/2023 | 349 | TEXT ORDER: IT IS ORDERED this 22nd day of November, 2023, if no further motions are filed by November 28, 2023, a Rule 58 judgment will be entered. Signed by Judge Susan Paradise Baxter on 11/22/2023. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 11/22/2023) |
| 11/29/2023 | 350 | JUDGMENT ORDER: AND NOW, this 29th day of November 2023; pursuant to Rule 58 of Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that judgment is granted in favor or Plaintiff Barry Seastead and against Defendants Warren County Board of Elections and Secretary Schmidt. IT IS FURTHER ORDERED that judgment is granted in favor of Plaintiff Aynne Margaret Pleban Polinski and against Defendants York County Board of Elections and Secretary Schmidt. IT IS FURTHER ORDERED that judgment is |

granted in favor of Plaintiff Marlene Gutierrez and against Defendants York County Board of Elections and Secretary Schmidt. IT IS FURTHER ORDERED that judgment is granted in favor of Plaintiff Laurence Smith and against Defendants Montgomery County Board of Elections and Secretary Schmidt. IT IS FURTHER ORDERED that judgment is granted in favor of Plaintiff Joel Bencan and against Defendants Montgomery County Board of Elections and Secretary Schmidt. IT IS FURTHER ORDERED that judgment is granted in favor of Plaintiff Pennsylvania State Conference of the NAACP and against Defendants Allegheny, Berks, Philadelphia, and York County Boards of Elections and Secretary Schmidt. IT IS FURTHER ORDERED that judgment is granted in favor of Plaintiff League of Women Voters of Pennsylvania and against Defendants Allegheny, Berks, Lancaster, Lehigh, and Montgomery County Boards of Elections and Secretary Schmidt. IT IS FURTHER ORDERED that judgment is granted in favor of Plaintiff Philadelphians Organized to Witness, Empower and Rebuild ("POWER") and against Defendants Philadelphia County Board of Elections and Secretary Schmidt. IT IS FURTHER ORDERED that judgment is granted in favor of Plaintiff Common Cause of Pennsylvania and against Defendant Secretary Schmidt. IT IS FURTHER ORDERED that judgment is granted in favor of Plaintiff Black Political Empowerment Project ("B-PEP") and against Defendants Allegheny, Westmoreland, and Washington County Boards of Elections and Secretary Schmidt. IT IS FURTHER ORDERED that judgment is granted in favor of Plaintiff Make the Road Pennsylvania ("MTR") and against Defendants Berks, Bucks, Lehigh, Northampton and Philadelphia County Boards of Elections and Secretary Schmidt. IT IS FURTHER ORDERED that judgment is granted in favor of all Plaintiffs and against Intervenor Defendants, the Republican National Committees. Signed by Judge Susan Paradise Baxter on 11/29/2023. (snc) (Entered: 11/29/2023)

| 12/01/2023 | 351 | MOTION to Intervene by Richard Marino. (Attachments: # 1 Proposed Order) (Gallagher, Kathleen) Link added to Errata filed at 355 . Modified text on 12/4/2023. (keh) (Entered: 12/01/2023) |
| --- | --- | --- |
| 12/01/2023 | 352 | BRIEF in Support re 351 Motion to Intervene filed by Richard Marino. (Attachments: # 1 Exhibit 1 - Marino Declaration, # 2 Exhibit 2 - Proposed Answer) (Gallagher, Kathleen) Documents removed from public view and refiled as Errata at 356 . Modified text on 12/5/2023. (keh) (Entered: 12/01/2023) |
| 12/01/2023 | 353 | Emergency MOTION to Stay *Pending Appeal* by Richard Marino, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA. (Attachments: # 1 Proposed Order) (Gallagher, Kathleen) (Entered: 12/01/2023) |
| 12/01/2023 | 354 | BRIEF in Support re 353 Motion to Stay filed by Richard Marino, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA. (Attachments: # 1 Exhibit 1 - Marino Declaration, # 2 Exhibit 2 - Alleman Declaration) (Gallagher, Kathleen) Document removed from public view and refiled as an Errata at 357 . Modified text on 12/4/2023. (kss) (Entered: 12/01/2023) |
| 12/01/2023 | 355 | Errata re 351 Motion to Intervene by Richard Marino. Reason for Correction: Exhibits were not attached to Motion. (Attachments: # 1 Exhibit 1 - Marino Declaration, # 2 Exhibit 2 - Proposed Answer, # 3 Proposed Order) (Gallagher, Kathleen) (Entered: 12/01/2023) |
| 12/01/2023 | 356 | Errata re 352 Brief in Support of Motion by Richard Marino. Reason for Correction: Removing exhibits. (Gallagher, Kathleen) (Entered: 12/01/2023) |
| 12/01/2023 | 357 | Errata re 354 Brief in Support of Motion, by Richard Marino, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL |

