**No. 23-3166**

**IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*,
*Plaintiffs-Appellees*,

v.

SECRETARY OF THE COMMONWEALTH, *et al.*,
*Defendants-Appellees*,

REPUBLICAN NATIONAL COMMITTEE, *et al.*,
*Intervenors-Appellants*,

DEMOCRATIC NATIONAL COMMITTEE, *et al.*,
*Intervenors-Appellees*.

Appeal from the United States District Court for the Western District of Pennsylvania, Case No. 1:22-cv-00339 (Hon. Susan Paradise Baxter)

# PLAINTIFFS-APPELLEES' MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX AND FOR LEAVE TO FILE APPENDIX VOLUME 5 OF 5 UNDER SEAL

Witold J. Walczak (PA 62976)
AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA
P.O. Box 23058
Pittsburgh, PA 15222
Tel: (412) 681-7736
vwalczak@aclupa.org

Ari J. Savitzky
Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500
asavitzky@aclu.org

slakin@aclu.org

*Counsel for Plaintiffs-Appellees Continued on Inside Cover*

Marian K. Schneider (PA 50337)
Stephen Loney (PA 202535)
Kate I. Steiker-Ginzberg
(PA 332236)
AMERICAN CIVIL LIBERTIES UNION
OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
mschneider@aclupa.org
sloney@aclupa.org
ksteiker-ginzberg@aclupa.org

Megan C. Keenan
Adriel I. Cepeda Derieux
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street NW
Washington, DC 10004
Tel: (202) 457-0800
mkeenan@aclu.org
acepedaderieux@aclu.org

David Newmann (PA 82401)
Brittany C. Armour (PA 324455)
HOGAN LOVELLS US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Tel: (267) 675-4610
david.newmann@hoganlovells.com
brittany.armour@hoganlovells.com

*Counsel for the Pennsylvania State Conference of the NAACP, League of Women Voters of Pennsylvania, Philadelphians Organized to Witness, Empower and Rebuild, Common Cause Pennsylvania, Black Political Empowerment Project, Make the Road Pennsylvania, Barry M. Seastead, Marlene G. Gutierrez, Aynne Margaret Pleban Polinski, Joel Bencan, and Laurence M. Smith*

Plaintiffs-Appellees hereby request leave to file a Supplemental Appendix with their Brief in Opposition, and for leave to file confidential portions of the record below under seal.

Intervenor-Appellants Republican National Committee, National Republican Congressional Committee, the Republican Party of Pennsylvania, and Richard Marino ("Appellants") failed to comply with Fed. R. App. P. 30 in compiling a comprehensive appendix containing the relevant portions of the record below. Appellants unilaterally selected limited portions of the record to file as an appendix with their opening brief and, in so doing, did not include critical documents from the district court record that are essential to a full consideration of the issues on appeal—including virtually any portion of the summary judgment record on which the district court based its decision. In the context of these expedited proceedings, Appellants did not engage in any discussion—as required by Fed. R. App. P. 30(b)—regarding the contents of a joint appendix, and the Appellants' Appendix filed on December 27, 2023, does not reflect any input from other parties.

Including additional materials as part of Plaintiffs-Appellees' Supplemental Appendix will provide the Court ready access to them without having to resort to the record below. Accordingly, Plaintiffs-Appellees respectfully request that they be permitted to file the Supplemental Appendix submitted herewith to include the omitted documents. Granting such leave will permit the Court to fully address the issues and assist the Court in the ultimate resolution of this matter on appeal.

In addition, Plaintiffs-Appellees seek leave to file Volume 5 of 5 of this Supplemental Appendix under seal because it consists of documents that have been designated confidential by the producing defendants pursuant to the district court's Protective Order, ECF No. 230. These confidential documents have been maintained under court-ordered seal in the district court record. *See* ECF Nos. 266, 303. The Protective Order entered below on February 7, 2023, permitted the parties to "designate as 'Confidential' documents, testimony, written responses, or other materials produced in this case if they contain information that the producing party has a good-faith basis for

asserting is confidential under the applicable legal standards." ECF No. 230, ¶ 3. It further directed: "In the event that any party wishes to submit 'Confidential' information to the Court, such party shall follow the procedures prescribed by the Court, including obtaining leave of Court prior to filing any documents under seal." *Id.*, ¶ 4.

