OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



January 16, 2024

Omeed Alerasool, Esq.
Brittany C. Armour, Esq.
Justin Baxenberg, Esq.
Brian H. Benjet, Esq.
Alexander D. Bernstein, Esq.
Jacob B. Boyer, Esq.
Keith O. Brenneman, Esq.
Thomas A. Burkhart, Esq.
Tyler B. Burns, Esq.
Tovah R. Calderon, Esq.
Louis J. Capozzi III, Esq.
Adriel I. Cepeda Derieux, Esq.
Daniel J. Cohen, Esq.
Casey A. Coyle, Esq.
Aaron H. Crowell, Esq.
Gilbert Dickey, Esq.
Elizabeth A. Dupuis, Esq.
Ilana H. Eisenstein, Esq.
Michael J. Fischer, Esq.
Timothy J. Ford, Esq.
Benjamin D. Geffen, Esq.
Soren Geiger, Esq.
John M. Gore, Esq.
Robert E. Grimm, Esq.
Melissa A. Guiddy, Esq.
Jonathan P. Hawley, Esq.
Megan C. Keenan, Esq.
David C Kimball-Stanley, Esq.
Edmund G. LaCour Jr., Esq.
Sophia Lin Lakin, Esq.
Jason Lee, Esq.
Stephen A. Loney Jr., Esq.
John Marlatt, Esq.
Lisa G. Michel, Esq.
Molly R. Mudd, Esq.

Philip W. Newcomer, Esq.
David Newmann, Esq.
Uzoma N. Nkwonta, Esq.
James M. Parks, Esq.
Ryan M. Proctor, Esq.
Richard E. Santee, Esq.
Ari J. Savitzky, Esq.
Marian K. Schneider, Esq.
Kate Steiker-Ginzberg, Esq.
Witold J. Walczak, Esq.
Zachary M. Wallen, Esq.
Seth P. Waxmanl, Esq.
Robert A. Wiygul, Esq.

RE: Pennsylvania State Conference of NAACP Branches, et al v. Northampton County Board of Elections, et al
Case Number: 23-3166
District Court Case Number: 1-22-cv-00339

Dear Counsel:

The above-entitled case has been listed for **at the convenience to the Court.**

At the time that the Court schedules a disposition date, the panel will determine whether there will be oral argument and if so, the amount of time allocated for each side. (See Third Circuit Internal Operating Procedures, Chapter 2.1.) No later than one (1) week prior to the disposition date you will be advised whether oral argument will be required, the amount of time allocated by the panel, and the specific date on which argument will be scheduled.

Counsel shall file an acknowledgment form **within seven (7) days** from the date of this letter, and advise the name of the attorney who will present oral argument. In addition, please indicate whether or not s/he is a member of the bar of this Court. Bar membership is not necessary if counsel represents a U.S. government agency or officer thereof or if the party is appearing pro se. If the attorney is not a member of the bar of this Court, an application for admission should be completed, which should be returned to this office without delay.

The hyperlinks for access to the acknowledgment form, application for admission, and appearance form are provided for your convenience, and are also available on the Third Circuit website.

Please file your completed acknowledgment form through CM/ECF.

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By:

Ashley Ritz
Calendar Clerk
267-299-4947