# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-3166

PA State Conference of the NAACP vs. Secretary of the Commonwealth

Calendar Date: Convenience of the Court  Location: TBD

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Michael J. Fischer

Designation of Arguing Counsel: Michael J. Fischer

Member of the Bar: ✔ Yes ☐ No

Representing (check only one):

☐ Petitioner(s)   ☐ Appellant(s)   ☐ Intervenor(s)

☐ Respondent(s)   ✔ Appellee(s)   ☐ Amicus Curiae

Please list the name of the lead party being represented:

Secretary of the Commonwealth of Pennsylvania

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)