

**COMMONWEALTH OF PENNSYLVANIA**
GOVERNOR'S OFFICE OF GENERAL COUNSEL

February 2, 2024

Patricia S. Dodszuweit
Clerk of Court United States Court of Appeals for the Third Circuit
James A. Byrne United States Courthouse
601 Market Street Philadelphia, PA 19106-1790

    **Re:** *Pennsylvania State Conference of NAACP, et al. v. Schmidt, et al.,* **No. 23-3166**

Dear Ms. Dodszuweit:

    I am writing to inform the Court that, contemporaneous with this letter, I will be filing an Acknowledgement of Argument form on behalf of Secretary of the Commonwealth Al Schmidt.

    Michael Fischer previously submitted an Acknowledgement of Argument form (Dkt. 199) on behalf of Secretary Schmidt. Mr. Fischer, however, is no longer able to present argument and I will be substituting for him.

    Thank you for your attention to this matter.

                                              Respectfully submitted,

                                              /s/ *Jacob B. Boyer*

                                              Jacob B. Boyer