

250 Massachusetts Ave NW, Suite 400 | Washington, DC 20001

February 5, 2024

VIA EFILING

Patricia S. Dodszuweit
Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

**Re: No. 23-03166,** *Pennsylvania State Conf. of NAACP Branches, et al. v. Schmidt, et al.*

Dear Ms. Dodszuweit:

I write to clarify Intervenors-Appellees Democratic National Committee, DSCC, and DCCC's ("Democratic Committees") position on the United States' unopposed motion to participate in oral argument. Doc. No. 209.

On January 23, 2024, the Democratic Committees submitted an Acknowledgment and Designation of Arguing Counsel form advising the Court of their intent to present oral argument. Doc. No. 198. On February 2, the United States sought leave (with the Democratic Committees' consent) to participate in oral argument. Doc. No. 209. In light of that request, Intervenors-Appellees wish to clarify that if the Court grants the United States' motion, the Democratic Committees will *not* participate in oral argument and will cede their time to the remaining Appellees.

Respectfully submitted,

*s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta

## CERTIFICATE OF SERVICE

I hereby certify that, on February 5, 2024, this letter was electronically filed with the Clerk of Court using the appellate CM/ECF system.

*s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta