

February 5, 2024

Patricia S. Dodszuweit
Clerk of Court
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

re: *Pennsylvania State Conference of the NAACP v. Schmidt*, No. 23-3166

Ms. Dodszuweit:

I represent Plaintiffs-Appellees in the above-captioned appeal. I write in response to the supplemental authority letter of GOP Intervenors filed earlier today.

GOP Intervenors misstate the import of a recent Commonwealth Court order issued in Intervenor Marino's belated challenge to the result of the 2023 Towamencin Township Supervisor contest. The court did not, as they claim, "keep[] the contest alive" or suggest "that the outcome of this appeal may affect the resolution of the contest." Lttr. at 2. Instead, it simply granted Marino's request that, instead of dismissing his appeal as moot now, the court defer until the conclusion of the instant appeal in this Court. Order at 1 (citing Appellants' Mem. of Law at 11.)

The Commonwealth Court has done nothing to indicate that it might take the extraordinary step of ousting a duly-seated Township Supervisor and replacing him with Mr. Marino. To the contrary, the court has *already* held that Marino's Towamencin challenge cannot succeed because of Marino's own strategic delay in bringing his state court case. PA NAACP BIO, ECF No. 151, at 58-59. The cited order merely reserves decision—for now—on whether Marino's challenge *independently* fails on mootness grounds as well, because the election is now over and the winner certified (as was the case with the losing candidate in *Migliori*, *id.*). Depending on the outcome in this appeal, Marino's belated challenge may also fail on a *third* independent ground: The mail ballots at issue were required to be counted, not excluded for an irrelevant paperwork error. *Id.* at 22-51.

The Commonwealth Court's order thus does not "keep[] the contest alive." It indicates only that the court wished to wait for this Court's decision before delineating all the various causes of death.

1

Sincerely,

/s/ Ari J. Savitzky

Ari Savitzky
Senior Staff Attorney
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

*Counsel for Plaintiffs Appellees*

Cc: all counsel via ECF

# CERTIFICATION

       I hereby certify that the body of the foregoing letter pursuant to Fed. R. App. P. 28(j) contains 287 words according to the word-processing software used to prepare this Letter.

       I certify that on February 5, 2024, I served a copy of the foregoing on all counsel of record by CM/ECF.

<u>Dated</u>: February 5, 2024

                                    <u>/s/ Ari J. Savitzky</u>
                                      Ari J. Savitzky