OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



February 13, 2024

Omeed Alerasool, Esq.
Brittany C. Armour, Esq.
Justin Baxenberg, Esq.
Brian H. Benjet, Esq.
Alexander D. Bernstein, Esq.
Jacob B. Boyer, Esq.
Keith O. Brenneman, Esq.
Thomas A. Burkhart, Esq.
Tyler B. Burns, Esq.
Tovah R. Calderon, Esq.
Louis J. Capozzi III, Esq.
Adriel I. Cepeda Derieux, Esq.
Daniel J. Cohen, Esq.
Casey A. Coyle, Esq.
Aaron H. Crowell, Esq.
Gilbert Dickey, Esq.
Elizabeth A. Dupuis, Esq.
Ilana H. Eisenstein, Esq.
Michael J. Fischer, Esq.
Timothy J. Ford, Esq.
Benjamin D. Geffen, Esq.
Soren Geiger, Esq.
John M. Gore, Esq.
Robert E. Grimm, Esq.
Melissa A. Guiddy, Esq.
Jonathan P. Hawley, Esq.
Megan C. Keenan, Esq.
David C. Kimball-Stanley, Esq.
Edmund G. LaCour Jr., Esq.
Sophia Lin Lakin, Esq.
Jason Lee, Esq.

Elizabeth Lester-Abdalla, Esq.
Stephen A. Loney Jr., Esq.
John Marlatt, Esq.
Lisa G. Michel, Esq.
Molly R. Mudd, Esq.
Philip W. Newcomer, Esq.
David Newmann, Esq.
Uzoma N. Nkwonta, Esq.
James M. Parks, Esq.
Ryan M. Proctor, Esq.
Richard E. Santee, Esq.
Ari J. Savitzky, Esq.
Marian K. Schneider, Esq.
Kate Steiker-Ginzberg, Esq.
Alison L. Stohr, Esq.
Witold J. Walczak, Esq.
Zachary M. Wallen, Esq.
Seth P. Waxman, Esq.
Robert A. Wiygul, Esq.

RE: Pennsylvania State Conference of NAACP Branches, et al v. Northampton County Board of Elections, et al
Case Number: 23-3166
District Court Case Number: 1-22-cv-00339

Dear Counsel,

The Court will hear oral argument in this case on February 20, 2024 at 9:30 a.m. Each side will be allotted thirty minutes. The Court seeks oral argument on only the following subjects and has allotted the times listed for each topic. The Court directs the parties to address the topics in the sequence listed herein so the Court may complete its questions about the topic before moving to the next topic:

Materiality Challenge: 20 minutes per side.
Private Right of Action Challenge: 5 minutes per side.
Equal Protection Challenge to the District Court's remedy: 5 minutes per side.

Very truly yours,

*Patricia A Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

*Ashley M. Ritz*

Ashley Ritz
Calendar Clerk
267-299-4947