

**COMMONWEALTH OF PENNSYLVANIA**
GOVERNOR'S OFFICE OF GENERAL COUNSEL

February 14, 2024

Patricia S. Dodszuweit
Clerk of Court
United States Court of Appeals for the Third Circuit
James A. Byrne United States Courthouse
601 Market Street Philadelphia, PA 19106-1790

>   **Re:**   *Pennsylvania State Conference of NAACP, et al. v. Schmidt, et al.,*
>   **No. 23-3166**

Dear Ms. Dodszuweit:

Secretary of the Commonwealth Al Schmidt writes to notify the Court of a recent Commonwealth Court order in the election contest relating to the race between Kofi Osei and Richard Marino.

Last week, Mr. Marino notified this Court that the Commonwealth Court had, on February 1, entered an order (1) holding in abeyance Mr. Osei's suggestion that the contest became moot once Mr. Osei was sworn into office and (2) staying the appeal of the election contest pending resolution of this appeal. *See* ECF No. 210-1. Mr. Marino suggested that the order "confirm[ed] that the outcome of this appeal may affect resolution of the contest" and underscored his interest in this case. *Id.*

Yesterday, Commonwealth Court granted the Montgomery County Board of Election's motion to reconsider and vacated the February 1 order. Further, that court scheduled the appeal for expedited briefing and argument.

The Secretary's amicus brief in support of the Board's motion emphasized that the stay should be lifted because the stay frustrated the need to promptly resolve election disputes, that the election contest failed for multiple reasons having nothing to do with this case, and that the underlying arguments raised in the contest do not depend on the outcome here. Amicus Brief, *In re: Contest of November 7, 2023 Election*, 1482 CD 2023 (Feb. 7, 2023). Quoting directly from the Petitioners' filings, the Secretary noted their position that "[t]he decision rendered in *NAACP v.*

*Schmidt* did not grant any relief related to the Election at issue in this matter, nor could it have." *Id.* at 12.

Commonwealth Court's order and expedited briefing schedule are consistent with that court's earlier decision that, independent of this appeal, the election contest is unlikely to succeed because it was not filed within twenty days of Election Day, as required under 25 P.S. § 3456. *See* ECF No. 146 at Pa.App.1077. Nor did anyone—including Mr. Marino—timely challenge the Board's relevant decision under 25 P.S. § 3157, *id.*, the provision of the Election Code that should have been used.

Yesterday's order is attached.

Respectfully submitted,

/s/ *Jacob B. Boyer*
Jacob B. Boyer
*Counsel for Secretary of the
Commonwealth Al Schmidt*

# CERTIFICATIONS

I certify that the body of this letter is 341 words and thus complies with the words limits under Federal Rule of Appellate Procedure 28(j). In making this certificate, I have relied on the word count of the word-processing system used to prepare the letter.

I further certify that a copy of this letter has been served on all counsel of record using the Court's CM/ECF system.

February 14, 2024    /s/ *Jacob B. Boyer*
Jacob B. Boyer
*Counsel for Secretary of the Commonwealth Al Schmidt*

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | |
|---|---|
| In re: Contest of November 7, 2023 Election of Towamencin Township<br><br>Appeal of: Shannon L. Main, Holly A. Bechtel, Nancy J. Becker, David Allen Brady, Richard D. Costlow, George H. Frisch, Earl G. Godshall, Marilyn Godshall, Alyson Horcher, Leo F. Horcher III, Kris A. Kazmar, Michael E. Main, Cynthia M. Manero, Bruce C. Marger, Bruce R. Marger III, Kathryn J. Marger, Margrit D. Marino, Joseph F. Meehan, Richard Mullen, Karen L. Nuss, Thomas A. Nuss III, Beth Pickford, Scott E. Pickford, Delyne D. Rogiani, Kevin Rossi, Nicole M. Rossi, Janella J. Santiago, Kelly L. Secoda, Michael Secoda and Kristin R. Warner | No. 1482 C.D. 2023 |

**PER CURIAM**              **O R D E R**

      NOW, February 13, 2024, upon consideration of the Application for Relief of Appellee Montgomery County Board of Elections in the Form of a Motion for Reconsideration (Application for Reconsideration), Appellee Kofi Osei's (Osei) Answer in support thereof, and Appellants' Answer in opposition thereto, the Application for Reconsideration is GRANTED and the Court's February 1, 2024 Order is VACATED.

      Further, it is ORDERED that Osei's Suggestion of Mootness and Appellants' Answer thereto shall be considered together with the merits of this appeal, which will be decided by a special panel of Judges on an expedited basis pursuant to Sections 69.112(b) and 69.258 of the Court's Internal Operating Procedures, 210 Pa. Code §§ 69.112(b), .258. Oral argument on the merits of this

appeal and the Suggestion of Mootness and Answer thereto shall be held on **Wednesday, April 3, 2024, at 1:30 p.m.**, in Courtroom 3002, Third Floor, Pennsylvania Judicial Center, 601 Commonwealth Avenue, Harrisburg, Pennsylvania.

On or before March 4, 2024, the parties shall file (4 copies) and serve (1 copy) simultaneous principal briefs on the merits of this appeal. In their principal briefs, the parties shall also address any issue raised in the Suggestion or Mootness or Answer thereto, to the extent that party has not already addressed such issue in filings before the Court. Within 10 days after the filing and service of another party's principal brief, any party may file a reply brief addressing issues raised in the principal brief. No extensions of the briefing schedule will be considered absent extraordinary circumstances.

Briefs may be filed in person in the Prothonotary's Office in Harrisburg or through the Court's electronic filing system (PACFile). Briefs may also be filed by electronic mail to CommCourtFiling@pacourts.us. Briefs may not be filed by facsimile without express prior permission from the Court. If a brief is filed through the Court's electronic filing system or via email, counsel shall also provide, within one business day, three (3) paper copies of the brief.

Motions may be filed in person or through the Court's electronic filing system (PACFile). Motions may not be filed by facsimile or electronic mail without the express prior permission of the Court.

Appellants are excused from filing a reproduced record.

Order Exit
02/13/2024