**App.279**

| | | |
|---|---|---|
| | | COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA. Reason for Correction: Incorrect document. (Attachments: # 1 Exhibit 1 - Marino Declaration, # 2 Exhibit 2 - Alleman Declaration) (Gallagher, Kathleen) (Entered: 12/01/2023) |
| 12/04/2023 | 358 | NOTICE re *Plaintiffs' Response Deadline* by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, MARJORIE BOYLE, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, LAURENCE M. SMITH, JEAN TERRIZZI re 355 Errata, 353 Motion to Stay (Walczak, Witold) (Entered: 12/04/2023) |
| 12/04/2023 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 353 Motion to Stay. ERROR: Caption of Proposed Order only does not match caption of case. CORRECTION: Attorney is directed to file an Errata with corrected caption on the Proposed Order. (kss) (Entered: 12/04/2023) |
| 12/04/2023 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 358 Notice. ERROR: Signature on document and filer do not match. CORRECTION: Attorney advised of signature requirements. Attorney to resubmit the document using the Errata event. (jkn) (Entered: 12/04/2023) |
| 12/04/2023 | 359 | Errata re 358 Notice, by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, MARJORIE BOYLE, COMMON CAUSE PENNSYLVANIA, DEBORAH DIEHL, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH, JEAN TERRIZZI. Reason for Correction: Mismatched signature. (Walczak, Witold) (Entered: 12/04/2023) |
| 12/04/2023 | 360 | Errata re 353 Motion to Stay *Proposed Order* by Richard Marino, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA. Reason for Correction: Caption of Proposed Order does not match caption of case. (Gallagher, Kathleen) (Entered: 12/04/2023) |
| 12/04/2023 | 361 | TEXT ORDER: NOW, this 4th day of December 2023; IT IS ORDERED that the parties shall file any response to the Motion to Intervene by Richard Marino, ECF No. 351 , the Emergency Motion to Stay Pending Appeal by Richard Marino and the Intervenor-Defendants, ECF No. 353 , and any related filings, by close of business on **December 11, 2023.** IT IS FURTHER ORDERED, upon consideration of the request for expedited briefing within the Intervenor-Defendants Motion for Stay, and oppositions thereto, the expedited briefing is DENIED. Signed by Judge Susan Paradise Baxter on 12/04/2023. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 12/04/2023) |
| 12/06/2023 | 362 | NOTICE OF APPEAL as to 350 Rule 58 Judgment, by NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA. Filing fee $605, receipt number APAWDC-8012725. Motion for IFP N/A. Certificate of Appealability N/A. Court Reporter(s): N/A. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. The Transcript Purchase Order form will NOT be mailed to the |

**App.280**

| | | parties. The form is available on the Court's internet site. (Gallagher, Kathleen) (Entered: 12/06/2023) |
|---|---|---|
| 12/07/2023 | 363 | USCA Case Number 23-3166 for 362 Notice of Appeal filed by NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN PARTY OF PENNSYLVANIA, REPUBLICAN NATIONAL COMMITTEE. USCA Case Manager Kirsi (DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF) (kr3) (Entered: 12/07/2023) |
| 12/07/2023 | 364 | NOTICE *of Filings* by Richard Marino, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN NATIONAL COMMITTEE, REPUBLICAN PARTY OF PENNSYLVANIA (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Gallagher, Kathleen) (Entered: 12/07/2023) |
| 12/08/2023 | 365 | NOTICE of Substitution of Attorney Appearance by Rosalyn Guy-McCorkle on behalf of ALLEGHENY COUNTY BOARD OF ELECTIONS. Attorney George M. Janocsko terminated. (Guy-McCorkle, Rosalyn) (Entered: 12/08/2023) |
| 12/08/2023 | 366 | ORDER: NOW, this 8th day of December 2023; The filing of the Notice of Appeal by the Intervenor-Defendants, along with the motions to intervene and for a stay of the judgment order filed in the Third Circuit, directly implicates this jurisdictional principle and creates a risk that two courts will be simultaneously considering the same issue. Accordingly, the pending motion to intervene, ECF No. 351 , and the Expedited Motion to Stay, ECF No. 353 , as well as any errata thereto, are DISMISSED. The deadline for oppositions to the pending motions is canceled. Signed by Judge Susan Paradise Baxter on 12/08/2023. (snc) (Entered: 12/08/2023) |
| 12/08/2023 | 367 | MOTION for Reconsideration re 366 Order on Motion to Intervene,,, Order on Motion to Stay,, by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH. (Attachments: # 1 Exhibit A - Opposition, # 2 Proposed Order) (Savitzky, Ari) (Entered: 12/08/2023) |
| 12/12/2023 | 368 | ORDER: NOW, this 12th day of December, 2023, for the reasons set forth within the filed document, the motion for reconsideration, ECF No. 367 , is DENIED. Signed by Judge Susan Paradise Baxter on 12/12/2023. (snc) (Entered: 12/12/2023) |
| 12/13/2023 | 369 | MOTION to Extend Time to File Petition for Attorneys Fees by JOEL BENCAN, BLACK POLITICAL EMPOWERMENT PROJECT, MARJORIE BOYLE, COMMON CAUSE PENNSYLVANIA, MARLENE G. GUTIERREZ, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, MAKE THE ROAD PENNSYLVANIA, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, AYNNE MARGARET PLEBAN POLINSKI, BARRY M. SEASTEAD, LAURENCE M. SMITH. (Attachments: # 1 Proposed Order) (Loney, Stephen) (Entered: 12/13/2023) |
| 12/13/2023 | 370 | ORDER of USCA granting motion to stay order entered November 21, 2023 and motion to intervene by Richard Marino as to 362 Notice of Appeal filed by NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEEE, REPUBLICAN PARTY OF PENNSYLVANIA, REPUBLICAN NATIONAL COMMITTEE (kr3) (Entered: 12/13/2023) |
| 12/13/2023 | 371 | ORDER granting 369 MOTION to Extend Time to File Petition for Attorneys Fees. IT IS FURTHER ORDERED that Plaintiffs shall file their Petition for Attorney's Fees and Costs no later than 14 days after the final disposition of all appeals to the United States |

**App.281**

Court of Appeals for the Third Circuit and United States Supreme Court. Signed by Judge Susan Paradise Baxter on 12/13/2023. (snc) (Entered: 12/13/2023)

**App.282**

# CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2024, this document was electronically filed with the Clerk of Court using the appellate CM/ECF system. Service on counsel for all parties in the district court has been accomplished via notice filed through the district court's CM/ECF system attaching a copy of this filing.

Dated: January 3, 2024        */s/* John M. Gore

                                         John M. Gore
                                         *Counsel for Appellants*