All documents in Appellees' Supplemental Appendix Vol. 5 of 5 were designated "Confidential" pursuant to the Protective Order below, and no party contested the "Confidential" designation as to any of those materials. They consist of mail ballot envelope copies and lists of impacted voters, which include personal identifying information of individual Pennsylvania voters such as names, home addresses, political party affiliations, and signatures of non-party individuals who are likely unaware that their information was disclosed in the context of this litigation. Personal identifying information of non-litigants is the kind of information that courts in this Circuit protect because disclosure could work a clearly defined and serious injury on nonparties, such that the common law presumption of access is overcome under the standard set forth in *In re Avandia Mktg., Sales Pracs. & Prod. Liab. Litig.*, 924

F.3d 662, 672 (3d Cir. 2019). *See*, *e.g.*, *McCowan v. City of Philadelphia*, 2021 WL 3737204, at *2-*4 (E.D. Pa. Aug. 24, 2021); *see also*, *e.g.*, *Testa v. Dept. of Justice*, 20-3108, 2022 WL 4128758, at *2 n.2 (3d Cir. Sept. 12, 2022) (granting in part motion to seal as to sensitive personal information); *Damiani v. Duffy*, 754 F. App'x 142, 148 (3d Cir. 2018) (granting motion to seal supplemental appendix materials containing sensitive personal and medical information). The District Court granted motions to seal the filed documents containing this information, ECF Nos. 266, 303, and Plaintiffs-Appellees ask that this Court continue to maintain the impacted non-parties' confidential information under seal here.

## CONCLUSION

For the reasons set forth above, Plaintiff-Appellees seek an order granting leave for Plaintiff-Appellees to (a) submit the accompanying Supplemental Appendix and (b) file Supplemental Appendix Vo. 5 of 5 under seal.

Dated: January 10, 2024

Respectfully submitted,

/s/ Ari J. Savitzky
Ari J. Savitzky
Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
asavitzky@aclu.org
slakin@aclu.org

Megan C. Keenan
Adriel I. Cepeda Derieux
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, DC 10004
Tel: (202) 457-0800
mkeenan@aclu.org
acepedaderieux@aclu.org

Witold J. Walczak (PA 62976)
AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA
P.O. Box 23058
Pittsburgh, PA 15222
Tel: (412) 681-7736
vwalczak@aclupa.org

Marian K. Schneider (PA 50337)
Stephen Loney (PA 202535)
Kate I. Steiker-Ginzberg (PA 332236)
AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
mschneider@aclupa.org
sloney@aclupa.org
ksteiker-ginzberg@aclupa.org

David Newmann (PA 82401)
Brittany C. Armour (PA 324455)
HOGAN LOVELLS US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Tel: (267) 675-4610
david.newmann@hoganlovells.com
brittany.armour@hoganlovells.com

*Counsel for the Pennsylvania State Conference of the NAACP, League of Women Voters of Pennsylvania, Philadelphians Organized to Witness, Empower and Rebuild, Common Cause Pennsylvania, Black Political Empowerment Project, Make the Road Pennsylvania, Barry M. Seastead, Marlene G. Gutierrez, Aynne Margaret Pleban Polinski, Joel Bencan, and Laurence M. Smith*

## CERTIFICATE OF SERVICE

I herby certify that on January 10, 2024, I caused a true and correct copy of the foregoing Motion for Leave to File a Supplemental Appendix and for Leave to File Appendix Volume 5 of 5 under seal to be served, together with all documents in support thereof, via the Court's ECF/CMF system.

Dated: January 10, 2024

Respectfully submitted,

*/s/ Ari J. Savitzky*
Ari J. Savitzky